```
           IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>AB ELECTROLUX,<br><br>ELECTROLUX NORTH AMERICA, INC.,<br><br>and<br><br>GENERAL ELECTRIC COMPANY,<br><br>          Defendants. | Case No. 1:15-cv-01039-EGS |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion issued this same day, it is hereby

**ORDERED** that GE's Motion to Overrule Intervenors' Objections is **GRANTED**.

**SO ORDERED.**


**Signed:   Emmet G. Sullivan**
**          United States District Judge**
**          October 9, 2015**