IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>AB ELECTROLUX, ELECTROLUX NORTH AMERICA, INC., AND GENERAL ELECTRIC COMPANY,<br><br>*Defendants*. | Case No. 1:15-cv-01039-EGS |

### NOTICE OF WITHDRAWAL OF DEFENDANTS' MOTION TO COMPEL LG ELECTRONICS USA, INC. TO PRODUCE CERTAIN DOCUMENTS RESPONSIVE TO THEIR SUBPOENA *DUCES TECUM*

On September 25, 2015, Defendants moved to compel LG Electronics USA, Inc. ("LG") to produce certain documents responsive to a subpoena *duces tecum*. *See* ECF No. 124. LG and Defendants later moved to hold the motion in abeyance, pursuant to a compromise where LG would produce certain agreed-upon documents, and Defendants would consider whether the production was sufficiently satisfactory. *See* ECF No. 135, at 2. On October 2, 2015, this Court entered a Minute Order holding the motion to compel LG in abeyance pending the agreed-upon production.

LG has since produced additional documents, and Defendants are sufficiently satisfied with them, in the spirit of compromise and given the press of litigation. Accordingly, Defendants hereby withdraw their Motion to Compel LG.

1

| | |
|---|---|
| Dated:  October 13, 2015 | Respectfully submitted, |

/s/ *Paul T. Denis*
*(with permission, by John M. Majoras)*
Paul T. Denis (DDC No. 437040)
Paul H. Friedman (DDC No. 290635)
Mike Cowie (admitted *pro hac vice*)
DECHERT LLP
1900 K Street NW
Washington, DC 20006
Telephone:  (202) 261-3300
Facsimile: (202) 261-3333
paul.denis@dechert.com
paul.friedman@dechert.com
mike.cowie@dechert.com

*Counsel for Defendant General Electric Company*

/s/ *John M. Majoras*
John M. Majoras (DDC No. 474267)
Joe Sims (DDC No. 962050)
Michael R. Shumaker (admitted *pro hac vice*)
Hashim M. Mooppan (DDC No. 981758)
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001
Telephone:  (202) 879-3939
Facsimile: (202) 626-1700
jmmajoras@jonesday.com
jsims@jonesday.com
mrshumaker@jonesday.com
hmmooppan@jonesday.com

Dana Baiocco (admitted *pro hac vice*)
JONES DAY
100 High Street, 21st Floor
Boston, MA 02110-1781
Telephone:  (617) 449-6889
Facsimile:  (617) 449-6999
dbaiocco@jonesday.com

Daniel E. Reidy (admitted *pro hac vice*)
Paula W. Render (admitted *pro hac vice*)
JONES DAY
77 West Wacker Drive
Chicago, IL 60601-1692
Telephone:  (312) 782-3939
Facsimile: (312) 782-8585
dereidy@jonesday.com
prender@jonesday.com

Thomas Demitrack (admitted *pro hac vice*)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212

*Counsel for Defendants AB Electrolux and Electrolux North America, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 13th day of October, 2015, I caused this document to be filed electronically and served electronically via ECF pursuant to LCvR 5.4. Notice of this filing will be sent to all parties by operation of the court's electronic filing system or by email and U.S. mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

Dated:  October 13, 2015

Respectfully submitted,

*/s/ John M. Majoras*
John M. Majoras (DDC No. 474267)
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001
Telephone:  (202) 879-3939
Facsimile: (202) 626-1700
jmmajoras@jonesday.com

*Counsel for Defendants AB Electrolux and Electrolux North America, Inc.*