# Exhibit A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      *Plaintiff*,<br><br>   v.<br><br>AB ELECTROLUX,<br><br>ELECTROLUX NORTH AMERICA, INC.,<br><br>and<br><br>GENERAL ELECTRIC COMPANY,<br><br>      *Defendants*. | Case No. 1:15-cv-01039 |

### DECLARATION OF JONATHAN M. ORSZAG

  1. My name is Jonathan M. Orszag, and I am currently a Senior Managing Director at Compass Lexecon, LLC, an economic consulting firm. I am over 21 years of age, and I am competent to make this declaration. The statements herein are true and are within my personal knowledge unless stated otherwise.

  2. I make this declaration in compliance with the Court's October 14, 2015 Order regarding the production of my 2012 presentation entitled "Upward Price Pressure and Merger Analysis: What is UPP's Proper Role and How Can UPP Deal with Real-World Issues?"

  3. I was invited to give the presentation described in paragraph 2 to the Gilbert + Tobin competition and regulatory practice group on December 4, 2012 in Sydney, Australia.

This was not a formal conference, but rather an *ad hoc* meeting of their practice group to hear from me. I do not have a full list of the attendees.

4. I drafted the presentation on the airplane to either Asia (which I visited prior to traveling to Australia) or on the trip from Asia to Australia. I used the laptop computer I had at the time.

5. I drafted the presentation personally without any support from Compass Lexecon staff.

6. I do not recall sending the presentation to anyone at Compass Lexecon and, as a result, the presentation was never saved on the Compass Lexecon network.

7. I no longer have the laptop on which I drafted the presentation and neither I nor Compass Lexecon has access to the laptop anymore. I normally replace my laptop every 18-24 months, so the one that the presentation was drafted on was likely replaced in 2013. I do not generally transfer files from one laptop to another.

8. The following is a list of steps undertaken to locate a copy of the presentation at issue:

> (a) I, and Compass Lexecon staff at my direction, searched the archives of my publications and presentations maintained by Compass Lexecon;
>
> (b) I personally searched the emails and files on my current laptop computer and my current desktop computer, as well as an older desktop that I still have access to;
>
> (c) I confirmed that I do not have a hard copy of the presentation at my home;
>
> (d) On Wednesday, October 14, 2015, I emailed the two law partners at Gilbert + Tobin who I remembered organizing the presentation to see whether they had a copy of it in their possession. As of today, I have not received a response from them.

2

9. Despite these steps, I have been unable to locate an electronic or hard copy of the presentation described in paragraph 2 above.

10. If I receive a copy of the presentation from one of the partners at Gilbert + Tobin, I will provide it to counsel immediately so that they can turn it over to the Department of Justice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 16, 2015.

By: _____
Jonathan Orszag
Compass Lexecon
1101 K Street, NW, 8th Floor
Washington, DC 20005
Telephone: 202.589.3450
E-mail: jorszag@compasslexecon.com