**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>  v.<br><br>AB ELECTROLUX, ELECTROLUX NORTH<br>AMERICA, INC.,  and GENERAL<br>ELECTRIC COMPANY,<br><br>    *Defendants*. | Case No. 1:15-cv-01039-EGS<br><br>Judge Emmet G. Sullivan |

**JOINT STATUS REPORT FOR**
**OCTOBER 30 PRETRIAL HEARING**

As directed by the Court's October 27, 2015 Minute Order, the parties respectfully

submit this joint status report for the pretrial hearing scheduled for October 30, 2015.  The

parties have identified the following issues for possible discussion at the October 30 hearing.

**PENDING DISPUTES**

**1.  The confidentiality at trial of certain exhibits of Defendants and non parties.**

Status:  These disputes are fully briefed.

**2.  The expected trial and post-trial schedule.**

The parties each propose:

| Event | United States | Defendants |
|---|---|---|
| Trial Begins | Nov. 9, 2015 | Nov. 9, 2015 |
| Trial Dates | Nov. 9-10, 12-13, 16-20, 23-24, 30, Dec. 1-4, 7 | Nov. 9-10, 12-13, 16-20, 23-24<br><br>If necessary, Nov. 30-Dec. 4 |
| Summations | | Final Day of Trial – immediately after close of evidence |

| Findings of Fact/Conclusions of Law | 14 days after the close of evidence | 7 days after close of evidence. |
|---|---|---|
| Summation | As soon after Jan. 11, 2016 as the Court is available | December 18, 2015 |

**3.     The advance notice required for party witnesses.**

Status:  The parties have met and conferred, but have not been able to agree on the amount of advance notice to be provided by the Government prior to its calling party witnesses.  The Government seeks to provide 48 hours notice.  Defendants seek to be provided 72 hours notice.

**4.     Expert disclosures.**

Status:  A dispute between the parties arose on October 28, 2015, during the deposition of Defendants' expert Mr. Orszag.

The United States' position: The United States understands that Defendants intend to submit an additional expert report.  The United States objects.  The Case Management Order agreed to by the parties expressly provides for final expert rebuttal reports to have been submitted on October 20 and for depositions of experts to take place only after disclosure of all expert reports and materials.  Both parties submitted their rebuttal reports on October 20, and depositions of each side's experts took place on October 26 (Prof. Whinston for the United States), October 27 (Mr. Quintero for the United States), and October 28 (Mr. Orszag for Defendants).  Defendants should not be allowed unilaterally to modify the Case Management Order and submit an out-of-time report.

Defendants' position: The United States is wrong.  Defendants do not intend to submit an additional expert report.

In his rebuttal report submitted last week, the United States' expert, Mr. Whinston, made several criticisms of an analysis of certain work done and already disclosed by Defendants' expert, Mr. Orszag.  Defendants deposed Mr. Whinston's earlier this week and asked whether he had rerun Mr. Orszag's analysis to see if the criticism mattered; he had not.   During Mr. Orszag's deposition on October 28, the United States asked Mr. Orszag if he had any response to Mr. Whinston's criticisms that he had just disclosed in his rebuttal report last week.  Mr. Orszag stated that although he viewed Mr. Whinston's criticisms as incorrect, he had nevertheless rerun his analysis making the adjustments that Mr. Whinston asserted should be made, and concluded that making those adjustments did not affect Mr. Orszag's conclusions.  Defendants stated that they would provide the rerun analysis on which Mr. Orszag's response to the United States' question was based.  There is nothing new; these are just adjustments to Mr. Orszag's prior analyses that respond directly to criticisms raised by Whinston in his rebuttal report.

2

5.      **Pending third party motions.**

Status:  The Court gave leave to the parties and third parties to file motions for confidentiality at trial, without the need to file separate motions to seal those motions for confidentiality.  Several third parties, however, filed both.  The Court granted the motions to seal of these third parties, but has not yet granted their underlying motions for confidentiality.  For the Court's convenience, we provide this summary:

Dkt. No. 171. Midea (sealed documents docketed in Dkt. No. 209)
Dkt. No. 182. First TX Homes (sealed documents docketed in Dkt. No.  211)
Dkt. No. 187. Haier (sealed documents docketed in Dkt. No. 212)
Dkt. No. 192. Whirlpool (sealed documents docketed in Dkt. No. 215)
Dkt. No. 194. Ferguson (sealed documents not yet docketed & No. 195 filed under seal)

Dated: October 29, 2015

Respectfully submitted,

/s/ Ethan C. Glass
Ethan C. Glass (D.D.C. Bar #MI0018)
U.S. Department of Justice
Antitrust Division, Litigation III Section
450 Fifth Street, NW #4000
Washington, D.C. 20530
Telephone:  (202) 305-1489
Facsimile:  (202) 514-7308
ethan.glass@usdoj.gov

*Counsel for Plaintiff United States of America*

/s/ John M. Majoras
John M. Majoras (DDC No. 474267)
Joe Sims (DDC No. 962050)
Michael R. Shumaker (*admitted pro hac vice*)
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001
Telephone:  (202) 879-3939
Facsimile: (202) 626-1700
jmmajoras@jonesday.com
jsims@jonesday.com
mrshumaker@jonesday.com

Daniel E. Reidy (*admitted pro hac vice*)
Paula W. Render (*admitted pro hac vice*)
JONES DAY
77 West Wacker Drive
Chicago, IL 60601-1692
Telephone: (312) 782-3939
Facsimile: (312) 782-8585
dereidy@jonesday.com
prender@jonesday.com

Thomas Demitrack (*admitted pro hac vice*)
JONES DAY
North Point

DCACTIVE-32845913.2

901 Lakeside Avenue
Cleveland, OH 44114-1190
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
tdemitrack@jonesday.com

*Counsel for Defendants AB Electrolux and
Electrolux North America, Inc.*

*/s/ Paul H. Friedman*
Paul T. Denis (DDC No. 437040)
Paul H. Friedman (DDC No. 290635)
Michael G. Cowie (DDC No. 432338)
DECHERT LLP
1900 K Street NW
Washington, DC. 20006
Telephone: (202) 261-3300
Facsimile: (202) 261-3333
paul.denis@dechert.com
paul.friedman@dechert.com
mike.cowie@dechert.com

*Counsel for Defendant General Electric
Company*

4