# Exhibit A

# JONES DAY

51 LOUISIANA AVENUE, N.W. • WASHINGTON, D.C. 20001.2113

TELEPHONE: +1.202.879.3939 • FACSIMILE: +1.202.626.1700

DIRECT NUMBER: (312) 269-4276
ESHENCOPP@JONESDAY.COM

October 30, 2015

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER IN CASE
NO. 15-1039-EGS (D.D.C.)

VIA HAND DELIVERY

Bryson Bachman, Esquire
Litigation III Section
U.S. Department of Justice Antitrust Division
450 Fifth Street, NW
Washington, DC 20001

Re:   United States of America v. AB Electrolux, et al., 1:15-CV-01039-EGS

Dear Bryson:

Enclosed is a flash drive containing backup materials for analyses discussed at the deposition of Jonathan Orszag that were conducted following receipt of the Rebuttal Expert Reports of Michael D. Whinston and Ronald G. Quintero. The flash drive includes backup materials for robustness checks for the regression analysis of Electrolux's expansion into the direct segment of the contract channel and a corrected distribution savings analysis. Also enclosed is a list of individuals interviewed by Mr. Orszag and Compass Lexecon staff. The remaining backup materials discussed at Mr. Orszag's deposition will be provided to you by Monday. The enclosed materials contain "Confidential Information" as defined by Section I.1.b of the Court's October 5, 2015 Amended Protective Order Regarding Confidentiality. Accordingly, Plaintiff must afford the submitted information the full extent of protections required by the Amended Protective Order. The enclosed hard drive is encrypted and we will separately send you the password.

Very truly yours,

/s/ Erin Shencopp

Erin Shencopp

Enclosure

ALKHOBAR • AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DETROIT • DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • JEDDAH • LONDON • LOS ANGELES
MADRID • MEXICO CITY • MIAMI • MILAN • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • RIYADH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON