# Exhibit C

                                                                  1

                        IN THE DISTRICT COURT

                    FOR THE DISTRICT OF COLUMBIA


       UNITED STATES OF AMERICA,         )
                                         )
                Plaintiff,               )
                                         )    Case Number
       - vs -                            )    1:15-cv-01039-EGS
                                         )
       AB ELECTROLUX,                    )
       ELECTROLUX NORTH AMERICA, INC.,   )
       and GENERAL ELECTRIC COMPANY,     )
                                         )
                Defendants.              )
       _____


                            CONFIDENTIAL

                      VIDEOTAPED DEPOSITION OF

                          JONATHAN ORSZAG

                        New York, New York

                         October 28, 2015

                            8:03 a.m.




    Reported by:
    JENNIFER OCAMPO-GUZMAN, CRR, CLR
    Job No:  41427

26

don't want to spend time on that. But if you could just take a moment and describe it in a little, in a little bit more detail so that Mr. Quintero can go back and look at this transcript and figure out what it is you are now saying that is different from what you said before.

A. Sure.

So as part of my analysis I looked at the price for certain routes, and I'll just do routes generally, whether it's trucking or intermodal; and there are 617 routes where GE and Electrolux were transporting goods over the same routes. And I looked at the price by route, and the price by route that the GE was getting or Electrolux was getting was often better, one or the other was better; and part of the efficiency is that they now can get the best price. They can say, they can go, on that route they will take the lower price.

On certain very limited number of routes, the better price was actually within situations where, let's just say GE had very few trucks going on that route, and say

27

Electrolux had a larger number of trucks going on that route. So let's say there was one truck, literally one truck on a route for GE and 100 for Electrolux. GE for some reason had a lower price, maybe because it was an empty truck and they got a good deal.

In the analysis that I have in this report, it has the difference between the, it assumes 100 could get the price of the one.

He's correct that that's not the type of efficiency that should be verified merger-specific cognizable, and so I've gone back and I've done it a couple of different ways, and that's why there is a range of setting a threshold. There would have to be at least 50 instances of a truck going along the route, 150, and that changes the number to some degree; but it lowers the efficiencies in that category by 3 to 5 million.

Q. Thank you.

How did you pick 50?

A. It was an arbitrary assumption to see how sensitive the results were to different thresholds, and 3 to 5 million is

28

the number you get when you go from 50 to 150 as the cutoff.

Q. Do you have an estimate of the total number of hours that were spent both by you and your staff working on these reports?

A. For me, hundreds. The precise number, I can't give you a precise number. But it's hundreds for myself, and for my staff it would have to be thousands.

Q. Do these two reports set forth all the opinions that you intend to offer at trial?

A. There are additional opinions that I have now based on, again, going back to the fact that there are, the reports are simultaneous. So in Professor Whinston's, for example, rebuttal report, he raises certain issues that I have now gone back and looked at, and so I've informed my opinions. Or as King said, when I get new information I update my opinions, what do you do? I've gone back and I've, I would say, deepened some of the analyses that I've done, based on the comments made by Professor Whinston.

Q. Are you planning to do a

29

supplemental report reflecting that work?

A. I would defer to counsel about the way that, the appropriate way that that should be handled. I'm more than happy to talk about it here today.

Q. Does your rebuttal report contain all of the rebuttal points that you have, or is that the same answer?

A. Given that the reports were simultaneous, there is a little bit of cross-purpose here. There were points made in Professor Whinston's rebuttal report that were not made in his original report, and I have obviously responses that I'm prepared to talk about today with you to some of those points.

For example, he says I calculated market shares in the contract channel in my original report. I did not do that, but he said that in his rebuttal report. Obviously in my rebuttal report I can't comment on his rebuttal report, because we got them at the same time.

Q. Let me see if I can tease this out a little bit.

**Page 334**

1 the fact that he says, well, I just didn't do
2 it, that's not a sufficient answer, given the
3 importance to his model of that assumption.
4  Q. Your own view is that such a demand
5 estimation could not be done, given the
6 dynamism in the industry.
7  Did I hear that right?
8  A. No. You misinterpreted my words.
9  Q. Okay.
10  A. The framework, the modeling
11 framework could not take into account
12 whether, because of that I didn't go to seek
13 to measure diversion using a demand system,
14 because, in large part because Professor
15 Whinston did not do it. In his model, it is
16 necessary as part of his model to do that.
17 He did not do it.
18  I've done it a number of times in
19 front of the agencies and presented these
20 types of results and with data that's far
21 less rich than data that we have here. And
22 so this type of data should be an
23 econometrician's dream to measure the demand
24 estimation, but yet it doesn't appear that he
25 attempted to do so; or perhaps he didn't like

**Page 335**

1 the results that he got.
2  Q. Which data are you talking about,
3 scanner data?
4  A. We have better than scanner data
5 here. We have transactions data from both
6 retailers and suppliers. So we have a
7 massive amount of information about the
8 products that are being sold and the prices
9 that they're being sold at. And that is
10 precisely the type of information that
11 econometricians would love to have to measure
12 a demand system and the type of information
13 that the agencies have used before in mergers
14 and talked about it and that I've presented
15 to the agencies in the context of other
16 mergers.
17  Q. How long would it take to do one of
18 these demand estimations, given the data that
19 is available in this file?
20  A. Certainly not days. Almost
21 certainly not weeks, and this is months of --
22 likely it would take months.
23  Q. Months of work?
24  A. But it's weeks to months.
25  Q. Have you made any efforts to

**Page 336**

1 estimate the economic margins of the products
2 at issue in this case?
3  A. No, I have not. And we have
4 accounting margins, and as you know, economic
5 margins and accounting margins are not the
6 same concept.
7  Q. How would one go about estimating
8 the economic margins, if one wanted to do
9 that?
10  A. That's a challenging endeavor. One
11 would have to have, there's a whole
12 literature on this, so to just paraphrase, I
13 think one would have to take into account
14 factors like opportunity, cost, risk in a
15 much deeper way than accountants do as part
16 of the accounting margins that are reported
17 in here. We can talk about more details, if
18 you like, but I guess that the general
19 concept of measuring risk is challenging,
20 measuring opportunity costs is challenging,
21 and so those factors would have to be
22 considered as part of an economic margin.
23  Q. When you say "challenging," it's
24 difficult to do?
25  A. Absolutely, definitely difficult.

**Page 337**

1  Q. Several times during the deposition
2 today you've referred to things that
3 Professor Whinston said at his deposition or
4 in his rebuttal report, and you mentioned
5 additional work that you've done since
6 reading that or hearing about that. And I
7 just want to make sure we have a full list of
8 all of the projects you've done since reading
9 his rebuttal report or reading his deposition
10 transcript that go to the issues that came up
11 in his rebuttal report or transcript.
12  Do you understand the question?
13  A. I understand the comment, and I
14 don't think you've asked the question quite
15 yet.
16  Q. Well, I would like to have that
17 list. Can you give me that list?
18  A. Sure. And again, this is from
19 memory, so.
20  Professor Whinston raises, I'm
21 going to say ten critiques, roughly speaking,
22 of my Maytag/Whirlpool retrospect. Roughly
23 speaking, two of them are just fundamental
24 critiques of Professor Ashenfelter's paper,
25 which he cites and which was in a

JONATHAN ORSZAG - CONFIDENTIAL

338

1 peer-reviewed economic journal.
2   Q. Which are those two?
3   A. Number 1 would be using cooking as
4 a control group for, cooking products as a
5 control group for other products.
6       Number 2 would be the
7 interpretation of the, of the coefficient on
8 the merger effect as not also capturing
9 potentially changed perceptions of product
10 characteristics.
11      He raised --
12  Q. Before we move on from those two,
13 do you agree with those critiques?
14  A. So let's take each of those in
15 turn.
16      Professor Ashenfelter taught me
17 econometrics, so I have a fondness for him in
18 many ways. He also is a great lover of wine,
19 so having dinner with him is a rather fun and
20 fabulous occasion. Professor Ashenfelter and
21 his colleagues, one who is at the FTC and one
22 who is in academia somewhere, adopt this as a
23 control, and it's gone through the
24 peer-reviewed process and been published.
25      I accept it within the four corners

339

1 of replicating those results, and I try
2 alternatives. So I try alternatives by
3 relying less on the difference in difference,
4 which is an econometric approach of what
5 happens to, say, washers versus what happens
6 to cooking products, in terms of price. By
7 putting in, into one regression all the
8 variables, so I'm both identifying the merger
9 effect off of the difference in the
10 performance, shall we say, of prices for
11 washers versus cooking, I'm using it as an
12 example, but also washers itself over time
13 and cooking production over time. So I'm
14 identifying the results by using both
15 factors.
16      And then in my rebuttal report I
17 use just a time series approach, not
18 comparing it, not using a control of another
19 appliance product, but rather using just time
20 and seeing whether there is, in essence, a
21 change in prices following the merger.
22      So I use all of those, and they
23 also show that the structural methods are not
24 a reliable predictor of price effects post
25 merger.

340

1       The second is --
2   Q. I'm sorry, do you agree with the
3 critique, or you don't agree with the
4 critique?
5   A. I test whether the critique changes
6 the result, and it doesn't change the result.
7 So I think it's worthy, as a matter of
8 theory, to test if it has an effect on the
9 results, and by using alternative methods I
10 find similar results in terms of structural
11 methods not producing reliable estimates of
12 price effects.
13      Next, his assumption is that
14 product, people's perceptions or values of
15 product characteristics would change over
16 time, too; and I'm, or Professor Ashenfelter
17 and I are assuming that that's constant.
18      Again, what I try to do to test
19 that indirectly, not directly; because if one
20 tries to test it directly, one cannot then
21 measure the merger effect because of the
22 nature of the econometrics. I tested
23 whether, if you look at the merger effect for
24 a shorter period, when presumably consumers'
25 valuations on product characteristics would

341

1 change less significantly than over longer
2 periods of time, if the results were
3 different. There was no difference.
4       So what else did I do? Number 1,
5 he complains that I use TraQline to measure
6 HHIs. I use the HHIs from the MPD data that
7 Professor Ashenfelter has in his report. It
8 doesn't change the results.
9       He complains that I didn't control
10 for The Great Recession. I included a
11 measure of housing starts or building permits
12 and interacted that by product category. It
13 doesn't change the results.
14      I also tried truncating the results
15 prior to The Great Recession. It doesn't
16 change the results.
17      I did -- he complains about --
18  Q. And when you say I tried these
19 things, these are all things you've tried
20 since reading his rebuttal report?
21  A. He came up with things I had not
22 seen before.
23  Q. I just want to make sure we're
24 talking about the same thing.
25  A. Actually, that's not quite true.

342

I had tried truncating the periods, instead of going to the end of 2008, going to the end of 2007, prior to his comments. I had also tried different measures of the point I'm about to make, prior to his comments, which is that he complains that I cap the age of the appliance at 13 months.

Professor Ashenfelter drops all of those observations from his analysis, so I tried dropping it. I also tried imputing age. It doesn't change the results. So I matched up with Professor Ashenfelter.

I also tried -- trying to think of all of these critiques, because I'm doing this now from memory.

Oh, I also wanted to see if I could match better to Professor Ashenfelter's results, because as you may know, that paper does not control for costs. So I asked a question of if you dropped costs from the regression, what effect does that have on the analysis. And I find that you do find some significant results from the merger that, if you don't control for costs.

Which shows that you should be

343

controlling for costs, which is a flaw in Professor Ashenfelter's model.

I'm sure there were some other critiques that he made -- oh, he also -- one more.

He complains that I used the gross data, sales data from Whirlpool, instead of net. I can't use, I can't correct the data precisely by SKU, but I used average data to correct the data, to test whether that had an effect. It didn't have an effect.

This will all be in material that will be supplied to you.

But no matter what I've done, I can't find a merger effect consistent with structure predicting the types of merger effects that the types of models that Professor Whinston is employing would predict the effect of the merger.

So that's a summary.

Q. That's on Whirlpool/Maytag. Is there anything else you've done since reading Professor Whinston's rebuttal report or reading his testimony --

A. Yes.

344

Q. -- that is in the nature of new work that addresses things that he raised in those?

A. He raised the question of whether my analysis of Electrolux' entry into the direct channel had an effect on GE's margins. And he wondered, without empirical evidence, whether the model that I presented suffers from what is called an endogeneity bias, so that rather than their entry affecting the margins, margins affected the probability of entry.

So I split the sample into those markets where there are higher margins with those markets where there were lower margins, to test whether the effects were different, and there was no difference between those two in any significant way.

So that's another, based on his rebuttal report and a new piece of information.

And then I've also looked at information with regard to the competitive presence of Electrolux in the direct channel, in terms of the number of markets they were

345

serving, based on the time period in which that occurred. Which I had previously looked at more generally, but given comments that he made in his deposition, because he said in 2010 Electrolux was an effective competitor, if I recall his words precisely; and again, I'm paraphrasing him, I'm not quoting him directly. So I went to go look at the housing markets they were serving directly in 2010.

Off the top of my head, those are the analyses that I've conducted. There may be some additional robustness checks that I did, that if I could see his full list of critiques I could tell you if I did any more. But I think that gives you a pretty thorough discussion.

And I'll provide to you, provide obviously to my counsel or to -- not my counsel, but to Electrolux and GE's counsel, those backup materials, and you can see them for yourself.

MR. DEMITRACK: We expect that we will provide those to you probably within the week.