**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                *Plaintiff*,<br>     v.<br><br>AB ELECTROLUX,<br><br>ELECTROLUX NORTH AMERICA, INC.,<br><br>and<br><br>GENERAL ELECTRIC COMPANY,<br><br>                *Defendants*. | Case No. 1:15-cv-01039-EGS |

## UNITED STATES' AMENDED WITNESS AND EXHIBIT LIST

In accordance with the Court's October 30 Minute Order, the United States has identified the witnesses it plans to call during the course of the trial and the exhibits it plans to offer through each witness, providing a brief statement of the evidentiary basis for each exhibit. (Admissibility is not contested by Defendants for almost all of these exhibits).

In addition to complying with the Court's Minute Order, the United States has taken the direction provided by the Court at the October 30 Pretrial Conference with regard to the number of exhibits that should be contained on the pre-trial exhibit lists. The United States has reduced the number of potential trial exhibits it intends to offer through witnesses at trial to 470, a reduction of approximately 1,000 from the number identified on the United States' October 12 Trial Exhibit List.

We provide this information in two forms. First, as the Court requested, the United States lists in Appendix A each witness either side plans to call during the course of the trial and

the exhibits the United States plans to offer through those witnesses, providing the brief statement of the evidentiary basis for each exhibit.  Second, Appendix B is organized by exhibit number rather than by witness.  We do this because the United States may use the same exhibits with multiple witnesses and many exhibits in Appendix A are thus associated with more than one witness.  We have prepared Appendix B to allow the Court to more easily consider at a single time the admissibility and confidentiality of each exhibit.

Dated:  November 2, 2015

*/s/* Ethan C. Glass
Ethan C. Glass (D.D.C. Bar #MI0018)
Kelsey W. Shannon (D.C. Bar #990386)
Bryson L. Bachman (D.C. Bar #988125)
U.S. Department of Justice
Antitrust Division, Litigation III Section
450 Fifth Street, NW #4000
Washington, D.C. 20530
Telephone:  (202) 305-1489
Facsimile:  (202) 514-7308
ethan.glass@usdoj.gov

*Counsel for Plaintiff United States of America*

**CERTIFICATE OF SERVICE**

I certify that on November 2, 2015, the foregoing was served on all counsel of record via ECF.

Dated: November 2, 2015

*/s/ Ethan C. Glass*
Ethan C. Glass (D.D.C. Bar #MI0018)
U.S. Department of Justice
Antitrust Division, Litigation III Section
450 Fifth Street, NW #4000
Washington, D.C. 20530
Telephone: (202) 598-2854
Facsimile: (202) 514-7308
ethan.glass@usdoj.gov
*Counsel for Plaintiff United States of America*