# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. AB ELECTROLUX, et al. *Defendants*. | Case No. 1:15-cv-01039-EGS |

## STIPULATION OF DISMISSAL

In view of Defendants' announcement that they have terminated the Stock and Asset Purchase Agreement dated September 7, 2014 that was the subject of this litigation, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the United States of America voluntarily dismisses without prejudice the claims asserted in this action against Defendants. Defendants stipulate to dismissal of these claims.

Dated: December 10, 2015

Respectfully submitted,

| | |
|---|---|
| */s/ Ethan C. Glass* | */s/ John M. Majoras* |
| Ethan C. Glass (D.D.C. Bar #MI0018) | John M. Majoras (DDC No. 474267) |
| Kelsey W. Shannon (D.C. Bar #990386) | Joe Sims (DDC No. 962050) |
| U.S. Department of Justice | Michael R. Shumaker (*admitted pro hac vice*) |
| Antitrust Division, Litigation III Section | JONES DAY |
| 450 Fifth Street, NW #4000 | 51 Louisiana Avenue, NW |
| Washington, D.C. 20530 | Washington, DC 20001 |
| Telephone:  (202) 305-1489 | Telephone:  (202) 879-3939 |
| Facsimile:  (202) 514-7308 | Facsimile: (202) 626-1700 |
| ethan.glass@usdoj.gov | jmmajoras@jonesday.com |
| | jsims@jonesday.com |
| *Counsel for Plaintiff United States of America* | mrshumaker@jonesday.com |
| | |
| | Daniel E. Reidy (*admitted pro hac vice*) |
| | Paula W. Render (*admitted pro hac vice*) |

JONES DAY
77 West Wacker Drive
Chicago, IL 60601-1692
Telephone: (312) 782-3939
Fascimile: (312) 782-8585
dereidy@jonesday.com
prender@jonesday.com

Thomas Demitrack (*admitted pro hac vice*)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
Telephone: (216) 586-3939
Fascimile: (216) 579-0212
tdemitrack@jonesday.com

*Counsel for Defendants AB Electrolux and Electrolux North America, Inc.*

*/s/ Paul T. Denis*
Paul T. Denis (DDC No. 437040)
Paul H. Friedman (DDC No. 290635)
Michael G. Cowie (DDC No. 432338)
DECHERT LLP
1900 K Street NW
Washington, DC. 20006
Telephone: (202) 261-3300
Facsimile: (202) 261-3333
paul.denis@dechert.com
paul.friedman@dechert.com
mike.cowie@dechert.com

*Counsel for Defendant General Electric Company*

## CERTIFICATE OF SERVICE

I certify that on December 10, 2015, I filed the foregoing with the Court using its CM/ECF System.

Dated: December 10, 2015

                                        */s/* Ethan C. Glass
                                        Ethan C. Glass (D.D.C. Bar #MI0018)
                                        Kelsey W. Shannon (D.C. Bar #990386)
                                        U.S. Department of Justice
                                        Antitrust Division, Litigation III Section
                                        450 Fifth Street, NW #4000
                                        Washington, D.C. 20530
                                        Telephone: (202) 598-2854
                                        Facsimile: (202) 514-7308
                                        kelsey.shannon@usdoj.gov

                                        *Counsel for Plaintiff United States of America*