UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,          )
                                   )
            Plaintiff,             )  Civil Action
                                   )  No. 15-1039
       v.                          )
                                   )  Friday, November 20, 2015
AB ELECTROLUX, et al.,             )  2:10 p.m.
                                   )  Washington, D.C.
            Defendants.            )
                                   )

VOLUME 9 - AFTERNOON SESSION
TRANSCRIPT OF BENCH TRIAL
BEFORE THE HONORABLE EMMET G. SULLIVAN,
UNITED STATES DISTRICT COURT JUDGE

APPEARANCES:

For the Plaintiff:      **Ethan Glass, Esquire**
                        U.S. DEPARTMENT OF JUSTICE
                        450 Fifth Street, NW
                        Room 4000
                        Washington, DC 20001
                        (202) 305-1489
                        Email: Ethan.glass@usdoj.gov

                        **Nina Hale, Esquire**
                        U.S. DEPARTMENT OF JUSTICE
                        450 Fifth Street, NW
                        Room 4000
                        Washington, DC 20001
                        Email: Nina.hale@usdoj.gov

                        **William Henderson Jones, II, Esquire**
                        U.S. DEPARTMENT OF JUSTICE
                        Antitrust Division
                        450 Fifth Street, NW
                        Room 4000
                        Washington, DC 20001
                        (202) 514-0230
                        Fax: (202) 514-7308
                        Email: Bill.jones2@usdoj.gov

For the Plaintiff:        **Kelsey W. Shannon, Esquire**
                          United States DEPARTMENT OF JUSTICE
                          450 Fifth Street, NW
                          Suite 4000
                          Washington, DC 20530
                          (202) 598-2854
                          Fax: (202) 514-7308
                          Email: Kelsey.shannon@usdoj.gov

                          **David Gelfand, Esquire**
                          United States DEPARTMENT OF JUSTICE
                          450 Fifth Street, NW
                          Suite 4000
                          Washington, DC 20530

For Defendant             **John M. Majoras, Esquire**
AB Electrolux:            JONES DAY
                          51 Louisiana Avenue, NW
                          Washington, DC 20001-2113
                          (614) 281-3835
                          Fax: (202) 626-1700
                          Email: Jmmajoras@jonesday.com

                          **Paula W. Render, Esquire**
                          JONES DAY
                          77 West Wacker Drive
                          Chicago, IL 60601
                          (312) 269-1555
                          Email: Prender@jonesday.com

                          **Kristen A. Lejnieks, Esquire**
                          JONES DAY
                          51 Louisiana Avenue, NW
                          Washington, DC 20001-2113
                          (202) 879-3939
                          Fax: (202) 626-1700
                          Email: Kalejnieks@jonesday.com

                          **Jeremy J. Gray, Esquire**
                          JONES DAY
                          77 West Wacker Drive
                          Chicago, Il 60601
                          (312) 269-1553

**For Defendant General**       **Paul H. Friedman, Esquire**
**Electric Company:**           DECHERT LLP
                               1900 K Street, NW
                               Suite 1200
                               Washington, DC 20006
                               (202) 261-3398
                               Email: Paul.friedman@dechert.com

                               **Paul T. Denis, Esquire**
                               DECHERT, LLP
                               1900 K Street NW
                               Suite 1200
                               Washington, DC 20006
                               (202) 261-3430
                               Email: Paul.denis@dechert.com

                               **Craig Gerald Falls, Esquire**
                               DECHERT LLP
                               1900 K Street, NW
                               Washington, DC 20006
                               (202) 261-3373
                               Fax: (202) 261-3034
                               Email: Craig.falls@dechert.com

                               **Michael G. Cowie, Esquire**
                               DECHERT, LLP
                               1900 K Street NW
                               Suite 1200
                               Washington, DC 20006
                               (202) 261-3339

                               **Anna Revathy Aryankalayil, Esquire**
                               DECHERT, LLP
                               1900 K Street NW
                               Suite 1200
                               Washington, DC 20006
                               (202) 261-3332
                               Email: Anna.aryankalayil@dechert.com

   **Court Reporter:**          **Bryan A. Wayne, RPR, CRR**
                               Official Court Reporter
                               Room 6503, U.S. Courthouse
                               Washington, D.C. 20001
                               (202)354-3186
                               bryanawayne@gmail.com

Proceedings reported by machine shorthand.  Transcript produced
by computer-aided transcription.

## INDEX

**WITNESS:**                                                  **PAGE:**


John Iacoviello:    Direct Exam by Ms. Scanlon ............   2342
                    Cross-Exam by Ms. Belott ..............   2350
                    Direct Exam Cont' by Ms. Scanlon ......   2375
                    Cross-Exam by Ms. Belott ..............   2375

Robert Posthauer:   Direct Exam Cont' by Mr. Friedman .....   2382
                    Cross-Exam by Mr. Hamer ...............   2398
                    Redirect Exam by Mr. Friedman .........   2439

\* \* \* \* \*

```
 1                     P R O C E E D I N G S
 2          THE COURT:  All right, counsel.  So we're going to
 3   proceed with a new witness.
 4          MS. SCANLON:  Yes.  Good afternoon, Your Honor.  Lisa
 5   Scanlon for the United States.  At this time, we call John
 6   Iacoviello from BSH.
 7       JOHN IACOVIELLO, WITNESS FOR THE GOVERNMENT, SWORN
 8                       DIRECT EXAMINATION
 9   BY MS. SCANLON:
10   Q.   Good afternoon, sir.
11   A.   Good afternoon.
12   Q.   I guess it's good morning to you in California.
13        Where do you work, sir?
14   A.   I work for BSH Home Appliance in Irvine, California.
15   Q.   What is your job at BSH Home Appliance?
16   A.   I'm the senior vice president of sales for the U.S.
17   Q.   And what are your responsibilities as the SVP of sales for
18   the U.S.?
19   A.   I run sales for the United States, so in all capacities, so
20   project business, retail sales, everything reports in to me.
21   Q.   How long have you had that job?
22   A.   Six years.
23   Q.   And what is BSH Home Appliance's business?  What does the
24   company sell in the United States?
25   A.   Major appliances.
```

1    Q.    And does that include cooking appliances?

2    A.    Yes, it does.

3    Q.    Under what brands does BSH sell cooking appliances in the

4    United States?

5    A.    Bosch, Thermador, and Gaggenau.

6    Q.    Are there differences between those brands and how they're

7    positioned in the United States?

8    A.    Yes, there are.

9    Q.    Where is the Bosch brand positioned in the U.S. home

10   appliance market?

11   A.    It's a premium brand.

12   Q.    And is that true for the Bosch cooking appliances?

13   A.    Yes, it is.

14   Q.    And what sorts of cooking appliances does the Bosch brand

15   sell in the U.S. market?

16   A.    Slide-in ranges, cooktops, ventilation, microwave ovens.

17   Q.    And you mentioned a moment ago that Bosch is a premium

18   brand in the U.S. home appliance market.  Does that fact

19   translate into certain price points for Bosch cooking appliances

20   in the market?

21   A.    Yes, it would.

22   Q.    So if we were talking about the slide-in ranges that the

23   Bosch brand sells, what would be a MAP price that you would see

24   on a Bosch slide-in range?

25   A.    Starting price would be about $2,000.

1   Q.   And that would be the lowest price that I would see in the

2   market for a Bosch slide-in range?

3   A.   Yes.  That would be the lowest price.  It would go up from

4   there.

5   Q.   Does BSH sell freestanding ranges under the Bosch brand in

6   the United States?

7   A.   No more.  We did at one point, but not anymore.

8   Q.   And can you tell me -- and if this is confidential, we'll

9   cover it in a closed session, but can you tell me why Bosch no

10  longer sells freestanding ranges in the United States?

11  A.   The product was OEM'd for us years ago, and the company

12  that OEM'd it decided to discontinue it, and we decided it

13  wasn't the right business for us anyway, so we exited the

14  business.

15  Q.   And sir, I'm going to ask you about who was OEM'ing those

16  products, but we'll do that in a closed session.  Does Bosch

17  have any current plans to find another supplier for freestanding

18  range products to sell in the U.S. market?

19  A.   No, we do not.  It's not our strategy.

20  Q.   Were the freestanding ranges that BSH was selling under the

21  Bosch brand less expensive than any of the other Bosch ranges

22  that are on the market?

23  A.   Yes.

24  Q.   Sir, does Bosch sell dishwashers under a line called

25  Ascenta?

1    A.    Yes.

2    Q.    Can you explain to me what the Ascenta line's product

3    positioning is?

4    A.    The Ascenta line is our lowest price point of product in

5    dishwashers.

6    Q.    So would it be possible for me to find an Ascenta

7    dishwasher on the market from $450 to $500?

8    A.    We start at a MAP price of $549.

9    Q.    Okay.  And they may find it on sale for less than 549 from

10   time to time?

11   A.    Yes.

12   Q.    Okay.  Is $549 an opening price point for dishwashers in

13   the United States market?

14   A.    No, it's not.

15   Q.    Does Bosch have plans to market a lower price point range

16   under the Ascenta line or some other line?

17   A.    No, we do not.

18   Q.    Sir, where is the Thermador brand positioned in the

19   U.S. home appliance market?

20   A.    I'd say luxury brand.

21   Q.    And is that true for cooking appliances sold under the

22   Thermador brand?

23   A.    Yes, it is.

24   Q.    And would you tell me what cooking appliances are sold

25   under Thermador?

A.    It would be, again, ranges, wall ovens, microwave ovens,
ventilation, cooktops.

Q.    And you said Thermador is in a luxury market position.
Does that translate into certain price points for Thermador
cooking appliances?

A.    Yes, it does.

Q.    Could you give me some prices for, let's say, Thermador
ranges?

A.    Starting at about $5,000.

Q.    Where would a starting price point for Thermador wall ovens
be?

A.    About $3,000.

Q.    And how about a starting price point for a Thermador
cooktop, sir?

A.    About -- could be $1,700, $1,800.

Q.    And where is the Gaggenau brand positioned in the U.S. home
appliance market?

A.    It is the ultra-luxury, super-luxury product.

Q.    Are the cooking appliances also super-luxury, ultra-luxury?

A.    Yes.

Q.    And does that translate into certain price points for
Gaggenau cooking appliances on the market?

A.    Yes.

Q.    How much would I have to pay for a Gaggenau range?

A.    Gaggenau doesn't have ranges.  It would be cooktops, and a

1    cooktop could be $2,500 to $3,000.

2    Q.    Does Gaggenau also have wall ovens?

3    A.    Yes.

4    Q.    How much would a Gaggenau wall oven cost?

5    A.    $4,000.

6    Q.    And do prices go up from there?

7    A.    Yes, they do.

8    Q.    So your testimony is that between the three brands that BSH

9    sells in the United States, range prices start at $1,000 for a

10   MAP price and go up from there.  Is that correct?

11   A.    No.  Range prices start at $2,000.

12   Q.    Apologies.  $2,000 and go up from there.

13   A.    Yes.

14   Q.    Thank you.  Does BSH have plans to do any marketing of

15   ranges in the United States below the $2,000 price point that we

16   just talked about?

17   A.    No, we do not.

18   Q.    And we talked about some wall oven prices.  Could you

19   remind me again what the lowest price point wall oven is I could

20   buy from either Bosch, Gaggenau, Thermador on the U.S. market

21   today?

22   A.    About $2,000 to $2,500.

23   Q.    Does BSH have any plans to begin marketing wall ovens at

24   price points lower than $2,500 in the U.S.?

25   A.    No, we do not.

1    Q.   Same question for cooktops.  Can you tell me what the

2    lowest retail price -- excuse me -- MAP price that I could find

3    for one of the BSH brands in the U.S. market?

4    A.   Bosch is about $800 for the lowest price.

5    Q.   And does BSH have plans to begin marketing cooktops below

6    that price point in the U.S.?

7    A.   No, we do not.

8    Q.   Is that because it's not BSH's strategy to operate in price

9    points below where it is?

10   A.   That's correct.

11   Q.   I just have a few questions for you about the contract

12   channel.  Sir, does BSH sell home appliances into the U.S.

13   contract channel?

14   A.   Yes, we do.

15   Q.   And as the senior vice president for sales for BSH, do you

16   have visibility into the company's efforts to gain sales in the

17   contract channel?

18   A.   Yes, I do.

19   Q.   Do you know if BSH bids on contract channel projects where

20   a builder needs opening price point appliances?

21   A.   We do not.

22   Q.   And why not?

23   A.   Because we can't meet those prices.  We will bid, you know,

24   whatever product we have, but again, if it doesn't meet the

25   requirements, we are not going to win the job, and we're not

1    going to pursue it.

2    Q.   And we talked about freestanding ranges a few moments ago.

3    BSH does not currently have plans to reenter the freestanding

4    range market in the U.S.  Is that correct?

5    A.   That's correct.

6    Q.   So if a contract channel customer is asking for

7    freestanding ranges, BSH cannot provide a quote for that

8    product.  Is that correct?

9    A.   That's correct.

10   Q.   You can't serve that contract channel customer who wants a

11   freestanding range?

12   A.   Cannot.

13   Q.   Does BSH have any plans to change how it positions the

14   Bosch brand in the U.S. cooking home appliance market?

15   A.   No, we do not.

16   Q.   Does BSH have any plans to change how it positions the

17   Thermador brand for cooking appliances in the U.S. home market?

18   A.   We do not.

19   Q.   And does BSH have any plans to change how it positions the

20   Gaggenau brand for cooking appliances in the U.S. market?

21   A.   We do not.

22        MS. SCANLON:  Your Honor, I have one question that's

23   confidential, and I could do that now or we could wait and do it

24   at the end of the session.

25        THE COURT:  You just have one question?

1              MS. SCANLON:  That's all.

2              THE COURT:  Can you hold off on that?

3              MS. SCANLON:  Certainly.  Thank you, Your Honor.

4              THE COURT:  You finished your direct?

5              MS. SCANLON:  Yes.  I pass the witness.

6              THE COURT:  What about confidentiality?  Do you have

7      questions on cross-examination, Counsel, that will deal with

8      confidential issues?

9              MS. BELOTT:  Hi, Your Honor.  Debra Belott on behalf

10     of Electrolux.  We are going to have a few confidential

11     questions.  We can save that to the end and do both at the same

12     time.

13             THE COURT:  All right.  Good afternoon, counsel.

14                          CROSS-EXAMINATION

15     BY MS. BELOTT:

16     Q.   Good afternoon, Mr. Iacoviello.  We met several weeks ago

17     at your deposition.  My name is Debra Belott.

18          Mr. Iacoviello, you've been the vice president of sales for

19     BSH now for about six years; is that right?

20     A.   That's correct.

21     Q.   And part of your responsibilities include growing BSH's

22     share in the market for appliances in the United States.  Is

23     that right?

24     A.   That's correct.

25     Q.   And you were hired to take the company to the next level.

1    Is that true?

2    A.   That's what I was told, yes.

3    Q.   And you would agree with that statement, correct?

4    A.   That's correct.

5    Q.   And you've already had a bit of success in that regard.   Is

6    that fair?

7    A.   Yes.

8    Q.   Bosch's market share has doubled in the home appliances

9    market in the United States.   True?

10   A.   Yes.

11   Q.   And it's grown from 2 to 4 percent?

12   A.   That's correct.

13   Q.   And your goal is to continue to increase Bosch's market

14   share year over year.   Is that right?

15   A.   That's correct.

16   Q.   And you have hopes to double the share again from 4 to 8

17   percent in the next five years.   Is that fair?

18   A.   That would be my goal, yes.

19   Q.   So you would agree that BSH is committed to the United

20   States appliance market.

21   A.   Yes.

22   Q.   And Bosch sees opportunity for growth in the United States

23   appliance market as well?

24   A.   Yes.

25   Q.   And Bosch is looking to take advantage of that opportunity

1    by expanding its line of cooking appliances, by bringing new

2    products to market in the future.  Is that fair?

3    A.    Yes.

4    Q.    And Bosch also sees opportunity in the United States

5    appliance market to expand its sales to contract channel

6    purchasers.  Is that right?

7    A.    Yes.

8    Q.    And Bosch products aren't just sold in the United States;

9    they're sold outside of the United States as well, right?

10   A.    That's correct.

11   Q.    And in fact, BSH's parent company, the German BSH entity is

12   the largest manufacturer of home appliances in Europe.  Is that

13   true?

14   A.    Yes.

15   Q.    And BSH touts that fact on its website?

16   A.    Yes.

17   Q.    And on many of its press releases as well.

18   A.    Yes.

19   Q.    Bosch products are sold in Asia?  Is that true?

20   A.    Yes.

21   Q.    And in Africa as well?

22   A.    I'm not sure.  I'm not responsible for that.

23   Q.    And are you aware that Bosch products are sold in

24   Australia?

25   A.    Yes.

1    Q.    And Canada?

2    A.    Yes.

3    Q.    And Central and South America?

4    A.    Yes.

5    Q.    So you would agree that Bosch is a global home appliance

6    supplier?

7    A.    Yes.

8    Q.    And you mentioned this briefly during your direct, but BSH

9    sells laundry, refrigeration, and cooking appliances; is that

10   right?

11   A.    That's correct.

12   Q.    And cooking appliances would include wall ovens, cooktops,

13   built-in ranges and microwaves as well?

14   A.    Slide-in ranges.

15   Q.    Slide-in ranges.  So you would agree that BSH has a full

16   line of major appliances?

17   A.    Yes.

18   Q.    So we touched on the three Bosch brands, but you sell

19   products under Bosch, Thermador, and Gaggenau; is that fair?

20   A.    That's correct.

21   Q.    And Bosch would be the most affordable of the brands?

22   A.    Yes.

23   Q.    Thermador would be slightly more expensive?

24   A.    More expensive, I don't know.  Depending on what you would

25   purchase, it could be much more expensive.

1    Q.    But it's more expensive than Bosch is?

2    A.    Yes.

3    Q.    And then Gaggenau would be the most expensive:

4    A.    Yes.

5    Q.    Would you agree that Bosch appliances are of good quality?

6    A.    Yes.

7    Q.    And they include innovative features?

8    A.    Yes.

9    Q.    And they're well received by consumers?

10   A.    Yes.

11   Q.    And by critics?

12   A.    Yes.

13   Q.    And Bosch appliances are well received by your builder

14   customers as well.

15   A.    Yes.

16   Q.    In fact, the J.D. Power 2015 kitchen appliance study ranks

17   Bosch highest in customer satisfaction for dishwashers and

18   cooktops.  Is that true?

19   A.    That's correct.

20   Q.    And Bosch also recently won the Partner of Choice award

21   from David Weekley Homes.  Is that also true?

22   A.    That's correct.

23   Q.    I don't know if you have a binder already, but there should

24   be a gentleman in the courtroom that can hand it up to you if

25   you do not have it.

1    A.    I don't have it yet.

2    Q.    Magical binder appears from nowhere.  And if you could turn

3    to DX DEM 021.

4    A.    I'm sorry.  Could you repeat that again?

5    Q.    Sure.  It's DX DEM 021.

6    A.    Okay.

7    Q.    And this is a copy of a press release from the Bosch

8    website, and the title reads, "Bosch Home Appliances and

9    Thermador earn prestigious Partners of Choice award from David

10   Weekley Homes."  Did I read that correctly?

11   A.    Yes.

12   Q.    And this press release is available on the Bosch website,

13   correct?

14   A.    Yes.

15   Q.    And Bosch recently won business, builder business from

16   David Weekley Homes.  Is that right?

17   A.    Yes.

18   Q.    And David Weekley Homes is one of the largest single family

19   homebuilders in the United States.  Is that fair?

20   A.    That's correct.

21   Q.    And if we just look at the second sentence in the first

22   paragraph, it reads, "The brands were selected from a pool of

23   200 companies and are among only 15 companies to receive the

24   highest AA ranking which recognizes excellence in both quality

25   and service in support of David Weekley Homes' team members."

1    Did I read that correctly?

2    A.    Yes.

3    Q.    And the next sentence reads, "Bosch Home Appliances and

4    Thermador are the first and only appliance brands to receive

5    this recognition in David Weekley Homes' 12 year running

6    supplier evaluation platform."  Did I read that correctly?

7    A.    Yes.

8    Q.    I think you testified on direct that Bosch presently

9    focuses on premium products.  Is that fair?

10   A.    Yes.

11   Q.    And in fact, you focus on built-in kitchen suites.  Is that

12   true?

13   A.    We do.

14   Q.    And a kitchen suite would include a cooking product?

15   A.    Yes.

16   Q.    And that would be either a range or a cooktop and wall oven

17   combination, true?

18   A.    Yes.

19   Q.    And it would also include a refrigerator?

20   A.    Yes.

21   Q.    And a dishwasher.

22   A.    Yes.

23   Q.    So not individual appliances but a full package of kitchen

24   appliances together.  Is that fair?

25   A.    That's what a kitchen suite is, yes.

1    Q.   And you testified that Bosch is a premium brand?

2    A.   Correct.

3    Q.   And you have no plans to expand into lower price points?

4    A.   That's correct.

5    Q.   But currently Bosch does offer a series of dishwashers at

6    price points aimed at value-conscious consumers.  Is that true?

7    A.   Correct.

8    Q.   And if you turn in your binder to defendant's demonstrative

9    019?

10   A.   Yes.

11   Q.   And is this another press release from Bosch's website?

12   A.   Yes, it is.

13   Q.   And the title reads, "Bosch Home Appliances unveils new

14   Ascenta dishwashers."  Did I read that correctly?

15   A.   Correct.

16   Q.   And if we look at the second sentence in the first

17   paragraph, it reads, "Available now at starting price point of

18   $599, the new Ascenta dishwashers combine affordability with the

19   best of Bosch quiet, flexibility, performance and design."  Did

20   I read that correctly?

21   A.   Yes.

22   Q.   And if we look down to the third paragraph, the first

23   sentence, "Bosch Home Appliances is proud to offer the new line

24   of Ascenta dishwashers which provide value-conscious consumers

25   with access to more premium Bosch features than ever before."

1    Did I read that correctly?

2    A.   Yes.

3    Q.   And if we look one paragraph down, it identifies some of

4    those innovative features, including the RackMatic, "an

5    adjustable top rack with multiple levels to accommodate tall

6    glasses or large pots and pans."  Do you see that?

7    A.   Yes.

8    Q.   So RackMatic is an innovative feature that BSH has brought

9    to the market in dishwashers; is that fair?

10   A.   Yes.

11   Q.   And if we look one more paragraph down, we see Speed60, a

12   cycle that "transforms dishes from dirty to dry in about 60

13   minutes for a fast, convenient clean."  Do you see that?

14   A.   Yes, I do.

15   Q.   And would Speed60 be another innovative feature that Bosch

16   has brought to its Ascenta dishwasher -- I'm sorry -- to it's

17   dishwasher products?

18   A.   Yes.

19   Q.   And these are innovations that were previously only

20   available for BSH's more expensive dishwashers.  Is that fair?

21   A.   That's correct.

22   Q.   And they're now offered in your Ascenta dishwashers.

23   A.   Yes.

24   Q.   Dishwashers that are being marketed as affordable.

25   A.   Correct.

1    Q.   Bosch also partners with certain appliance distributors.

2    Is that true?

3    A.   We sell to appliance distributors, yes.

4    Q.   And Bosch has a distributor council?

5    A.   Not that I'm aware of.

6    Q.   Are you aware of any group of individuals at Bosch that

7    meets with appliance distributors on a regular basis?

8    A.   Not with distributors.  We have a dealer council.

9    Q.   And what is the purpose of your dealer council?

10   A.   We bring in some of our major dealers from around the

11   country to give us their input on products, programs, so on and

12   so forth.

13   Q.   And does Bosch provide any information to those dealers

14   about products that Bosch may be introducing?

15   A.   Yes.

16   Q.   And does Bosch provide those dealers with information about

17   businesses where they seek to expand?

18   A.   About what?  I'm sorry.

19   Q.   About ways in which they seek to expand their appliance

20   business.  Your appliance business.

21   A.   Yes.

22   Q.   And are you aware that an employee from Factory Builder

23   Stores is a member of that dealer council?

24   A.   Yes.  I'm aware.

25   Q.   And to your knowledge, has Bosch informed the dealer

1    council that they are expanding their appliance products into

2    lower price points?

3    A.    I'm not aware.

4    Q.    And are you aware -- to your knowledge, has Bosch informed

5    the dealer council that they're planning to drop features from

6    Bosch products in order to be able to sell at lower price

7    points?

8    A.    I'm not sure what products you're speaking of.

9    Q.    Would it surprise you to know that Bosch is informing its

10   dealer council that they're planning to drop features on any of

11   its appliance products in order to be able to sell those

12   products at lower price points?

13   A.    We did it on dishwashers.

14   Q.    And would it surprise you to know that Bosch has been

15   telling the dealer council that they're planning to do that with

16   other products as well?

17   A.    There's conversations, and it's open forum, but that

18   doesn't mean that Bosch is planning to do that.

19   Q.    BSH sells appliances at three of the four big-box

20   retailers.  Is that true?

21   A.    That's correct.

22   Q.    Bosch sells its products at Lowe's?

23   A.    Correct.

24   Q.    And at Best Buy?

25   A.    Yes.

1   Q.   And at Sears as well.

2   A.   Yes.

3   Q.   Bosch doesn't currently sell appliances at The Home Depot.

4   Is that true?

5   A.   That's correct.

6   Q.   But you've tried to sell Bosch appliances at Home Depot in

7   the past.  Is that fair?

8   A.   We've had conversations, yes.

9   Q.   And in fact, you meet with Bob Baird of The Home Depot

10   every year in January.  Is that right?

11   A.   We speak either on the phone.  I met with him one time.

12   Q.   But you haven't reached agreement with Home Depot to date?

13   A.   That's correct.

14   Q.   And that's because Home Depot was unwilling to put Bosch

15   products in all of its stores.  Is that fair?

16   A.   That's correct.

17   Q.   And you'd agree that Home Depot has complete control over

18   the appliances that it chooses to sell.

19   A.   I would think so.  Correct.

20   Q.   And Home Depot also has complete control over the prices at

21   which it sells appliances.

22   A.   It's up to them what they sell the products for.

23   Q.   And that's because Bosch doesn't set the prices of the

24   appliances that are sold at retail stores.  Is that true?

25   A.   Absolutely not.

1    Q.   Bosch only recommends pricing?

2    A.   That's correct.

3    Q.   And it's up to the retailer to determine the price at which

4    the appliances will ultimately be sold.

5    A.   That's correct.

6    Q.   And in fact, Bosch has heard from Sears that appliances

7    won't sell at a given price point.  Is that true?

8    A.   Yes.  That's true.

9    Q.   And you've heard the same from Lowe's.

10   A.   Yes.

11   Q.   And the same from Best Buy?

12   A.   Yes.

13   Q.   And in fact, every retailer you do business with pushes

14   back on Bosch with respect to Bosch's wholesale pricing of its

15   appliances.  Is that true?

16   A.   No.

17   Q.   I'm sorry.  No?

18   A.   That's not correct.  Not every retailer.

19   Q.   Okay.  I think in your binder, if you turn to the very

20   back, there's a tab marked "transcript."  And if you'd turn to

21   page 44.

22            THE COURT:  Counsel, I think the last tab I have is --

23            MS. BELOTT:  I don't believe the transcripts are in

24   the daily binder, but --

25            THE COURT:  Oh, all right.

1          MS. BELOTT:  And the transcript is all the way in the

2     back.

3          THE COURT:  All right.  Great.  Thank you.

4          THE WITNESS:  Mine only goes up to 37, I think.  Hold

5     on, I'm sorry.

6     BY MS. BELOTT:

7     Q.  I apologize.  It's page 12, and then it'll be the little

8     condensed page numbered 44.

9     A.  Yes.

10    Q.  And so this transcript has been marked confidential so I'm

11    not going to ask you to read it out loud, but if you could just

12    read to yourself page 44, lines 2 to 5.

13         (Witness reviewing document.)

14    A.  Okay.

15    Q.  Does that change your testimony at all with respect to

16    whether every retailer you do business with pushes back on Bosch

17    with respect to Bosch's wholesale pricing?

18    A.  The question is a little bit different than what's stated

19    here.  If it's a specific product, I could hear that, but it's

20    not every product that we sell.

21    Q.  But in at least one instance, you've heard from each of the

22    retailers with whom you do business that a product won't sell at

23    a given price.

24    A.  I could hear that -- I could hear that from retailers, but

25    every single retailer that I spoke to?  I don't know.  I don't

1    think that's accurate.

2    Q.    Sears in the past has removed a product from its floor --

3    I'm sorry.  Sears has before removed a Bosch product from its

4    floor because the price was too high.  Is that true?

5    A.    That's correct.

6    Q.    And Lowe's has also removed a Bosch product from its floor

7    because the price was too high?

8    A.    Yes.

9    Q.    And Best Buy has also removed a Bosch product from its

10   floor because the price was too high.

11   A.    Yes.

12   Q.    And you'd agree that having floor space at a retailer is

13   pretty important.

14   A.    Yes.

15   Q.    You testified earlier that as vice president of sales, part

16   of your responsibilities are overseeing sales to contract

17   channel purchasers.  Is that fair?

18   A.    Yes.

19   Q.    And you have plans to expand Bosch's sales to single family

20   homebuilders?

21   A.    Yes.

22   Q.    And you also have plans to expand Bosch's sales to

23   multifamily home builders?

24   A.    Yes.

25   Q.    And you'd agree that the competition for sales of

1   appliances to contract channel purchasers is pretty intense?

2   A.   Yes.

3   Q.   You'd agree that you compete every day to make sales to

4   builders.

5   A.   Yes.

6   Q.   And Bosch has a team in place to increase sales to builder

7   customers?

8   A.   Yes.

9   Q.   And one of your direct reports is Bob Eustice.  Is that

10  right?

11  A.   Correct.

12  Q.   And Mr. Eustice's title is director of national builder

13  sales.

14  A.   Yes.

15  Q.   And if you turn to DX DEM 023 in your binder?

16  A.   Yes.

17  Q.   Have you seen this document before?

18  A.   You're talking about the BSH builder organization?

19  Q.   Yes, sir.

20  A.   Yes.

21  Q.   And if we look here on the top, it has Bob Eustice's name,

22  BSH national builder manager.  Do you see that?

23  A.   Yes.

24  Q.   And it also identifies 10 builder sales managers for Bosch.

25  A.   Yes.

1    Q.   And it appears from this map that their areas cover the

2    entire United States.  Is that true?

3    A.   Correct.

4    Q.   So Bosch is able to serve the entire country, wherever that

5    builder may reside.

6    A.   Yes.

7    Q.   And would you agree that Bosch's sales to single family

8    homebuilders have grown from 2014 to 2015?

9    A.   Yes.

10   Q.   And Bosch's sales to multifamily builders has also grown

11   from 2014 to 2015?

12   A.   Yes.

13   Q.   And while Bosch does its best to track its sales to

14   contract channel purchasers, it's difficult for you to track in

15   a precise manner.  Would you agree with that?

16   A.   I'm not sure what you mean about that.

17   Q.   If you turn to page 75 of your deposition?  And that's on

18   page 20 on the bottom and then the little page 75.

19   A.   Yes.

20   Q.   And if you could start on line 22 and read over to 76, line

21   5.

22   A.   Read to where?

23   Q.   Page 76, line 5.

24        (Witness reviewing document.)

25   A.   That's correct.

1  Q.   Does that refresh your recollection at all with respect to

2  whether it's difficult for Bosch to track its sales to contract

3  channel purchasers?

4  A.   Depending on who we're doing business with.  Again, if it's

5  a retailer and it's sold through -- you know, to a builder, it's

6  very difficult for me to track that.  If it's a project, then I

7  can track it.  So it could be one apartment that's sold.  It's

8  difficult for me to know that it's being sold there.

9  Q.   And that's because you sell to retailers that also do

10  builder business.

11  A.   Correct.

12  Q.   And Bosch also sells to builders through authorized builder

13  distributors.  Is that true?

14  A.   Yes.

15  Q.   And let's identify some of the distributors that you use.

16  Bosch sells to Purcell Murray.  Is that true?

17  A.   That's correct.

18  Q.   And Purcell Murray sells directly to builders?

19  A.   Correct.

20  Q.   And Purcell Murray also sells to other builder

21  distributors, including Pacific Sales and Ferguson?

22  A.   That's correct.

23  Q.   And Purcell Murray also sells to almost every retailer that

24  sells appliances in California.  Is that right?

25  A.   That's correct.

1    Q.   And again, Bosch has no idea how many Bosch products are

2    sold through Purcell Murray to a contract channel purchaser as

3    opposed to a retail consumer.  Is that fair?

4    A.   Well, when I meet with them at the end of the year and they

5    show me their project business and their contract business --

6    their contract, project business, same thing -- and the retailer

7    business, then I know how much they sold.  But again, if it goes

8    through a retailer, it's very difficult to track that.

9    Q.   And Bosch also sells directly to Ferguson.  Is that true?

10   A.   Correct.

11   Q.   And Ferguson is a nationwide contract distributor?

12   A.   They're a plumbing supply company.

13   Q.   And Ferguson sells to builders?

14   A.   Yes.

15   Q.   And they also sell to remodelers?

16   A.   Yes.

17   Q.   And you're aware that Ferguson has showrooms across the

18   country?

19   A.   Yes, I am.

20   Q.   And are you aware that Bosch is featured on every Ferguson

21   showroom floor?

22   A.   125 of the showroom floors.  Correct.

23   Q.   And you know that Ferguson sells to retail consumers that

24   walk its showroom floors in addition to builder customers.  Is

25   that true?

1   A.   Yes, I do.

2   Q.   Bosch also sells directly to Almo?

3   A.   Limited.

4   Q.   And you're aware that Almo has both contract and retail

5   sales.

6   A.   Very limited selling through Almo.

7   Q.   But you're aware that Almo has both contract and retail

8   sales?

9   A.   Yes.

10  Q.   And Bosch also sells to P.C. Richard?

11  A.   Yes.

12  Q.   And P.C. Richard too has sales to contract channel

13  purchasers as well as retail consumers; is that true?

14  A.   That's correct.

15  Q.   Bosch also sells to builders through Pacific Sales; is that

16  true?

17  A.   Correct.

18  Q.   As well as Monark?

19  A.   Correct.

20  Q.   And Monark is a division of Sears that sells to contract

21  channel purchasers.  Is that fair?

22  A.   Yes.

23  Q.   And in fact, you recently had a meeting with Kristen Elder

24  of Monark regarding their desire to expand their sales to

25  contract channel purchasers.  Is that true?

1    A.    Correct.

2    Q.    And Ms. Elder is the senior vice president of builder sales

3    for Monark.   Is that right?

4    A.    That's correct.

5    Q.    And Ms. Elder told you that Sears's Monark division was

6    expanding their footprint in the builder channel.   Is that true?

7    A.    That's correct.

8    Q.    And you're also aware that Samsung has been expanding into

9    the builder channel.

10   A.    Yes.

11   Q.    And LG as well.

12   A.    Yes.

13   Q.    You'd agree that Bosch competes with Samsung and LG for

14   sales of appliances to builder customers.

15   A.    I really don't compete against them in the builder channel.

16   Q.    You would agree that Bosch targets builder customers that

17   also use Samsung and/or LG appliances.

18   A.    We target in Bosch, KitchenAid.   In Thermador, we target

19   Miele, Sub-Zero Wolf, Jenn-Air, Jenn-Air could also be in Bosch,

20   and we could target GE Profile and GE Café.

21   Q.    And other than those brands that you just identified, Bosch

22   doesn't target builder customers that also use any other

23   appliances.

24   A.    We are asked for quotes.   There could be other appliances

25   being quoted, and we will quote.   But again, we quote with what

1   we have available.  We do not meet whatever -- if it's price

2   points that we can't meet, we either won't quote it or we'll

3   supply a quote, you know, for Bosch products.

4   Q.   If you could turn in your binder to DX DEM 020.

5   A.   Yes.

6   Q.   This is a screenshot from Bosch's website, and you see

7   there at the top of the page, it says "Request for project

8   pricing."  Do you see that?

9   A.   Yes.

10  Q.   So this form on Bosch's website would allow potential

11  builder customers to fill out their information and submit it to

12  Bosch's builder team.  Is that true?

13  A.   Correct.

14  Q.   And on the first page Bosch asks for some general

15  information, name, and contact information.  Is that fair?

16  A.   Yes.

17  Q.   And then if you turn to the second page, you see the

18  question asked, "What brands do you typically spec into your

19  kitchen projects?  Please rank your use of each brand, 1 least

20  and 5 most."  Do you see that?

21  A.   That's correct.

22  Q.   And Bosch identifies both LG and Samsung as potential

23  options.  Do you see that?

24  A.   Yes.

25  Q.   So you'd agree that both LG and Samsung are currently

```
 1   selling cooking appliances into the builder channel?

 2   A.   Sure.

 3   Q.   And you'd agree that both LG and Samsung are making efforts

 4   to increase their presence in the builder channel as well?

 5   A.   Sure.

 6   Q.   You discussed earlier your plans to grow Bosch's market

 7   share.  That includes increasing sales to builder customers as

 8   well, doesn't it?

 9   A.   Correct.

10   Q.   And again, Bosch has had some success in that regard

11   already?

12   A.   Yes.

13   Q.   We previously talked about David Weekley Homes.  Bosch has

14   also won business with Toll Brothers.  Is that true?

15   A.   That's correct.

16   Q.   And Toll Brothers is also one of the largest single family

17   homebuilders in the United States?

18   A.   Yes.

19   Q.   And Pulte Homes also buys Bosch appliances?

20   A.   Yes.

21   Q.   And Pulte again is one of the largest single family

22   homebuilders in the United States.  Is that true?

23   A.   Yes.

24   Q.   I'm just going to jump around a little bit so we can cover

25   everything that's public.  We talked a little at your deposition
```

```
 1    about trends in the appliance industry that you've seen in the

 2    past six years.  Do you recall that?

 3    A.    Yes.

 4    Q.    And one of the trends we discussed were the fact that

 5    holiday sales have become increasingly important.  Do you

 6    remember that?

 7    A.    Yes.

 8    Q.    And would you agree that LG and Samsung are the most

 9    aggressive competitors during holiday times with respect to

10    pricing of appliances?

11    A.    They're very aggressive, yes.

12    Q.    And I believe to use your words, you said another trend in

13    holiday sales is characterized by a how-low-can-you-go strategy.

14    Do you recall that?

15    A.    Yes.

16    Q.    And you'd agree that holiday sales have also become much

17    longer in duration.  Is that true?

18    A.    That's correct.

19    Q.    And one example would be Black Friday becoming Black

20    November.

21    A.    Yes.

22    Q.    Another trend you've noticed in the appliance industry is

23    that you see products that have more features at lower prices?

24    A.    Yes.

25    Q.    You'd agree that appliances that consumers can purchase
```

1    today at low price points have more features than that same

2    price point five years ago?

3    A.    Yes.

4         MS. BELOTT:  So I think I'm done with my public

5    portion of the examination.  I don't know if we want to go back

6    to Ms. Scanlon for her --

7         THE COURT:  What's your preference, counsel?  You want

8    to finish redirect, or do you want to go off the record for

9    finishing direct and then cross-examine off the record and then

10   finish on the public record?  Whatever you want to do is fine

11   with me.

12        MS. SCANLON:  That sounds fine, Your Honor.  If we can

13   close the court, I can ask my questions, Ms. Belott can finish

14   hers and --

15        THE COURT:  That's fine.  So who should remain,

16   counsel?

17        MS. BAIOCCO:  Counsel for Bosch is certainly entitled

18   to remain, and counsel for the Department of Justice as well as

19   the parties.

20        THE COURT:  All right.

21        MR. DENIS:  And counsel under the protective order

22   that are allowed to stay in court.

23        THE COURT:  That's fine.  And counsel under the

24   protective order are allowed to stay as well.

25                    (Closed Session)













22        MS. BELOTT:  I have no further questions.

23        THE COURT:  All right.  Thank you, counsel.

24        MS. BELOTT:  Thank you, Mr. Iacoviello.

25        THE WITNESS:  You're welcome.

```
 1              THE COURT:  Anything, government?
 2              MS. SCANLON:  Nothing, Your Honor.  Thank you.
 3              THE COURT:  Thank you, sir.  I excuse you.  Thank you.
 4         (End of video conference.)
 5         All right.  Now I think we have to return to -- we're going
 6    to cancel the transmission.  Any other questions, anyone?  All
 7    right.  Thank you very much, sir.
 8              THE WITNESS:  Thank you.
 9              THE COURT:  And we're going to return to 24A?  Or do
10    you want to stay here?
11              THE DEPUTY CLERK:  We'll go up to 24.
12              THE COURT:  All right.  We'll see you in about 10
13    minutes.  Thank you.
14         (Recess from 3:06 to 3:18 p.m.)
15              THE COURT:  All right.  Let's proceed with the
16    examination.  And actually, on that minute order, I did say that
17    there would not be any testimony, any real-time testimony from
18    the floor.  I mean, the Court can take judicial notice of what
19    the newspaper article says for pricing purposes.  So I'll allow
20    that, but I don't want to hear any testimony about actual sales.
21    I mean, I think the record's been developed that this Black
22    Friday event is not dissimilar from prior ones.
23         But if you want some leeway to go into that, that's fine.
24    I mean, I've seen the flyer for this month.  If you want to ask
25    a question or two about that, without getting into actual sales
```

1   testimony, I'll let you do that.  Because that would not be

2   inconsistent with the minute order the Court issued.

3          MR. FRIEDMAN:  Thank you, Your Honor.  I do appreciate

4   that.  Why don't we go back and look at that.  Really, I'll

5   limit it to just a few questions.  This is DX DEM 26, which is

6   the 2015 Home Depot Black Friday flyer.  We've got that up on

7   the screen as well.

8         **ROBERT POSTHAUER, WITNESS FOR DEFENSE, PREVIOUSLY SWORN**

9               **DIRECT EXAMINATION CONTINUED**

10                 (Closed Session)











2388





















           MR. FRIEDMAN:  All right.  Thank you.  I pass the

witness, Your Honor.

           THE COURT:  All right.  Confidentially or public

record?

1          MR. HAMER:  Your Honor, this is open.

2          THE COURT:  So we'll invite the people outside to join

3     us.  Thank you, Marshal.

4                         (Open Session)

5          THE COURT:  All right.  Go right ahead, counsel.

6          MR. HAMER:  Thank you, Your Honor.

7                         CROSS-EXAMINATION

8     BY MR. HAMER:

9     Q.    Good afternoon, Mr. Posthauer.

10    A.    Good afternoon.

11    Q.    You've talked quite a bit about competition with LG and

12    Samsung today.  And I want to ask you about competition between

13    GE and Electrolux.  Can we do that?

14    A.    Yeah.

15    Q.    You acknowledge that today General Electric does compete

16    directly with Electrolux for appliance sales, right?

17    A.    Yes.

18    Q.    And you have for many years, right?

19    A.    Yes.

20    Q.    And if this transaction does not occur, you will continue

21    at General Electric to compete with Electrolux in the sale of

22    appliances, right?

23    A.    Yes.

24    Q.    If the transaction does close, you're one company;

25    obviously you will no longer compete as two separate companies.

1    Of course?

2    A.   Of course.

3    Q.   Okay.  So let's look at some specific examples over the

4    years that you've been involved in.  You have a binder there in

5    front of you.  If you can turn, please, to PX 01381.  So,

6    Mr. Posthauer, this is an e-mail chain with a fellow employee at

7    General Electric, Mr. Rogers, correct?

8    A.   That's correct.

9    Q.   Someone that reported to you, correct?

10   A.   Robert Rogers reports to me currently.  Would you mind if I

11   just took a look at this real quick?

12   Q.   Please.

13   A.   Okay.

14        (Witness reviewing document.)

15   Q.   And we'll begin with the e-mail at the bottom of the chain.

16   A.   Okay.

17   Q.   So the IBS is the International Builders' Show, right?

18   A.   That is correct.

19   Q.   That's an important event for you and your business, right?

20   A.   It is.

21   Q.   It's an event that you sat out that year, right?

22   A.   In 2014, that's correct.

23   Q.   So this is an e-mail that you sent, at the bottom of the

24   chain here, an e-mail that you sent to Mr. Rogers in 2014,

25   right?

1    A.    Yes.

2    Q.    And you were about to go talk to your contract sales team

3    at General Electric, right?

4    A.    The Big Event is both retail and contract sales, and yes, I

5    was preparing to open up the Big Event.

6    Q.    This e-mail chain specifically refers to your comments to

7    the contract sales team, right?

8    A.    Yes.

9    Q.    You have separate sales teams, contract and retail, right?

10   A.    Correct.

11   Q.    Okay.  So you were soliciting from Mr. Rogers his ideas on

12   your comments for your speech to your contract sales team,

13   right?

14   A.    Yes.

15   Q.    So you specifically said to Mr. Rogers, "What other

16   messages in my intro do you think I should tell?"  Do you see

17   that?

18   A.    Yes.

19   Q.    Okay.  And then he responded to you and provided his ideas

20   and his suggestions on your remarks, right?

21   A.    Yes.

22   Q.    And did you in fact speak to the contract sales team?

23   A.    I did.

24   Q.    Okay.  Does this fairly describe the comments that you gave

25   to them?

1    A.    No.

2    Q.    Okay.  Let's go through and look at a couple of specific

3    examples.

4    A.    Okay.

5    Q.    And talk about them more specifically.  If you go about

6    eight lines down, there is a suggestion to you for your remarks

7    that "Whirlpool and Frig focusing on contract with industry

8    growth."  Do you see that?

9    A.    I do.

10   Q.    And Frig is Frigidaire, right?

11   A.    That's correct.

12   Q.    And it was true in 2014 that Whirlpool was focusing on the

13   contract channel, right?

14   A.    Yes.

15   Q.    And Electrolux was as well, right?

16   A.    Yes.  And LG and Samsung were also building their

17   capabilities for contract.  But yes, I would agree with that.

18   Q.    Right.  And the two competitors that were referenced by

19   Mr. Rogers, as his suggestions for your remarks, listed

20   Whirlpool and Electrolux, but not LG and Samsung.  Right?

21   A.    Yes, that's correct.

22   Q.    The next phrase says, "We are the 800-pound gorilla."  Do

23   you see that?

24   A.    I do.

25   Q.    And "we" is General Electric.

1   A.   Yes.

2   Q.   And that's a fair characterization, General Electric is the

3   800-pound gorilla in the contract channel, right?

4   A.   No, I don't agree with that.

5   Q.   Did you use that phrase when you spoke to the contract

6   team?

7   A.   I did not.  No, I did not.

8   Q.   The next sentence says, "They are after us."  Do you see

9   that?

10   A.   Yes.

11   Q.   And that also was true in 2014.  Electrolux was after

12   General Electric in the contract channel, right?

13   A.   Electrolux, Whirlpool, Samsung, and LG, Bosch, and

14   Thermador.  But yes, that's what this e-mail references.  That's

15   fair.

16   Q.   The "they" here refers to Whirlpool and Electrolux, right?

17   A.   Yes.

18   Q.   Whirlpool and Electrolux were after General Electric in

19   2014 in the contract channel, right?

20   A.   That's what the e-mail says, yes.

21   Q.   And are today, right?

22   A.   Yes, we're fighting for business on retail and contract as

23   well.  So yes.

24   Q.   From Electrolux's perspective, GE is the 800-pound gorilla

25   in the contract channel, right?

1   A.   Can you repeat that question?

2   Q.   I said from General Electric's -- I'm sorry.   From

3   Electrolux's perspective, General Electric is the 800-pound

4   gorilla in the contract channel?

5   A.   I can't speak to that.   I don't know.

6   Q.   The next sentence says, "Need to keep raising the bar."   Do

7   you see that?

8   A.   Yes.

9   Q.   After the phrase, "They are after us," it says, "Need to

10  keep raising the bar"?

11  A.   I do.

12  Q.   And that's true; General Electric needs to keep raising the

13  bar in response to competition from Electrolux.   Right?

14  A.   We need to keep raising the bar in general in the appliance

15  industry because of our competitors, Electrolux, Whirlpool, LG,

16  Samsung.

17  Q.   And Electrolux is one of those competitors that forces GE

18  to keep raising the bar, right?

19  A.   Electrolux is a competitor.

20  Q.   If you look farther down, the second from the last line in

21  this paragraph, there's a sentence that says, "Contract is our

22  muscle."   Do you see that?

23  A.   I do.

24  Q.   And that's a fair characterization; contract is GE's

25  muscle, right?

1   A.   I don't know what he means by that, but contract is

2   certainly a capability of ours and a strength of our sales team,

3   as is retail, but contract certainly is as well.  I think this

4   is a pep rally for my sales team, and Robert is the general

5   manager of strategy for both contract and retail, and he's

6   providing some thoughts with a little bit of color is what that

7   refers to.

8   Q.   Okay.  Thank you.  Let's look at a different document,

9   please, in your binder.  If you can move to PX 01382.  You

10  talked a little bit this morning about the dimensions on which

11  you compete.  It's not just price; you also compete on product

12  style and appearance, right?

13  A.   Yes.

14  Q.   Okay.  This is an e-mail chain that is among you and others

15  at General Electric, right?

16  A.   Yes.  You mind if I take a quick peek at it for context?

17  Q.   Sure.

18       (Witness reviewing document.)

19  A.   Okay.

20  Q.   So the bottom of this e-mail chain is an e-mail from you to

21  your colleagues, right?

22  A.   Yes.

23  Q.   And you were reporting to them that, as you said, "Crazy

24  idea:  We have had several retail customer requests for Hotpoint

25  in SS."  Do you see that?

1    A.    Yes.

2    Q.    Okay.  Hotpoint is your lower priced appliance brand at

3    General Electric, right?

4    A.    It's a brand of ours, yes.

5    Q.    You have a range of brands from GE Monogram down to

6    Hotpoint, right?

7    A.    Right.

8    Q.    And Hotpoint is the more affordable priced products

9    typically?

10   A.    That's fair.  There's overlap with some of the GE products,

11   but yes.

12   Q.    Okay.  And "SS" here means stainless steel?

13   A.    That's right.

14   Q.    And you suggested, your crazy idea is to try Clean Steel

15   for Hotpoint, correct?

16   A.    That's right.

17   Q.    And your colleague, Ms. Robbins, at General Electric

18   responded to you and said in the last sentence, "If we could get

19   a competitive package in Clean Steel, it might work against the

20   Frig offerings," correct?

21   A.    That's correct.

22   Q.    And she's referring to Frigidaire, the Electrolux product

23   that competes with Hotpoint, right?

24   A.    In this particular case, yes, she's referencing Frigidaire.

25   Q.    She didn't reference any other competitors specifically in

1   her response to your idea, right?

2   A.   Not in this e-mail.

3   Q.   Okay.  And then you get another response from your

4   colleague, Mr. Pollard, also at General Electric, right?

5   A.   Yes.

6   Q.   And he weighs in, and his comment at the end of his e-mail

7   says, "To Kim's point, it would allow us to combat the

8   low-priced Frig offering.  Currently Electrolux is promoting

9   Frig as an alternative to GE.  We should be using Hotpoint."  Do

10  you see that comment?

11  A.   I do.

12  Q.   And that was true, right?  Frigidaire was competing with

13  Hotpoint, right?

14  A.   That's what he's referencing here, yes.

15  Q.   And Electrolux was actively promoting Frigidaire as an

16  alternative to GE's Hotpoint product?

17  A.   I don't recall that, but that's what the e-mail is

18  referencing, that's correct.

19  Q.   And then again, Mr. Pollard didn't reference any other

20  competitor other than Electrolux in his response, right?

21  A.   Not in his response, no.

22  Q.   And then Mr. Fong weighed in.  He's also a GE employee,

23  correct?

24  A.   Yes.  Randall's a region manager on the West Coast.

25  Q.   Okay.  And Mr. Fong, in his last sentence, says,

1    "Frigidaire is only getting attention because of the low price.

2    This could work."  Is that right?

3    A.    That's what the e-mail says, yes.

4    Q.    And Electrolux was competing with Frigidaire against

5    General Electric with a low price, right?

6    A.    They were competing with us and other brands, but yes,

7    that's the reference in this e-mail.

8    Q.    So this is an example of a product innovation idea that you

9    actually forwarded to your team where General Electric

10   considered the competitive response with Electrolux, right?

11   A.    No.  I wouldn't agree with that.  The start of the idea

12   came from Home Depot actually had the Amana brand in stainless

13   steel, and they were looking for an alternative to Amana, so

14   they opened that particular suite up for a line review, as we've

15   talked about several times.

16        So the idea I think was generated from that opportunity,

17   and I wondered if my team thought that there were other

18   applications.  That was kind of the genesis of the whole idea of

19   mine.

20   Q.    But you and your team considered the impact on competition

21   with Electrolux when you were considering the idea, right?

22   A.    Primarily Amana because of what I just mentioned, but yes,

23   in this e-mail, it reflects that we've talked about Electrolux.

24   Q.    Okay.  Thank you.  Let me ask you about one other part of

25   this e-mail chain.  If you go to the bottom again to your

1    original e-mail, the idea from Home Depot that you just

2    described was to put Hotpoint in stainless steel.  You said, "I

3    am against this because of mix down."  By "mix," you mean the

4    mix of General Electric products, right?

5    A.    Potentially, yes.

6    Q.    And "mix down," you mean that a Hotpoint sale could

7    cannibalize a GE-branded appliance sale, right?

8    A.    Potentially, yes.

9    Q.    And obviously you want to be taking sales from competitors,

10   not from your own brands, right?

11   A.    That's the goal, yes.

12   Q.    And if Electrolux and General Electric become one company,

13   then Frigidaire sales going to Hotpoint sales would be

14   cannibalization within the company, right?

15   A.    Can you repeat that, please?

16   Q.    If you take sales from Frigidaire branded products with

17   Hotpoint branded products and they're both owned by the same

18   company, it's the same type of cannibalization that you opposed,

19   right?

20   A.    Yes.  We would be one company, but again, I've talked about

21   line logic and really haven't talked about the brand position,

22   but all of that is really important in the steps for any

23   company, of course.

24   Q.    Okay.  Thank you.  Let's go to a different document, PX

25   01200.  This is an e-mail chain between you and Mr. Eddy,

1    E-D-D-Y, at General Electric.  And Mr. Eddy is someone who

2    reports to you and is in charge of the Lowe's account, right?

3    A.   Yes.

4    Q.   And Mr. -- well, strike that.  You talked in your direct

5    exam about competition with other manufacturers for floor space

6    at retailers, right?

7    A.   Yes.

8    Q.   And this is a discussion about floor space for Hotpoint at

9    Lowe's, right?

10   A.   Yes.

11   Q.   And Mr. Eddy in the e-mail chain, or the e-mail at the

12   bottom of this first page, e-mails you and says, "I've given

13   this additional thought and decided our best bet is to go after

14   the low-end range we have the best opportunity of displacing,

15   the OPP Frig model."  Do you see that?

16   A.   I do.

17   Q.   And "Frig" again is Frigidaire, right?

18   A.   Yes.

19   Q.   And OPP means the opening price point, right?

20   A.   Yes.

21   Q.   That's the lower priced Frigidaire model, right?

22   A.   Yes.

23   Q.   And it's the lower priced Frigidaire model that competes

24   with Hotpoint, right?

25   A.   Could compete with others, of course, including Kenmore and

1    Whirlpool, but Hotpoint, GE would be included in that, yes.

2    Q.    But this particular suggestion by Mr. Eddy focused on the

3    competitive model that Hotpoint had the best opportunity of

4    displacing, which was Electrolux's Frigidaire model, right?

5    A.    That's what the e-mail reflects, yes.

6    Q.    And there is no LG or Samsung model that competes directly

7    at that price point, right?

8    A.    I believe they could do it, yes.

9    Q.    But certainly they were not mentioned in this e-mail chain?

10   A.    Not in this e-mail chain.

11   Q.    And you have in fact increased your floor space of General

12   Electric at Lowe's, right?

13   A.    We did not win this particular -- the thread here is on a

14   couple of specific models, and we did not win this.  But we have

15   increased our floor presence, not necessarily in cooking but in

16   clothes care and refrigeration, at Lowe's.

17   Q.    Even though you didn't win this particular effort to

18   displace Frigidaire, you did make an effort to do so and compete

19   directly with Electrolux to do so.  Right?

20   A.    I don't know who else was involved in the line review other

21   than the incumbent, which the incumbent at that time was

22   Frigidaire, as it states, but I'm certain that other brands were

23   competing for that, just like they do for other spots on Lowe's

24   or other retailers' floors.

25   Q.    Okay.  Thank you.  Let's look at another Lowe's e-mail.

1    Can you please turn to PX 01561.  This is another e-mail chain

2    involving you and Mr. Eddy, correct?

3    A.    Yeah.  Give me one second to read through this, please.

4    Q.    Sure.

5    A.    Thank you.  (Witness reviewing document.)

6          Okay.

7    Q.    And this again is another e-mail chain between you and

8    Mr. Eddy and others, right?

9    A.    Yes.

10   Q.    This is now in this year, 2015, right?

11   A.    Yes.

12   Q.    And this is an e-mail from Mr. Eddy reporting on

13   competitive intelligence he received from Lowe's, right?

14   A.    Yes.

15   Q.    And that competitive intelligence, as he mentions in the

16   last paragraph, specifically says that his intelligence is

17   confirming that Frigidaire will have promotions on cooking

18   products beginning on June 18.  Is that right?

19   A.    Yes.

20   Q.    And this is concerning the July 4th promotions in 2015,

21   right?

22   A.    Yes.

23   Q.    And the e-mail is concerning when your competitors were

24   beginning those promotional price advertisements, right?

25   A.    Yes.

Q.   And as of April 2015, General Electric was not planning to
start its promotional pricing at Lowe's on June 18, right?

A.   I don't believe so at that point, but based on this e-mail,
I would say that, yeah, that was the case.

Q.   If you look at the very last sentence, he says, "I hope
this is helpful in determining our course of action."  Do you
see that?

A.   I do.

Q.   Does that refresh your recollection that as of April 2015,
General Electric had not decided to start its promotional
pricing on June 18?

A.   Yes, that's fair.

Q.   Okay.  So the only competitor specifically mentioned by
Mr. Eddy in this e-mail is Electrolux, right?

A.   In this e-mail, that's right again, yes.

Q.   And Lowe's was reporting to General Electric that
Electrolux was starting its July 4th promotion on June 18,
right?

A.   Yes.

Q.   Earlier than you, right?

A.   At this point, yes, but again, LG and Samsung have far more
influence over promotional start dates and stop dates than
Electrolux, but in this e-mail you're referencing, yes.

Q.   And the fact that Electrolux was starting its July 4th
promotion earlier than you were put competitive pressure on you

1    to consider starting yours earlier too, right?

2    A.    This is competitive intelligence that we get all the time,

3    so we have to anticipate and understand what the competitive

4    dynamic is in the marketplace.  For promotions, I can tell you

5    that Electrolux really wouldn't influence my strategy one way or

6    another; LG and Samsung really influence the strategy, and

7    Whirlpool, to a greater extent for me.

8    Q.    And obviously, if Electrolux owns both the GE brands and

9    the Frigidaire brands, then Electrolux will control the timing

10   of both Frigidaire and GE-branded products, right?

11   A.    We would be one company, but there could be different brand

12   strategies too, but yes.

13   Q.    Thank you.  Let's look at another document, please.  PX

14   01703.

15   A.    Can you repeat that number?

16   Q.    I'm sorry.  It's PX 01703.  It's a long chain.  I'm just

17   going to focus on a particular part of it.

18   A.    Okay.

19   Q.    This references the event we spoke of a moment ago, the IBS

20   or International Builders' Show, right?

21   A.    Yes.  It looks like it.  Do you mind if I just flip through

22   this real quick for context?

23   Q.    Certainly.

24   A.    Thank you. (Witness reviewing document.)  Okay.

25   Q.    Okay.  This includes an e-mail from Mr. Boyd at General

1    Electric to many employees including you, right?

2    A.    Yes.

3    Q.    On page 4, there's a February 2014 e-mail from Mr. Boyd,

4    right?

5    A.    That's correct.

6    Q.    Mr. Boyd was in charge of contract sales at General --

7    A.    Yes.  General manager of contract sales, yes.

8    Q.    By the way, in direct exam I think you said your title was

9    general manager, sales.  But your title is general manager,

10   sales, contract and retail, right?

11   A.    Yes.  General manager of sales, which includes both

12   contract and retail.  Yes.

13   Q.    But I think the title was, if you look on page 3, is

14   actually contract and retail; is that --

15   A.    Yeah, when I started the role in October of '13, I think I

16   included that, but I'm pretty sure my signature now just

17   reflects general -- actually, it reflects general manager of

18   sales and marketing because I think they're -- so.  But it's --

19   my official title for GE is general manager of sales.  That

20   includes both retail and contract.

21   Q.    Thank you.  And Mr. Boyd is in charge of the contract sales

22   under your organization, right?

23   A.    Yes.

24   Q.    Again, as you testified, General Electric in 2014 didn't

25   have a booth at this event, right?

1    A.    That's right.

2    Q.    But Mr. Boyd and others attended and Mr. Boyd is reporting

3    his observations from the event, right?

4    A.    Yes.  I attended as well, and that's what this e-mail

5    reflects.

6    Q.    So back to page 4, Mr. Boyd's summary, I want to direct you

7    to the paragraph that begins at the bottom of page 4.  The title

8    is "Competition."  Do you see that?

9    A.    Yes.

10   Q.    He says "Electrolux, Viking, Thermador, Bosch, all had

11   booths, with Electrolux having the biggest."  Right?

12   A.    That's what the e-mail says, yes.

13   Q.    Viking, Thermador and Bosch are high-end appliance brands,

14   right?

15   A.    Yeah, and they're premium brands.

16   Q.    And within the Electrolux company, the Electrolux branded

17   products are the higher end products compared to the Frigidaire

18   products, right?

19   A.    From a brand positioning, yes.

20   Q.    And again, this is an event that's a great opportunity for

21   manufacturers to build relationships in the contract channel,

22   right?

23   A.    Yes.  See the new products that you might have and see

24   other industries as well.

25   Q.    Mr. Boyd knows that Electrolux had the biggest booth of

1    those competitors, right?

2    A.    He was indicating in the e-mail that Electrolux did have a

3    big booth.   That's correct.

4    Q.    He also notes there are many former GE employees working

5    for your competitors, right?

6    A.    Yes.

7    Q.    And Electrolux in fact has hired former GE employees,

8    right?

9    A.    Yes.

10   Q.    The next sentence says, "They are very hungry and they're

11   going after our huge piece of the pie in a big way."  Do you see

12   that?

13   A.    I do.

14   Q.    And that's again a fair characterization, Electrolux is

15   very hungry in the contract channel, right?

16   A.    That's John's characterization in this e-mail, but I would

17   say all appliance competitors that we've talked about today are

18   certainly hungry, both in retail and contract.  But yes, he's

19   indicating that in this e-mail.

20   Q.    And you specifically agree that Electrolux is very hungry

21   in its competition with General Electric, right?

22   A.    Super competitive industry, and Electrolux is a competitor.

23   Q.    He goes on to say, "and they are going after our huge piece

24   of the pie in a big way," right?

25   A.    That's how he characterizes it in this e-mail, yes.

1    Q.   And it's fair to characterize General Electric as having a

2    huge piece of the pie in the contract channel, right?

3    A.   I wouldn't characterize it as that.  Again, contract sales,

4    as is retail, but contract sales is certainly a strength in

5    capability, one that I'm proud of.

6    Q.   In fact, if you look on page 3 at the very top of that

7    page, you respond saying, "I agree with the summary."  Right?

8    A.   Yes.

9    Q.   Okay.  And then did you in fact return to the International

10   Builder Show --

11   A.   We did.

12   Q.   -- in the following year?

13   A.   In January of 2015.  I apologize for interrupting.

14   Q.   Did competition from Electrolux in part prompt you to

15   return to the International Builders' Show?

16   A.   No.

17   Q.   Let me direct you to a different document, please.  This is

18   PX 01264.  I believe this one cannot be published to the

19   gallery.  This is an e-mail that Mr. Boyd again sent to you in

20   2014, right?

21   A.   Yes.  This is early 2014, yes.

22   Q.   Early 2014?

23   A.   Yes.

24   Q.   And it attaches a PowerPoint slide called "2013 Reflection

25   Exercise."  Right?

1    A.    Yes.

2    Q.    If you turn to the next page ending in numbers 457, the

3    title is "Contract-Reflection Exercise."  Right?

4    A.    That's correct.

5    Q.    And this captures thoughts about General Electric's

6    performance in 2013 and objectives for 2014, right?

7    A.    Yeah.  First time I've seen it in a long time, so let me

8    just take a peek at it.

9    Q.    Certainly.

10          (Witness reviewing document.)

11   A.    Yes.  Based on the title, the reflection exercise, I would

12   say it's a quick snapshot, certainly not everything, but quick

13   snapshot of 2013 contract performance in some of the areas.

14   Q.    This captures your reflections about the year?

15   A.    No.  This was John's.

16   Q.    And he was sharing those with you as his boss, right?

17   A.    Yes.

18   Q.    If you look in the column the second from the right titled

19   "2013 Reflection," I just want to direct you to one bullet,

20   which is the fifth bullet down.

21   A.    Okay.

22   Q.    That bullet says "Frigidaire a growing threat."  Do you see

23   that?

24   A.    I do.

25   Q.    And that was true; Frigidaire was a growing threat to

1    General Electric in 2013, right?

2    A.    It's an older e-mail, of course, and an older document, '13

3    seems like more than a couple years ago.  But a lot has changed.

4    Frigidaire -- again, that's what the bullet reflects on the

5    PowerPoint, but Samsung and LG have hired John's counterpart

6    general manager of contract sales.  So I would say Samsung and

7    LG are more of a growing threat, and quite frankly Haier as well

8    in the future.

9    Q.    In this document, there's no reference to LG, right?

10   A.    That's correct.

11   Q.    No reference to Samsung, right?

12   A.    No.

13   Q.    And no reference to Haier?

14   A.    That's correct.

15   Q.    Only Electrolux is referenced, correct?

16   A.    Frigidaire, yes.

17   Q.    And again, if Electrolux owns both Frigidaire brand and GE

18   brand, Frigidaire will no longer be a growing threat to the GE

19   brand, right?

20   A.    They will be the same company, but there's going to be

21   competitive threats from all the other brands that we've talked

22   about.

23   Q.    Okay.  Thank you.  Let's turn, please, to PX 01271.

24   A.    71?  Okay.

25   Q.    And I'm not going to mention the name of the customer, and

1    ask you also not to mention the name of the customer, because

2    this document is redacted for public view, but this is an e-mail

3    to you that attaches a briefing package for a meeting with a

4    General Electric customer, right?

5    A.    That's correct.

6    Q.    And it's a meeting that you and Mr. Blankenship and others

7    had with this customer, right?

8    A.    Yes.  A long time ago, but I believe this was a holiday

9    dinner that Chip and I were going to attend, and I asked for

10   summaries of issues and comments prior to our visit.  So that's

11   what this is.

12   Q.    This is to help prepare you for your discussion with this

13   customer, right?

14   A.    Snapshot of what's currently going on, yes.

15   Q.    To give you important facts about your relationship with

16   them, right?

17   A.    High-level summary, certainly wouldn't capture everything,

18   but again, snapshot of some important talking points and maybe

19   issues at the current time.

20   Q.    Okay.  And that was December 2013, right?

21   A.    Yes.

22   Q.    Okay.  So let's look at those important issues.  If you go

23   to the last page of this exhibit, there's a slide entitled

24   "Focus/Concerns."  And if you look at the fourth bullet down,

25   the briefing package says, "2013 has been an exceptional year

1   for General Electric with" this customer.  "GE remains the

2   dominant brand sold by" this customer "despite significant

3   competitive pressures."  Do you see that?

4   A.   Yes.  And again, a lot has changed in the last couple of

5   years, but yes, I do see that.

6   Q.   And General Electric was the dominant brand with that

7   customer, right?

8   A.   We have a great relationship with this particular customer,

9   have for a long time.  But, no, I wouldn't characterize it as we

10  are the dominant brand, but we do have a good relationship with

11  this particular customer.

12  Q.   It's an important customer to General Electric, right?

13  A.   Yes.

14  Q.   And it notes significant competitive pressures in that same

15  sentence, right?

16  A.   Yes.

17  Q.   Okay.  And it goes on to describe those competitive

18  pressures in the next bullet.  It says, "Extremely competitive

19  pricing from Frigidaire continues to place a great deal of

20  pressure on General Electric's property management business.  GE

21  has lost share to Frigidaire in this category."  Did I read that

22  correctly?

23  A.   Yes.

24  Q.   And that was true; Frigidaire, Electrolux, was providing

25  competitive pressure on General Electric, right?

1    A.   That's what was mentioned in this e-mail, but again, we

2    have, for this particular customer, I'll share when it's closed,

3    but there's pressure from LG, Samsung, Whirlpool.  They've

4    recently added a Turkish brand called Beko.  So there's other

5    brands that --

6              THE COURT:  I'm going to have to ask you, you've been

7    elaborating a little too much on answers.  I'll have to ask you

8    to be responsive to the questions asked.

9              THE WITNESS:  Yes.  Okay.

10   BY MR. HAMER:

11   Q.   No competitor other than Electrolux is mentioned in this

12   briefing package, right?

13   A.   That's correct.

14   Q.   And as you described it, a briefing package of important

15   points for your meeting, right?

16   A.   Some important points, but not all of the important points

17   probably is fair, yes.

18   Q.   And among the important points noted was the competitive --

19   rather, extremely competitive pricing of Electrolux, right?

20   A.   Yes.

21   Q.   And again, if Electrolux and GE are one company, you would

22   no longer face that competitive pricing between you, right?

23   A.   We would be one company.

24   Q.   If you could turn to PX 01553, please.

25   A.   Okay.

1   Q.   And this is an e-mail chain involving The Home Depot.

2   Correct?

3   A.   Yes.

4   Q.   And it's an e-mail discussing LG, a company you've talked

5   quite a bit about today, right?

6   A.   Yes.

7   Q.   Okay.  If you look at the e-mail at the bottom of the chain

8   on page 2, you e-mailed Mr. Baird at Home Depot asking him the

9   question, "Why do you think LG is losing?"  Right?

10  A.   Yes.

11  Q.   And you thought in early 2015, the middle of 2015, that LG

12  was losing, right?

13  A.   At this point, they had lost some ground, yes, with The

14  Home Depot.

15  Q.   Your first point is, "I know they started focusing less on

16  promo values."  Right?

17  A.   Yes.

18  Q.   And that was true in 2015, that LG was focusing less on

19  promotional values, right?

20  A.   Only because -- yes.  In my opinion, they had backed off

21  some of their promotions.  My understanding was it was because

22  of inventory reasons.

23  Q.   Mr. Baird at Home Depot responds to you on LG.  He first

24  mentions laundry, right?  His next bullet says, "They have lost

25  share to Samsung on FDs."  That refers to refrigerators, right?

```
 1   A.    Yes, French door refrigerators, correct.

 2   Q.    And Samsung and LG steal share from each other, right?

 3   A.    Yeah.  It's a competitive industry, so yes.

 4   Q.    LG and Samsung are close competitors to each other, right?

 5   A.    Yes.

 6   Q.    Like you and Electrolux are close competitors to each

 7   other, right?

 8   A.    We're competitors with a lot of brands.  I wouldn't

 9   characterize Electrolux as close competitors.

10   Q.    You mentioned port issues.  Or let me ask you the question.

11   The fourth bullet says, "And the port issues did not help."

12             THE COURT:  You wouldn't seriously consider Electrolux

13   as a close competitor?

14             THE WITNESS:  They're a competitor.  I wouldn't

15   characterize them as close.

16             THE COURT:  How would you characterize them?

17             THE WITNESS:  I would characterize them as a

18   competitor in the space, but most of my decision making and

19   strategy is focused on LG and Samsung because of their growth,

20   really.

21             THE COURT:  So those two would be major competitors as

22   compared to Electrolux?

23             THE WITNESS:  That's fair.

24   BY MR. HAMER:

25   Q.    You mentioned -- I think you mentioned port issues.  Bullet
```

 1   4 says, "And the port issues did not help."  LG had difficulty

 2   importing products into the United States in 2015, right?

 3   A.   Yes.

 4   Q.   General Electric has a lot of manufacturing capacity in the

 5   United States for appliances, right?

 6   A.   We have manufacturing facilities in the United States, yes.

 7   Q.   And LG and Samsung have to import products into the United

 8   States, right?

 9   A.   I can't recall where all of LG and Samsung's factories are,

10   but I think the majority comes from out of the United States,

11   yes.

12   Q.   And that's a competitive advantage for you because your

13   products are closer to where they're manufactured, right?

14   A.   I would not say that that's necessarily an advantage for

15   us.

16   Q.   The third bullet in Mr. Baird's e-mail responding to your

17   question about LG said, "They were not at all aggressive in Q1."

18   Do you see that?

19   A.   Yes.

20   Q.   That means the first quarter of 2015, right?

21   A.   Yes.

22   Q.   And that was true; LG was not at all aggressive in the

23   first quarter of 2015, right?

24   A.   It seemed to me that they were less aggressive, but that's

25   just relative to maybe previous year.  Still more aggressive

1   than, say, GE.

2   Q.    Okay.  Now, Mr. Posthauer, we've talked about examples of

3   competition.  In your direct you talked about a lot of examples

4   of competition with LG and Samsung.  We've talked about a few

5   examples of competition between you and Electrolux.  But there

6   is a more comprehensive view of competition at General Electric.

7         If you have a competitive offer from a manufacturer that

8   you're aware of, you have a meet-comp database that records that

9   information, right?

10  A.    I'm pretty far removed from meet comp system, but, yes, we

11  do have meet comp pricing.

12  Q.    If you learn from a retailer that a competitor has offered

13  a lower price and you were meeting that lower price, you have a

14  record of your action in the meet comp database, right?

15  A.    We have records of meet comps, yes.  We have documentation

16  around the meet comp process.

17  Q.    And that's a more comprehensive view of competitive

18  situations where competitors are offering lower prices than

19  examples, right?

20  A.    I don't know if I'd characterize it as comprehensive, but

21  it's a process that involves pricing, a lower price based on a

22  competitive product.

23  Q.    Okay.  Thank you.  Let's go back to Black Friday and the

24  advertisement that you were talking about earlier today.  You

25  talked quite a bit about the significantly lower Samsung price

1  in Black Friday ads, right?

2  A.    Yes.  The values that Samsung is offering, yes.

3  Q.    And you talked about purchasers of suites of appliances,

4  right?

5  A.    Yes.

6  Q.    You recognize that there are many consumers who don't buy

7  suites of appliances, right?

8  A.    Yes.

9  Q.    And if a consumer needs to buy a range, that consumer will

10  buy a range and no other appliance, right?

11  A.    Potentially, yes.

12  Q.    And if a range breaks in a time that is not a Black Friday

13  or a July 4th promotional period, that consumer will need to buy

14  that range at the then current price, right?

15  A.    I would say for replacement products, when I started, I

16  recall the number of -- the percent of consumers buying as a

17  result of needing to replace a product to be around 75 percent.

18  That number is now 65 percent.  And for ranges, I think we've

19  trained the industry, GE included, but the industry has trained

20  consumers pretty well to wait for Black Friday and July 4th and

21  Labor Day specials.

22       So to answer your question, yes, they would potentially

23  have to buy that single unit, but they also know that there's a

24  holiday around the corner, as we've talked about.  So we've

25  trained them to wait for the good deals, for the best deals.

1   Q.   You recognize there are consumers who can't wait several

2   months for Black Friday if their range breaks and they need to

3   replace it, right?

4   A.   That happens.  That happens more in refrigeration probably,

5   of course, because you need to cool your...  But yes, that could

6   happen, that they might need the product immediately.

7   Q.   And for those consumers, they have to take the prices that

8   are available at that time, right?

9   A.   Yes, if they want it immediately.

10   Q.   And for those Samsung ranges that have 2- or $300 discounts

11   on Black Friday, those prices are going to be beyond the means

12   of a lot of people who don't have that much to spend on a range,

13   right?

14   A.   There's generally some sort of in-store promotion,

15   promotional MAP, but it might not be at the level of Black

16   Friday or July 4th if they buy outside that window, of course.

17   Q.   And even on Black Friday, with the reduced prices for

18   promotional pricing that you described today, if a consumer has

19   to operate within a budget, it can only spend $500 or less on a

20   range, even the discounted Samsung products are not available to

21   them, right?

22   A.   To my knowledge, Samsung is at 578, I believe, on their

23   electric and gas ranges today.

24   Q.   So if you had $500 to spend, that would be out of your

25   reach, right?

1    A.   Because of the significant value the competitors are

2    offering, a lot of times they'll trade up to that better

3    featured model.  But if the budget was $500, right now I don't

4    know of -- my knowledge is that Samsung is at 578.

5    Q.   That customer could choose between a Hotpoint range and a

6    Frigidaire range, right?

7    A.   GE, Frigidaire, Whirlpool, Kenmore.

8    Q.   And that consumer benefits from competition between General

9    Electric and Electrolux in that space.  Right?

10   A.   Among other competitors.

11   Q.   So you've been very helpful in providing your recollection

12   of sales and data in share percentages.  I want to look at a

13   document that actually presents those figures and talk about

14   that.

15   A.   Okay.

16        MR. HAMER:  Your Honor, this is a document that was

17   produced by a nonparty and they requested it be under seal, so

18   we don't want to show it to the gallery.  It contains percentage

19   share information of different manufacturers that we'd like to

20   stay in open court, but we won't mention the name of that

21   customer.

22        THE COURT:  That's fine.

23        MR. HAMER:  Okay.  Thank you.

24        THE COURT:  Let me ask you this.  It's about 20

25   minutes to 5:00.  How much longer do you think you'll need?  And

1    I'm not trying to curtail; I'm just trying to get an

2    understanding of the time.

3          MR. HAMER:  I believe I have 10 minutes or less, is my

4    guess.

5    BY MR. HAMER:

6    Q.   Turn, please -- this actually is a Defense Exhibit, DX

7    0279.  It should be in your binder at the end.  This is an

8    e-mail from a major customer of General Electric, providing

9    share information of different manufacturers for the month of

10   June 2015.  Do you see that?

11   A.   Yeah, I was flipping through the rest of the document, but

12   yes, I see the first page.

13   Q.   Okay.  The first page is an e-mail from July 6, 2015

14   reporting on that major customer's June share numbers by

15   manufacturer, right?

16   A.   Yes.

17   Q.   And you received that as well, right?

18   A.   Yes.

19   Q.   It's obviously important for you to know how your

20   competitors are doing compared to you if you can get the

21   information, right?

22   A.   Yes.

23   Q.   And you get competitive information about your competitors'

24   sales from this major customer, right?

25   A.   We do.  We get competitive information from a lot of

1    customers, but certainly this major customer is a good source of
2    information.
3    Q.   Okay, thank you.  And there's a breakdown here of dollar
4    share on one side and unit share on the other side.  Do you see
5    that?
6    A.   I do.
7    Q.   Okay.  Let's look at unit share for the moment.  That's the
8    number of products that were sold that month by this customer,
9    right?
10   A.   Yes.
11   Q.   Okay.  On the left-hand column, they have broken it out by
12   product line, right?
13   A.   Yes.
14   Q.   So they separated dish, laundry, and refrigerators from
15   cooking products, right?
16   A.   Yes.
17   Q.   And on the top line you have various competitors' names,
18   including yours, right?
19   A.   Yes.
20   Q.   So for the month of June 2015, General Electric's share
21   with this customer was 45.2 percent, right?
22   A.   That's what it says the vendor share is for this particular
23   month.
24   Q.   And by far General Electric had the largest share of units
25   at this customer for June 2015, right?

1  A.   In this month, yes, that's what the data would reflect.

2  Q.   Okay.  And in this month, if you look at Electrolux, it had

3  7.6 percent of the sales that month, right?

4  A.   Yes.

5  Q.   So if you combined General Electric and Electrolux, if you

6  were the same company you would be north of 50 percent of the

7  sales that month with this major customer, right?

8  A.   With this major customer, that's correct.

9  Q.   If you look at the column for Maytag, that's the Whirlpool

10  products, right?

11  A.   Yes.

12  Q.   That's another 16.2 percent, right?

13  A.   Yes.

14  Q.   So if you added that share, you are near 70 percent of the

15  sales at this major customer for that month.  Right?

16  A.   Yes.

17  Q.   70 percent of the sales at this customer were Whirlpool

18  cooking products, GE cooking products, and Electrolux cooking

19  products, right?

20  A.   Yes.

21  Q.   And if the merger had occurred before June 2015, two firms

22  would account for 70 percent of the sales at this major

23  retailer, right?

24  A.   Yes.

25  Q.   Now, you mentioned that this was the month of June 2015,

1    and this is just a moment in time.  This also has historic data.

2    If you could turn to page 11 of this exhibit -- actually, I'm

3    sorry.  Let's go back to page 13 of this exhibit.  It goes --

4    shows unit shares all the way back to June 2014, right?

5    A.    Page 12, is that where you are?

6    Q.    Yes.  I'm sorry.  Pages 11 through 13 show a month-by-month

7    picture at this major retailer from June 2014 through June 2015,

8    right?

9    A.    Yes.

10   Q.    Let's focus on November 2014.  That's the month of Black

11   Friday, right?

12   A.    Yes.

13   Q.    As you testified on direct, that's the month where you see

14   the most aggressive promotional sales by your competitors,

15   right?

16   A.    Yes.

17   Q.    Okay.  And in that month in cooking, GE's share's down,

18   right?  You're down to 31.6 percent at this retailer, right?

19   A.    Yes.

20   Q.    Still the largest manufacturer of cooking products sold at

21   that major retailer, right?

22   A.    Yes.

23   Q.    If Electrolux -- which had 7.1 percent, right?

24   A.    Yes.

25   Q.    If Electrolux, their share is combined with your share, it

1    would comprise just under 40 percent of the sales during the

2    Black Friday month at that major retailer.   Right?

3    A.   Yes.

4    Q.   And again, if you were a single firm, if you had merged,

5    one company would have approximately 40 percent of the sales at

6    this major retailer in the Black Friday month, right?

7    A.   Yeah.

8    Q.   If you add Whirlpool, that's another 23.7 percent, right?

9    A.   Yes.

10   Q.   And that is 60 percent of the sales during Black Friday

11   accounted for by Whirlpool, General Electric, and Electrolux.

12   Right?

13   A.   Yes.

14   Q.   Three firms.   Correct?

15   A.   Yes.

16   Q.   Had the merger occurred before November 2014, two companies

17   would have accounted for 60 percent of the sales during the

18   Black Friday month at this major retailer, right?

19   A.   Yes.

20   Q.   And that's with all the promotional advertising by

21   competitors, right?

22   A.   Yes.

23   Q.   So let's look forward and see what happens after Black

24   Friday.   Okay?   The very next month, December 2014, GE's back up

25   to 46.4 percent of the unit sales that month.   Right?

1    A.   Yes.

2    Q.   You'd recovered your position that you had lost during that

3    month, right?

4    A.   Yes.  It went up, yes.

5    Q.   And I'm sorry to keep switching around, but go back to

6    November 2014.  Samsung had, as you testified, they made a lot

7    of sales that month, of course.  They were at 15.6 percent for

8    November 2014, and they had fallen back down by December 2014 to

9    10 percent.  Right?

10   A.   Yes.

11   Q.   If you look at the previous month -- I'm not sure we can

12   get all three of these on the screen at the same time.  If you

13   look at October 2014, before Black Friday, General Electric

14   alone accounted for 55.4 percent of the sales at this major

15   retailer in cooking products that month, right?

16   A.   Yes.

17   Q.   And there are a couple of months throughout the whole

18   year -- we won't call them up on the screen -- but you can see

19   there are a couple of months where General Electric is north of

20   50 percent, right?

21   A.   I see 29 percent in July '14.  You said there's a couple?

22   Q.   April 2015, February 2015, October 2014.  All those months,

23   General Electric had over 50 percent of the sales at this major

24   retailer, correct?

25   A.   Based on this share report, yes.

1    Q.    Yeah, the share report from that retailer.

2    A.    That's right.

3    Q.    And let's look over time.  This is a year-to-year picture.

4    If you start in June 2014, GE's share was 40.9 percent, and you

5    fast-forward to a year later, June 2015, General Electric is at

6    45.2 percent of the unit shares.  Right?

7    A.    Yes.

8    Q.    You're going up -- you've gone up 5 percent over the year

9    between 2014 and 2015, right?

10   A.    Yes, based on this.

11   Q.    Despite all the competitive promotions by LG and Samsung,

12   right?

13   A.    Yes.  We went up.

14   Q.    And I think the document you've shown in your direct exam

15   saying the hounds of hell are upon us, that was back in 2012,

16   right?

17           THE COURT:  I'm sorry.  Wait a minute.  This is a

18   year-to-year picture?  Am I missing something here?  All right.

19   Show those slides again, counsel?  I think you had November and

20   December of '14 there.

21           MR. HAMER:  Yes.  I apologize.  I'll slow down so we

22   can capture the images here.  If we can call out -- and I'm not

23   sure actually we'll be able to do it on the screen because

24   they're on different pages.

25           THE COURT:  All right.

1          MR. HAMER:  But if we first call out from page 13,

2     June 2014, General Electric's share of --

3          THE COURT:  That's fine.  Great.

4     BY MR. HAMER:

5     Q.   -- share of cooking is 40.9 percent, and it's up to 45.2

6     percent by this June, right?

7     A.   Yes.

8     Q.   And then if we can do the same exercise for LG, LG in June

9     2014 at this major retailer was at 8.1 percent back in June 2014

10    of cooking products.  And by a year later, in June 2015, after

11    all the promotions they had done throughout the year, LG was

12    down to 5.6 percent, right?

13    A.   Yes.

14    Q.   Consistent with the e-mail we saw earlier about LG, they

15    had had a share drop during 2015, right?

16    A.   Yeah, I think fair to mention at this point, I think the

17    port issues were a part of the struggle, as we've mentioned, for

18    Samsung and LG.  And so I think --

19          THE COURT:  I'm going to just direct you to confine

20    your answer to the question.

21          THE WITNESS:  Okay.  I'm sorry about that.

22    BY MR. HAMER:

23    Q.   So as you testified, while Samsung's share has increased,

24    General Electric's share has also increased, right?

25    A.   For this particular share report?

1    Q.    For this year at this major retailer.

2    A.    Yes.

3    Q.    Thank you.  Last couple of questions here.  If we go back

4    to the first page of this exhibit.  As we talked about a moment

5    ago, this was a share report that was sent out to General

6    Electric and other manufacturers, sharing this information in

7    the market.  Right?

8    A.    Yes.

9    Q.    And separately, however, the employee of this major

10   retailer separately sent this share information to you only,

11   right?

12   A.    Yes.

13   Q.    And he had a comment that said, "You have to feel pretty

14   good about the cooking numbers."  Right?

15   A.    Yes.

16   Q.    Even at this major retailer, would you agree that General

17   Electric is the 800-pound gorilla?

18   A.    No.

19            MR. HAMER:  No further questions.

20            THE COURT:  All right.  Let's take a short recess.

21   How much time do you need for redirect, counsel?  It's your

22   witness.

23            MR. FRIEDMAN:  I would hope no more than 15 minutes,

24   Your Honor.

25            THE COURT:  All right.  We'll give the court reporter

```
1    a recess until five o'clock.  We can finish by 6:00.  You don't

2    have any other witnesses you want to call today, either side, do

3    you?

4            MR. GLASS:  No, Your Honor.

5            THE COURT:  All right.  We'll break until five

6    o'clock.  You can step down.  I'll have to ask you not to

7    discuss your testimony with anyone.

8        (Recess from 4:50 to 5:09 p.m.)

9            THE COURT:  Mr. Friedman.

10           MR. FRIEDMAN:  Thank you, Your Honor.

11                   REDIRECT EXAMINATION

12   BY MR. FRIEDMAN:

13   Q.   Mr. Posthauer, let me direct you back to DX 279 that we

14   were looking at, and I'll remind you that we're not mentioning

15   the customer's name or displaying it publicly.

16   A.   Okay.

17   Q.   And with this particular customer, did the cooking share

18   sales that are reflected in these reports roughly correspond to

19   the floor space or floor weight that you had at that customer?

20   A.   Yes.  They were closer to the floor weight.

21   Q.   And has that floor weight at that customer been reduced as

22   of August of this year?

23   A.   Yes.  We have less.  GE has less floor space as a result of

24   the negotiations.

25   Q.   And so is GE's floor space at that customer now down to
```

1    about 35 percent?

2    A.    That's right.

3    Q.    And that's down from 45 percent?

4    A.    46 percent.

5    Q.    Does the retail customer at all of your customers have the

6    ability to change your floor space whenever it wants?

7    A.    Yes.

8    Q.    In its discretion?

9    A.    Yes.

10   Q.    And how many competitors were there each month selling

11   cooking appliances as shown on this report?

12   A.    GE -- competitors, LG, Maytag, Electrolux, Samsung,

13   Whirlpool brand of course, which is included in the Maytag

14   number.

15   Q.    And there's a category for "other" under cooking?

16   A.    Yes.

17   Q.    And in some months was "other" bigger than Electrolux?

18   A.    Yes.  And that's Magic Chef and some other brands as well,

19   Summit ranges.

20   Q.    What is Summit range?

21   A.    It's another brand of appliances.

22   Q.    Let me ask you to look at Exhibit PX 1200 now.  Do you

23   remember Mr. Hamer asked you some questions about this exhibit?

24   A.    Let me get there real quick.

25   Q.    Sure.

1    A.    Yes.

2    Q.    And I believe in response to Mr. Hamer's questions, you

3    testified that you expect LG and Samsung to have an opening

4    price point range?  Could you explain what you were referring

5    to?

6    A.    I have information from The Home Depot and Lowe's that

7    Samsung will be offering a 499 MAP electric range.

8    Q.    When will that be available to customers?

9    A.    My understanding is sometime in the first quarter.

10   Q.    Of what year?

11   A.    Of 2016.

12   Q.    And who at Home Depot told you that?

13   A.    Bob Baird.

14   Q.    And who at Lowe's told you that?

15   A.    Jason Ardus, who is the cooking buyer.

16   Q.    Do you, based on your experience, expect that LG and

17   Samsung will promote those ranges below the 499 MAP?

18   A.    Yes, given the current promotional cadence for the current

19   product, I would think that the 499, based on my experience,

20   would be promoted at 399, potentially 349.

21   Q.    Okay.  Thank you.  You mentioned, I think, when you were

22   discussing this exhibit some of the people that LG, Samsung, and

23   Haier have hired to service the contract channel.  Can you tell

24   us who you were referring to?

25   A.    Yeah.  For LG, their general manager of contract sales is a

1    gentleman by the name of Jay Klosterman, who I worked with at

2    Maytag Appliances.  And at Samsung they hired just recently a

3    gentleman by the name of Tom Halford, I believe, who was also at

4    Whirlpool Appliances, to run Samsung's contract channel.

5         And then Haier has recently hired Paul Riley as I believe

6    senior VP of sales, as well as Kevin Dexter.  Paul Riley is a

7    former GE employee.  Kevin Dexter I believe worked for Amana,

8    but previous to that he was the contract or builder general

9    manager vice president for Samsung, so he left Samsung and now

10   works for Haier.

11   Q.   Do you know any of these people personally?

12   A.   I do.

13   Q.   Which ones do you know personally?

14   A.   I know all of them.  I know Jay Klosterman at LG, I know

15   Kevin Dexter at Haier and Paul Riley at Haier.  I do not know --

16   I know Tom's name, he's been in the industry for a while, at

17   Samsung.

18   Q.   Do you have a view whether these are experienced,

19   successful business people in the appliance business?

20   A.   I have a great deal of respect for all of them, yes.

21   Q.   Let's take a quick look at PX 1553.  Remember that

22   Mr. Hamer asked you some questions about Samsung -- I'm sorry --

23   about LG and that they were not at all aggressive in Q1?  Do you

24   remember that discussion?

25   A.   I do.

1    Q.   And did you observe any change in LG's performance or

2    behavior in the remaining parts of the year?

3    A.   They're very aggressive in current Black Friday.  The

4    promotional values are also deep in the current Black Friday

5    promotion.

6    Q.   And when they're -- withdraw that.  We've talked a lot

7    about LG and Samsung.  Is Whirlpool an important competitor to

8    General Electric?

9    A.   Certainly.  Strong competitor, yes.

10   Q.   Do you regard Whirlpool as a closer competitor to GE than

11   Electrolux?

12   A.   Yeah.  I think that -- I respect Whirlpool's strategy a

13   great deal.  I try to -- obviously, I try to understand all of

14   our competitors and anticipate their moves.  And Whirlpool is

15   certainly a strong competitor.

16   Q.   All right.  Let's look at PX 1271 for a minute.  And if we

17   could --

18            THE COURT:  Stronger than Electrolux?

19            THE WITNESS:  I would say yeah.  When I'm developing

20   strategy, I have to consider all of our competition.  Electrolux

21   is currently part of that.  But Whirlpool certainly is one that

22   I have a great deal of respect for, and they do well in the

23   marketplace.

24            THE COURT:  In your view, which of the competitors

25   are -- which are the top five competitors, with Number 1 being

```
 1    who?
 2              THE WITNESS:  Number 1 is -- I think that LG and
 3    Samsung have a great deal of influence over the retail and
 4    contract market right now.  They've really influenced the
 5    promotional cadence that we've talked a lot about --
 6              THE COURT:  So you put them on the same plane?
 7              THE WITNESS:  I do.  Samsung is actually a little bit
 8    more aggressive than LG, and Whirlpool is certainly aggressive
 9    in trying to keep pace, in my view, keep pace with LG and
10    Samsung.
11              THE COURT:  And who are the next two?
12              THE WITNESS:  I would say -- I'll just use maybe an
13    example of we have what we call retail road shows where I go out
14    and talk to my retail area sales managers, and I talked a lot
15    about Bosch and Thermador.  Bosch and Thermador have gained a
16    lot of traction over the last -- in 2015.  So those are top of
17    mind for me.  LG, Samsung, Whirlpool, Thermador, Bosch, and
18    certainly Electrolux is a competitor.
19              THE COURT:  What about Haier?
20              THE WITNESS:  Great deal of concern for their
21    capabilities.  As I mentioned, I know the two commercial leaders
22    pretty well.  So with their global scale, we obviously have our
23    eye on Haier.  They have been showcased at several sales
24    meetings, buying group sales meetings where they showcase their
25    new appliances.  And Kevin Dexter and Paul Riley have fostered
```

1    great relationships over the years with customers, and so

2    they've got kind of a head start there.  So certainly concerned

3    about Haier.  Obviously, not broadly distributed.

4          THE COURT:  Could be a sleeper in the market?

5          THE WITNESS:  Yeah, absolutely.

6    BY MR. FRIEDMAN:

7    Q.   Let's look at PX 1271.  This is an exhibit that Mr. Hamer

8    asked you about.  And go to the last page.  And the third bullet

9    from the bottom, "Extremely competitive pricing," if we could

10   blow that up.  And I believe Mr. Hamer read the first two

11   sentences there to you, but he didn't read the last sentence:

12   "However, the tradeoff for increased margin has been

13   beneficial."  What did you understand that to mean?

14   A.   Let me read the whole thing in context real quick.

15   Q.   Sure.

16        (Witness reviewing document.)

17   A.   So, I believe that is in reference to us selling less but

18   making more on the individual units.

19   Q.   And was that a function of giving up less-profitable

20   business?

21   A.   Yes.

22        MR. FRIEDMAN:  I think I have just one or two more

23   questions, Your Honor, that relate to this exhibit that the

24   witness has asked to be on the confidential record.  If we could

25   approach and do it with the husher.

```
1          THE COURT:  That's fine, if you can do that.  Sure.

2     (Bench Conference on the Record.)

3     ████████████████████

4     ██  ████████████████████████████████████████

5     ████████████████████████████████████████████

6     ████████████████████████████████████████

7     ████████████████████████████████████████████

8     █████████████████████████████████████████████

9     ██  ███████████████████████████████████████████

10    █████████████████████████████████████████████

11    ███████████████████████████████████████████

12    ██████████████████████████████

13            ██████████████████████████████████████

14            ████████████████

15    (End of Bench Conference.)

16          MR. FRIEDMAN:  No further questions, Your Honor.

17          THE COURT:  All right.  Any other questions, counsel?

18          MR. HAMER:  No, Your Honor.

19          THE COURT:  Thank you very much.  You may be excused.

20    Appreciate it.

21          THE WITNESS:  Thank you.

22          THE COURT:  You can step down.

23    (The witness steps down.)

24          THE COURT:  So the briefing schedule's in place for

25    tomorrow.  I think I need to resolve that issue, and I'll do
```

1    that at nine o'clock, and if we need to hear from that witness,

2    we'll hear from that witness on Monday before Professor

3    Whinston, correct?

4              MR. GLASS:  Yes, Your Honor.

5              THE COURT:  All right.  How long do you anticipate

6    your direct?

7              MR. GLASS:  I'm working hard to keep it under three

8    hours.

9              THE COURT:  All right.  Okay.

10        Any issues we need to talk about?

11             MR. MAJORAS:  No, sir.

12             THE COURT:  All right.  Well, have a nice weekend,

13   everyone, and we'll start at 9 a.m.  Any questions about the

14   briefing schedule for tomorrow?  I don't think so.  All right.

15   I don't think there's anything else.  All right.  Thank you.

16   Enjoy your weekend.

17                  (Proceedings adjourned at 5:23 p.m.)

18

19

20

21

22

23

24

25

1                    *   *   *   *   *   *

2                         CERTIFICATE

3          I, BRYAN A. WAYNE, Official Court Reporter, certify

4     that the foregoing pages are an accurate transcription of the

5     above-entitled proceedings in the above-entitled matter.

6

7                    _Bryan A. Wayne_
                     BRYAN A. WAYNE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## $

**$1,000** [1] - 2347:9
**$1,700** [1] - 2346:15
**$1,800** [1] - 2346:15
**$2,000** [5] - 2343:25, 2347:11, 2347:12, 2347:15, 2347:22
**$2,500** [3] - 2347:1, 2347:22, 2347:24
**$3,000** [2] - 2346:12, 2347:1
**$300** [1] - 2428:10
**$4,000** [1] - 2347:5
**$450** [1] - 2345:7
**$5,000** [1] - 2346:9
**$500** [4] - 2345:7, 2428:19, 2428:24, 2429:3
**$549** [2] - 2345:8, 2345:12
**$599** [1] - 2357:18
**$800** [1] - 2348:4

## '

**'13** [2] - 2414:15, 2419:2
**'14** [2] - 2435:21, 2436:20

## 0

**01200** [1] - 2408:25
**01264** [1] - 2417:18
**01271** [1] - 2419:23
**01381** [1] - 2399:5
**01382** [1] - 2404:9
**01553** [1] - 2422:24
**01561** [1] - 2411:1
**01703** [2] - 2413:14, 2413:16
**019** [1] - 2357:9
**020** [1] - 2371:4
**021** [2] - 2355:3, 2355:5
**023** [1] - 2365:15
**0279** [1] - 2430:7

## 1

**1** [3] - 2371:19, 2443:25, 2444:2
**10** [4] - 2365:24, 2381:12, 2430:3, 2435:9
**11** [2] - 2433:2, 2433:6
**12** [3] - 2356:5, 2363:7, 2433:5
**1200** [5] - 2340:3, 2340:7, 2340:15, 2340:18, 2440:22
**125** [1] - 2368:22
**1271** [2] - 2443:16, 2445:7
**13** [3] - 2433:3, 2433:6, 2437:1
**15** [2] - 2355:23, 2438:23
**15-1039** [1] - 2338:4
**15.6** [1] - 2435:7
**1553** [1] - 2442:21
**16.2** [1] - 2432:12

**18** [4] - 2411:18, 2412:2, 2412:11, 2412:17
**1900** [5] - 2340:2, 2340:6, 2340:10, 2340:14, 2340:18

## 2

**2** [4] - 2351:11, 2363:12, 2423:8, 2428:10
**20** [3] - 2338:5, 2366:18, 2429:24
**200** [1] - 2355:23
**20001** [4] - 2338:15, 2338:19, 2338:23, 2340:22
**20001-2113** [2] - 2339:10, 2339:18
**20006** [5] - 2340:3, 2340:7, 2340:11, 2340:15, 2340:19
**2012** [1] - 2436:15
**2013** [7] - 2417:24, 2418:6, 2418:13, 2418:19, 2419:1, 2420:20, 2420:25
**2014** [28] - 2366:8, 2366:11, 2399:22, 2399:24, 2401:12, 2402:11, 2402:19, 2414:3, 2414:24, 2417:20, 2417:21, 2417:22, 2418:6, 2433:4, 2433:7, 2433:10, 2434:16, 2434:24, 2435:6, 2435:8, 2435:13, 2435:22, 2436:4, 2436:9, 2437:2, 2437:9
**2015** [30] - 2338:5, 2354:16, 2366:8, 2366:11, 2382:6, 2411:10, 2411:20, 2412:1, 2412:9, 2417:13, 2423:11, 2423:18, 2425:2, 2425:20, 2425:23, 2430:10, 2430:13, 2431:20, 2431:25, 2432:21, 2432:25, 2433:7, 2435:22, 2436:5, 2436:9, 2437:10, 2437:15, 2444:16
**2016** [1] - 2441:11
**202** [14] - 2338:15, 2338:23, 2338:24, 2339:4, 2339:4, 2339:11, 2339:18, 2339:19, 2340:4, 2340:8, 2340:11, 2340:12, 2340:16, 2340:19
**202)354-3186** [1] - 2340:23
**20530** [2] - 2339:3, 2339:8
**22** [1] - 2366:20
**23.7** [1] - 2434:8
**2342** [1] - 2341:3
**2350** [1] - 2341:4
**2375** [2] - 2341:4, 2341:5
**2382** [1] - 2341:6
**2398** [1] - 2341:6
**24** [1] - 2381:11
**2439** [1] - 2341:7
**24A** [1] - 2381:9
**26** [1] - 2382:5
**261-3034** [1] - 2340:12
**261-3332** [1] - 2340:19
**261-3339** [1] - 2340:16
**261-3373** [1] - 2340:11
**261-3398** [1] - 2340:4
**261-3430** [1] - 2340:8
**269-1553** [1] - 2339:22

**269-1555** [1] - 2339:15
**279** [1] - 2439:13
**281-3835** [1] - 2339:11
**29** [1] - 2435:21
**2:10** [1] - 2338:6

## 3

**3** [2] - 2414:13, 2417:6
**305-1489** [1] - 2338:15
**31.6** [1] - 2433:18
**312** [2] - 2339:15, 2339:22
**349** [1] - 2441:20
**35** [1] - 2440:1
**37** [1] - 2363:4
**399** [1] - 2441:20
**3:06** [1] - 2381:14
**3:18** [1] - 2381:14

## 4

**4** [6] - 2351:11, 2351:16, 2414:3, 2415:6, 2415:7, 2425:1
**40** [2] - 2434:1, 2434:5
**40.9** [2] - 2436:4, 2437:5
**4000** [5] - 2338:14, 2338:18, 2338:22, 2339:3, 2339:7
**44** [3] - 2362:21, 2363:8, 2363:12
**45** [1] - 2440:3
**45.2** [3] - 2431:21, 2436:6, 2437:5
**450** [5] - 2338:14, 2338:18, 2338:22, 2339:2, 2339:7
**457** [1] - 2418:2
**46** [1] - 2440:4
**46.4** [1] - 2434:25
**499** [3] - 2441:7, 2441:17, 2441:19
**4:50** [1] - 2439:8
**4th** [6] - 2411:20, 2412:17, 2412:24, 2427:13, 2427:20, 2428:16

## 5

**5** [5] - 2363:12, 2366:21, 2366:23, 2371:20, 2436:8
**5.6** [1] - 2437:12
**50** [3] - 2432:6, 2435:20, 2435:23
**51** [2] - 2339:10, 2339:17
**514-0230** [1] - 2338:23
**514-7308** [2] - 2338:24, 2339:4
**549** [1] - 2345:9
**55.4** [1] - 2435:14
**578** [2] - 2428:22, 2429:4
**598-2854** [1] - 2339:4
**5:00** [1] - 2429:25
**5:09** [1] - 2439:8
**5:23** [1] - 2447:17

## 6

**6** [1] - 2430:13
**60** [3] - 2358:12, 2434:10, 2434:17
**60601** [2] - 2339:14, 2339:22
**614** [1] - 2339:11
**626-1700** [2] - 2339:11, 2339:19
**65** [1] - 2427:18
**6503** [1] - 2340:22
**6:00** [1] - 2439:1

## 7

**7.1** [1] - 2433:23
**7.6** [1] - 2432:3
**70** [3] - 2432:14, 2432:17, 2432:22
**71** [1] - 2419:24
**75** [3] - 2366:17, 2366:18, 2427:17
**76** [2] - 2366:20, 2366:23
**77** [2] - 2339:14, 2339:21

## 8

**8** [1] - 2351:16
**8.1** [1] - 2437:9
**800-pound** [5] - 2401:22, 2402:3, 2402:24, 2403:3, 2438:17
**879-3939** [1] - 2339:18

## 9

**9** [2] - 2338:9, 2447:13

## A

**a.m** [1] - 2447:13
**AA** [1] - 2355:24
**AB** [2] - 2338:6, 2339:9
**ability** [1] - 2440:6
**able** [4] - 2360:6, 2360:11, 2366:4, 2436:23
**above-entitled** [2] - 2448:5
**absolutely** [2] - 2361:25, 2445:5
**access** [1] - 2357:25
**accommodate** [1] - 2358:5
**account** [2] - 2409:2, 2432:22
**accounted** [3] - 2434:11, 2434:17, 2435:14
**accurate** [2] - 2364:1, 2448:4
**acknowledge** [1] - 2398:15
**Action** [1] - 2338:4
**action** [2] - 2412:6, 2426:14
**actively** [1] - 2406:15
**actual** [2] - 2381:20, 2381:25
**add** [1] - 2434:8
**added** [2] - 2422:4, 2432:14

**addition** [1] - 2368:24
**additional** [1] - 2409:13
**adjourned** [1] - 2447:17
**adjustable** [1] - 2358:5
**ads** [1] - 2427:1
**advantage** [3] - 2351:25, 2425:12, 2425:14
**advertisement** [1] - 2426:24
**advertisements** [1] - 2411:24
**advertising** [1] - 2434:20
**affordability** [1] - 2357:18
**affordable** [3] - 2353:21, 2358:24, 2405:8
**Africa** [1] - 2352:21
**AFTERNOON** [1] - 2338:9
**afternoon** [7] - 2342:4, 2342:10, 2342:11, 2350:13, 2350:16, 2398:9, 2398:10
**aggressive** [11] - 2373:9, 2373:11, 2425:17, 2425:22, 2425:24, 2425:25, 2433:14, 2442:23, 2443:3, 2444:8
**ago** [9] - 2343:17, 2344:11, 2349:2, 2350:16, 2374:2, 2413:19, 2419:3, 2420:8, 2438:5
**agree** [24] - 2351:3, 2351:19, 2353:5, 2353:15, 2354:5, 2361:17, 2364:12, 2364:25, 2365:3, 2366:7, 2366:15, 2370:13, 2370:16, 2371:25, 2372:3, 2373:8, 2373:16, 2373:25, 2401:17, 2402:4, 2407:11, 2416:20, 2417:7, 2438:16
**agreement** [1] - 2361:12
**ahead** [1] - 2398:5
**aided** [1] - 2340:25
**aimed** [1] - 2357:6
**Air** [2] - 2370:19
**al** [1] - 2338:6
**allow** [3] - 2371:10, 2381:19, 2406:7
**allowed** [2] - 2374:22, 2374:24
**Almo** [4] - 2369:2, 2369:4, 2369:6, 2369:7
**almost** [1] - 2367:23
**alone** [1] - 2435:14
**alternative** [3] - 2406:9, 2406:16, 2407:13
**Amana** [4] - 2407:12, 2407:13, 2407:22, 2442:7
**America** [1] - 2353:3
**AMERICA** [1] - 2338:3
**Anna** [1] - 2340:17
**anna.aryankalayil@dechert.com** [1] - 2340:20
**answer** [2] - 2427:22, 2437:20
**answers** [1] - 2422:7
**anticipate** [3] - 2413:3, 2443:14, 2447:5
**Antitrust** [1] - 2338:21
**anyway** [1] - 2344:13
**apartment** [1] - 2367:7
**apologies** [1] - 2347:12

**apologize** [3] - 2363:7, 2417:13, 2436:21
**appearance** [1] - 2404:12
**APPEARANCES** [1] - 2338:12
**Appliance** [2] - 2342:14, 2342:15
**appliance** [28] - 2343:10, 2343:18, 2345:19, 2346:17, 2349:14, 2351:20, 2351:23, 2352:5, 2353:5, 2354:16, 2356:4, 2359:1, 2359:3, 2359:7, 2359:19, 2359:20, 2360:1, 2360:11, 2373:1, 2373:22, 2398:16, 2403:14, 2405:2, 2408:7, 2415:13, 2416:17, 2427:10, 2442:19
**Appliance's** [1] - 2342:23
**Appliances** [6] - 2355:8, 2356:3, 2357:13, 2357:23, 2442:2, 2442:4
**appliances** [52] - 2342:25, 2343:1, 2343:3, 2343:12, 2343:14, 2343:19, 2345:21, 2345:24, 2346:5, 2346:19, 2346:22, 2348:12, 2348:20, 2349:17, 2349:20, 2350:22, 2351:8, 2352:1, 2352:12, 2353:9, 2353:12, 2353:16, 2354:5, 2354:13, 2356:23, 2356:24, 2360:19, 2361:3, 2361:6, 2361:18, 2361:21, 2361:24, 2362:4, 2362:6, 2362:15, 2365:1, 2367:24, 2370:14, 2370:17, 2370:23, 2370:24, 2372:1, 2372:19, 2373:10, 2373:25, 2398:22, 2425:5, 2427:3, 2427:7, 2440:11, 2440:21, 2444:25
**applications** [1] - 2407:18
**appreciate** [2] - 2382:3, 2446:20
**approach** [1] - 2445:25
**April** [3] - 2412:1, 2412:9, 2435:22
**Ardus** [1] - 2441:15
**area** [1] - 2444:14
**areas** [2] - 2366:1, 2418:13
**article** [1] - 2381:19
**Aryankalayil** [1] - 2340:17
**Ascenta** [10] - 2344:25, 2345:2, 2345:4, 2345:6, 2345:16, 2357:14, 2357:18, 2357:24, 2358:16, 2358:22
**Asia** [1] - 2352:19
**attaches** [2] - 2417:24, 2420:3
**attend** [1] - 2420:9
**attended** [2] - 2415:2, 2415:4
**attention** [1] - 2407:1
**August** [1] - 2439:22
**Australia** [1] - 2352:24
**authorized** [1] - 2367:12
**Available** [1] - 2357:17
**available** [6] - 2355:12, 2358:20, 2371:1, 2428:8, 2428:20, 2441:8
**Avenue** [2] - 2339:10, 2339:17
**award** [2] - 2354:20, 2355:9
**aware** [13] - 2352:23, 2359:5, 2359:6, 2359:22, 2359:24, 2360:3, 2360:4, 2368:17, 2368:20, 2369:4, 2369:7, 2370:8, 2426:8

## B

**backed** [1] - 2423:20
**BAIOCCO** [1] - 2374:17
**Baird** [4] - 2361:9, 2423:8, 2423:23, 2441:13
**Baird's** [1] - 2425:16
**bar** [5] - 2403:6, 2403:10, 2403:13, 2403:14, 2403:18
**based** [7] - 2412:3, 2418:11, 2426:21, 2435:25, 2436:10, 2441:16, 2441:19
**basis** [1] - 2359:7
**become** [3] - 2373:5, 2373:16, 2408:12
**becoming** [1] - 2373:19
**BEFORE** [1] - 2338:10
**begin** [3] - 2347:23, 2348:5, 2399:15
**beginning** [2] - 2411:18, 2411:24
**begins** [1] - 2415:7
**behalf** [1] - 2350:9
**behavior** [1] - 2443:2
**Beko** [1] - 2422:4
**BELOTT** [8] - 2350:9, 2350:15, 2362:23, 2363:1, 2363:6, 2374:4, 2380:22, 2380:24
**Belott** [5] - 2341:4, 2341:5, 2350:9, 2350:17, 2374:13
**below** [4] - 2347:15, 2348:5, 2348:9, 2441:17
**Bench** [2] - 2446:2, 2446:15
**BENCH** [1] - 2338:9
**beneficial** [1] - 2445:13
**benefits** [1] - 2429:8
**Best** [3] - 2360:24, 2362:11, 2364:9
**best** [6] - 2357:19, 2366:13, 2409:13, 2409:14, 2410:3, 2427:25
**bet** [1] - 2409:13
**better** [1] - 2429:2
**between** [10] - 2343:6, 2347:8, 2398:12, 2408:25, 2411:7, 2422:22, 2426:5, 2429:5, 2429:8, 2436:9
**beyond** [1] - 2428:11
**bid** [1] - 2348:23
**bids** [1] - 2348:19
**Big** [2] - 2400:4, 2400:5
**big** [4] - 2360:19, 2416:3, 2416:11, 2416:24
**big-box** [1] - 2360:19
**bigger** [1] - 2440:17
**biggest** [2] - 2415:11, 2415:25
**bill.jones2@usdoj.gov** [1] - 2338:24
**binder** [10] - 2354:23, 2355:2, 2357:8, 2362:19, 2362:24, 2365:15, 2371:4, 2399:4, 2404:9, 2430:7
**bit** [9] - 2351:5, 2363:18, 2372:24, 2398:11, 2404:6, 2404:10, 2423:5, 2426:25, 2444:7
**Black** [21] - 2373:19, 2381:21, 2382:6, 2426:23, 2427:1, 2427:12, 2427:20, 2428:2, 2428:11, 2428:15, 2428:17,

2433:10, 2434:2, 2434:6, 2434:10, 2434:18, 2434:23, 2435:13, 2443:3, 2443:4
**Blankenship** [1] - 2420:6
**blow** [1] - 2445:10
**Bob** [4] - 2361:9, 2365:9, 2365:21, 2441:13
**booth** [3] - 2414:25, 2415:25, 2416:3
**booths** [1] - 2415:11
**Bosch** [103] - 2343:5, 2343:9, 2343:12, 2343:14, 2343:17, 2343:19, 2343:23, 2343:24, 2344:2, 2344:5, 2344:9, 2344:16, 2344:21, 2344:24, 2345:15, 2347:20, 2348:4, 2349:14, 2351:22, 2351:25, 2352:4, 2352:8, 2352:19, 2352:23, 2353:5, 2353:18, 2353:19, 2353:21, 2354:1, 2354:5, 2354:13, 2354:17, 2354:20, 2355:7, 2355:8, 2355:12, 2355:15, 2356:3, 2356:8, 2357:1, 2357:5, 2357:13, 2357:19, 2357:23, 2357:25, 2358:15, 2359:1, 2359:4, 2359:6, 2359:13, 2359:14, 2359:16, 2359:25, 2360:4, 2360:6, 2360:9, 2360:14, 2360:18, 2360:22, 2361:3, 2361:6, 2361:14, 2361:23, 2362:1, 2362:6, 2362:14, 2363:16, 2364:3, 2364:6, 2364:9, 2365:6, 2365:24, 2366:4, 2366:13, 2367:2, 2367:12, 2367:16, 2368:1, 2368:9, 2368:20, 2369:2, 2369:10, 2369:15, 2370:13, 2370:16, 2370:18, 2370:19, 2370:21, 2371:3, 2371:14, 2371:22, 2372:10, 2372:13, 2372:19, 2374:17, 2402:13, 2415:10, 2415:13, 2444:15, 2444:17
**Bosch's** [13] - 2351:8, 2351:13, 2357:11, 2362:14, 2363:17, 2364:19, 2364:22, 2366:7, 2366:10, 2371:6, 2371:10, 2371:12, 2372:6
**boss** [1] - 2418:16
**bottom** [9] - 2366:18, 2399:15, 2399:23, 2404:20, 2407:25, 2409:12, 2415:7, 2423:7, 2445:9
**box** [1] - 2360:19
**Boyd** [8] - 2413:25, 2414:3, 2414:6, 2414:21, 2415:2, 2415:25, 2417:19
**Boyd's** [1] - 2415:6
**brand** [31] - 2343:9, 2343:11, 2343:14, 2343:18, 2343:23, 2344:5, 2344:21, 2345:18, 2345:20, 2345:22, 2346:16, 2349:14, 2349:17, 2349:20, 2357:1, 2371:19, 2405:2, 2405:4, 2407:12, 2408:21, 2413:11, 2415:19, 2419:17, 2419:18, 2419:19, 2421:2, 2421:6, 2421:10, 2422:4, 2440:13, 2440:21
**branded** [5] - 2408:7, 2408:16, 2408:17, 2413:10, 2415:16
**brands** [22] - 2343:3, 2343:6, 2347:8, 2348:3, 2353:18, 2353:21, 2355:22, 2356:4, 2370:21, 2371:18, 2405:5,

2407:6, 2408:10, 2410:22, 2413:8, 2413:9, 2415:13, 2415:15, 2419:21, 2422:5, 2424:8, 2440:18
**break** [1] - 2439:5
**breakdown** [1] - 2431:3
**breaks** [2] - 2427:12, 2428:2
**briefing** [6] - 2420:3, 2420:25, 2422:12, 2422:14, 2446:24, 2447:14
**briefly** [1] - 2353:8
**bring** [1] - 2359:10
**bringing** [1] - 2352:1
**broadly** [1] - 2445:3
**broken** [1] - 2431:11
**Brothers** [2] - 2372:14, 2372:16
**brought** [2] - 2358:8, 2358:16
**BRYAN** [2] - 2448:3, 2448:7
**Bryan** [1] - 2340:21
**bryanawayne@gmail.com** [1] - 2340:23
**BSH** [30] - 2342:6, 2342:14, 2342:15, 2342:23, 2343:3, 2344:5, 2344:20, 2347:8, 2347:14, 2347:23, 2348:3, 2348:5, 2348:12, 2348:15, 2348:19, 2349:3, 2349:7, 2349:13, 2349:16, 2349:19, 2350:19, 2351:19, 2352:11, 2352:15, 2353:8, 2353:15, 2358:8, 2360:19, 2365:18, 2365:22
**BSH's** [4] - 2348:8, 2350:21, 2352:11, 2358:20
**budget** [2] - 2428:19, 2429:3
**build** [1] - 2415:21
**builder** [27] - 2348:20, 2354:13, 2355:15, 2365:6, 2365:12, 2365:18, 2365:22, 2365:24, 2366:5, 2367:5, 2367:10, 2367:12, 2367:20, 2368:24, 2370:2, 2370:6, 2370:9, 2370:14, 2370:15, 2370:16, 2370:22, 2371:11, 2371:12, 2372:1, 2372:4, 2372:7, 2442:8
**Builder** [2] - 2359:22, 2417:10
**builders** [7] - 2364:23, 2365:4, 2366:10, 2367:12, 2367:18, 2368:13, 2369:15
**Builders'** [3] - 2399:17, 2413:20, 2417:15
**building** [1] - 2401:16
**built** [2] - 2353:13, 2356:11
**built-in** [2] - 2353:13, 2356:11
**bullet** [11] - 2418:19, 2418:20, 2418:22, 2419:4, 2420:24, 2421:18, 2423:24, 2424:11, 2424:25, 2425:16, 2445:8
**business** [24] - 2342:20, 2342:23, 2344:13, 2344:14, 2355:15, 2359:20, 2362:13, 2363:16, 2363:22, 2367:4, 2367:10, 2368:5, 2368:6, 2368:7, 2372:14, 2399:19, 2402:22, 2421:20, 2421:19, 2445:20
**businesses** [1] - 2359:17
**Buy** [3] - 2360:24, 2362:11, 2364:9
**buy** [7] - 2347:20, 2427:6, 2427:9, 2427:10, 2427:13, 2427:23, 2428:16

buyer [1] - 2441:15
buying [2] - 2427:16, 2444:24
buys [1] - 2372:19
BY [11] - 2342:9, 2350:15, 2363:6, 2398:8, 2422:10, 2424:24, 2430:5, 2437:4, 2437:22, 2439:12, 2445:6

# C

cadence [2] - 2441:18, 2444:5
Café [1] - 2370:20
California [3] - 2342:12, 2342:14, 2367:24
Canada [1] - 2353:1
cancel [1] - 2381:6
cannibalization [2] - 2408:14, 2408:18
cannibalize [1] - 2408:7
cannot [3] - 2349:7, 2349:12, 2417:18
capabilities [2] - 2401:17, 2444:21
capability [2] - 2404:2, 2417:5
capacities [1] - 2342:19
capacity [1] - 2425:4
capture [2] - 2420:17, 2436:22
captures [2] - 2418:5, 2418:14
care [1] - 2410:16
case [2] - 2405:24, 2412:4
category [2] - 2421:21, 2440:15
Central [1] - 2353:3
certain [5] - 2343:19, 2346:4, 2346:21, 2359:1, 2410:22
certainly [18] - 2350:3, 2374:17, 2404:2, 2404:3, 2410:9, 2413:23, 2416:18, 2417:4, 2418:9, 2418:12, 2420:17, 2431:1, 2443:9, 2443:15, 2443:21, 2444:8, 2444:18, 2445:2
CERTIFICATE [1] - 2448:2
certify [1] - 2448:3
chain [16] - 2399:6, 2399:15, 2399:24, 2400:6, 2404:14, 2404:20, 2407:25, 2408:25, 2409:11, 2410:9, 2410:10, 2411:1, 2411:7, 2413:16, 2423:1, 2423:7
change [6] - 2349:13, 2349:16, 2349:19, 2363:15, 2440:6, 2443:1
changed [2] - 2419:3, 2421:4
channel [31] - 2348:12, 2348:13, 2348:17, 2348:19, 2349:6, 2349:10, 2352:5, 2364:17, 2365:1, 2366:14, 2367:3, 2368:2, 2369:12, 2369:21, 2369:25, 2370:6, 2370:9, 2370:15, 2372:1, 2372:4, 2401:13, 2402:3, 2402:12, 2402:19, 2402:25, 2403:4, 2415:21, 2416:15, 2417:2, 2441:23, 2442:4
characterization [4] - 2402:2, 2403:24, 2416:14, 2416:16
characterize [8] - 2417:1, 2417:3, 2421:9, 2424:9, 2424:15, 2424:16, 2424:17, 2426:20

characterized [1] - 2373:13
characterizes [1] - 2416:25
charge [3] - 2409:2, 2414:6, 2414:21
Chef [1] - 2440:18
Chicago [2] - 2339:14, 2339:22
Chip [1] - 2420:9
Choice [2] - 2354:20, 2355:9
choose [1] - 2429:5
chooses [1] - 2361:18
Civil [1] - 2338:4
clean [1] - 2358:13
Clean [2] - 2405:14, 2405:19
CLERK [1] - 2381:11
close [7] - 2374:13, 2398:24, 2424:4, 2424:6, 2424:9, 2424:13, 2424:15
closed [3] - 2344:9, 2344:16, 2422:2
Closed [2] - 2374:25, 2382:10
closer [3] - 2425:13, 2439:20, 2443:10
clothes [1] - 2410:16
Coast [1] - 2406:24
colleague [2] - 2405:17, 2406:4
colleagues [1] - 2404:21
color [1] - 2404:6
COLUMBIA [1] - 2338:1
column [3] - 2418:18, 2431:11, 2432:9
combat [1] - 2406:7
combination [1] - 2356:17
combine [1] - 2357:18
combined [2] - 2432:5, 2433:25
comment [3] - 2406:6, 2406:10, 2438:13
comments [4] - 2400:6, 2400:12, 2400:24, 2420:10
commercial [1] - 2444:21
committed [1] - 2351:19
comp [5] - 2426:8, 2426:10, 2426:11, 2426:14, 2426:16
companies [4] - 2355:23, 2398:25, 2434:16
Company [1] - 2340:2
company [19] - 2342:24, 2344:11, 2350:25, 2352:11, 2368:12, 2398:24, 2408:12, 2408:14, 2408:18, 2408:20, 2408:23, 2413:11, 2415:16, 2419:20, 2422:21, 2422:23, 2423:4, 2432:6, 2434:5
company's [1] - 2348:16
compared [3] - 2415:17, 2424:22, 2430:20
compete [9] - 2365:3, 2370:15, 2398:15, 2398:21, 2398:25, 2404:11, 2409:25, 2410:18
competes [4] - 2370:13, 2405:23, 2409:23, 2410:6
competing [2] - 2406:12, 2407:4, 2407:6, 2410:23
competition [14] - 2364:25, 2398:11, 2398:12, 2403:13, 2407:20, 2409:5, 2416:21, 2417:14, 2426:3, 2426:4,

2426:5, 2426:6, 2429:8, 2443:20
Competition [1] - 2415:8
competitive [27] - 2405:19, 2407:10, 2410:3, 2411:13, 2411:15, 2412:25, 2413:2, 2413:3, 2416:22, 2419:21, 2421:3, 2421:14, 2421:17, 2421:18, 2421:25, 2422:18, 2422:19, 2422:22, 2424:3, 2425:12, 2426:7, 2426:17, 2426:22, 2430:23, 2430:25, 2436:11, 2445:9
competitor [14] - 2403:19, 2406:20, 2412:13, 2416:22, 2422:11, 2424:13, 2424:14, 2424:18, 2426:12, 2443:7, 2443:9, 2443:10, 2443:15, 2444:18
competitors [26] - 2373:9, 2401:18, 2403:15, 2403:17, 2405:25, 2408:9, 2411:23, 2416:1, 2416:5, 2416:17, 2424:4, 2424:6, 2424:8, 2424:9, 2424:21, 2426:18, 2429:1, 2429:10, 2430:20, 2433:14, 2434:21, 2440:10, 2440:12, 2443:14, 2443:24, 2443:25
competitors' [2] - 2430:23, 2431:17
complete [2] - 2361:17, 2361:20
comprehensive [3] - 2426:6, 2426:17, 2426:20
comprise [1] - 2434:1
comps [1] - 2426:15
computer [1] - 2340:25
computer-aided [1] - 2340:25
concern [1] - 2444:20
concerned [1] - 2445:2
concerning [2] - 2411:20, 2411:23
condensed [1] - 2363:3
conference [1] - 2381:4
Conference [2] - 2446:2, 2446:15
confidential [6] - 2344:8, 2349:23, 2350:8, 2350:10, 2363:10, 2445:24
confidentiality [1] - 2350:6
confidentially [1] - 2397:24
confine [1] - 2437:19
confirming [1] - 2411:17
conscious [2] - 2357:6, 2357:24
consider [3] - 2413:1, 2424:12, 2443:20
considered [2] - 2407:10, 2407:20
considering [1] - 2407:21
consistent [1] - 2437:14
consumer [6] - 2368:3, 2427:9, 2427:13, 2428:18, 2429:8
consumers [11] - 2354:9, 2357:6, 2357:24, 2368:23, 2369:13, 2373:25, 2427:6, 2427:16, 2427:20, 2428:1, 2428:7
Cont' [2] - 2341:4, 2341:6
contact [1] - 2371:15
contains [1] - 2429:18
context [3] - 2404:16, 2413:22, 2445:14
continue [2] - 2351:13, 2398:20
CONTINUED [1] - 2382:9
continues [1] - 2421:19
contract [60] - 2348:11, 2348:13,

2348:17, 2348:19, 2349:6, 2349:10,
2352:5, 2364:16, 2365:1, 2366:14,
2367:2, 2368:2, 2368:5, 2368:6,
2368:11, 2369:4, 2369:7, 2369:12,
2369:20, 2369:25, 2400:2, 2400:4,
2400:7, 2400:9, 2400:12, 2400:22,
2401:7, 2401:13, 2401:17, 2402:3,
2402:5, 2402:12, 2402:19, 2402:22,
2402:25, 2403:4, 2403:24, 2404:1,
2404:3, 2404:5, 2414:6, 2414:7,
2414:10, 2414:12, 2414:14, 2414:20,
2414:21, 2415:21, 2416:15, 2416:18,
2417:2, 2417:3, 2417:4, 2418:13,
2419:6, 2441:23, 2441:25, 2442:4,
2442:8, 2444:4
**Contract** [2] - 2403:21, 2418:3
**Contract-Reflection** [1] - 2418:3
**control** [3] - 2361:17, 2361:20, 2413:9
**convenient** [1] - 2358:13
**conversations** [2] - 2360:17, 2361:8
**cooking** [34] - 2343:1, 2343:3, 2343:12,
2343:14, 2343:19, 2345:21, 2345:24,
2346:5, 2346:19, 2346:22, 2349:14,
2349:17, 2349:20, 2352:1, 2353:9,
2353:12, 2356:14, 2372:1, 2410:15,
2411:17, 2431:15, 2432:18, 2433:17,
2433:20, 2435:15, 2437:5, 2437:10,
2438:14, 2439:17, 2440:11, 2440:15,
2441:15
**cooktop** [3] - 2346:14, 2347:1, 2356:16
**cooktops** [7] - 2343:16, 2346:2,
2346:25, 2348:1, 2348:5, 2353:12,
2354:18
**cool** [1] - 2428:5
**copy** [1] - 2355:7
**corner** [1] - 2427:24
**Correct** [10] - 2357:2, 2357:7, 2357:15,
2358:25, 2360:23, 2366:3, 2367:11,
2370:1, 2371:13, 2372:9
**correct** [74] - 2347:10, 2348:10, 2349:4,
2349:5, 2349:8, 2349:9, 2350:20,
2350:24, 2351:3, 2351:4, 2351:12,
2351:15, 2352:10, 2353:11, 2353:20,
2354:19, 2354:22, 2355:13, 2355:20,
2357:4, 2358:21, 2360:21, 2361:5,
2361:13, 2361:16, 2361:19, 2362:2,
2362:5, 2362:18, 2364:5, 2365:11,
2366:25, 2367:17, 2367:19, 2367:22,
2367:25, 2368:10, 2368:22, 2369:14,
2369:17, 2369:19, 2370:4, 2370:7,
2371:21, 2372:15, 2373:18, 2399:7,
2399:8, 2399:9, 2399:18, 2399:22,
2400:10, 2401:11, 2401:21, 2405:15,
2405:20, 2405:21, 2406:18, 2406:23,
2411:2, 2414:5, 2416:3, 2418:4,
2419:10, 2419:14, 2419:15, 2420:5,
2422:13, 2423:2, 2424:1, 2432:8,
2434:14, 2435:24, 2447:3
**correctly** [7] - 2355:10, 2356:1, 2356:6,
2357:14, 2357:20, 2358:1, 2421:22

**correspond** [1] - 2439:18
**cost** [1] - 2347:4
**council** [8] - 2359:4, 2359:8, 2359:9,
2359:23, 2360:1, 2360:5, 2360:10,
2360:15
**counsel** [14] - 2342:2, 2350:13,
2362:22, 2374:7, 2374:16, 2374:17,
2374:18, 2374:21, 2374:23, 2380:23,
2398:5, 2436:19, 2438:21, 2446:17
**Counsel** [1] - 2350:7
**counterpart** [1] - 2419:5
**country** [3] - 2359:11, 2366:4, 2368:18
**couple** [8] - 2401:2, 2410:14, 2419:3,
2421:4, 2435:17, 2435:19, 2435:21,
2438:3
**course** [10] - 2399:1, 2399:2, 2408:23,
2409:25, 2412:6, 2419:2, 2428:5,
2428:16, 2435:7, 2440:13
**COURT** [52] - 2338:1, 2338:10, 2342:2,
2349:25, 2350:2, 2350:4, 2350:6,
2350:13, 2362:22, 2362:25, 2363:3,
2374:7, 2374:15, 2374:20, 2374:23,
2380:23, 2381:1, 2381:3, 2381:9,
2381:12, 2381:15, 2397:24, 2398:2,
2398:5, 2422:6, 2424:12, 2424:16,
2424:21, 2429:22, 2429:24, 2436:17,
2436:25, 2437:3, 2437:19, 2438:20,
2438:25, 2439:5, 2439:9, 2443:18,
2443:24, 2444:6, 2444:11, 2444:19,
2445:4, 2446:1, 2446:17, 2446:19,
2446:22, 2446:24, 2447:5, 2447:9,
2447:12
**Court** [5] - 2340:21, 2340:21, 2381:18,
2382:2, 2448:3
**court** [4] - 2374:13, 2374:22, 2429:20,
2438:25
**Courthouse** [1] - 2340:22
**courtroom** [1] - 2354:24
**cover** [3] - 2344:9, 2366:1, 2372:24
**Cowie** [1] - 2340:13
**Craig** [1] - 2340:9
**craig.falls@dechert.com** [1] - 2340:12
**crazy** [1] - 2405:14
**Crazy** [1] - 2404:23
**critics** [1] - 2354:11
**Cross** [3] - 2341:4, 2341:5, 2341:6
**CROSS** [1] - 2350:14, 2398:7
**cross** [2] - 2350:7, 2374:9
**Cross-Exam** [3] - 2341:4, 2341:5,
2341:6
**cross-examination** [1] - 2350:7
**CROSS-EXAMINATION** [2] - 2350:14,
2398:7
**cross-examine** [1] - 2374:9
**CRR** [1] - 2340:21
**current** [7] - 2344:17, 2420:19, 2427:14,
2441:18, 2443:3, 2443:4
**curtail** [1] - 2430:1
**customer** [33] - 2349:6, 2349:10,
2354:17, 2404:24, 2419:25, 2420:1,

2420:4, 2420:7, 2420:13, 2421:1,
2421:2, 2421:7, 2421:8, 2421:11,
2421:12, 2422:2, 2429:5, 2429:21,
2430:8, 2430:24, 2431:1, 2431:8,
2431:21, 2431:25, 2432:7, 2432:8,
2432:15, 2432:17, 2439:17, 2439:19,
2439:21, 2439:25, 2440:5
**customer's** [2] - 2430:14, 2439:15
**customers** [12] - 2354:14, 2365:7,
2368:24, 2370:14, 2370:16, 2370:22,
2371:11, 2372:7, 2431:1, 2440:5,
2441:8, 2445:1
**cycle** [1] - 2358:12

## D

**D.C** [2] - 2338:6, 2340:22
**daily** [1] - 2362:24
**data** [3] - 2429:12, 2432:1, 2433:1
**database** [2] - 2426:8, 2426:14
**date** [1] - 2361:12
**dates** [2] - 2416:22
**David** [8] - 2339:6, 2354:21, 2355:9,
2355:16, 2355:18, 2355:25, 2356:5,
2372:13
**DAY** [4] - 2339:9, 2339:13, 2339:17,
2339:21
**DC** [12] - 2338:15, 2338:19, 2338:23,
2339:3, 2339:8, 2339:10, 2339:18,
2340:3, 2340:7, 2340:11, 2340:15,
2340:19
**deal** [7] - 2350:7, 2421:19, 2442:20,
2443:13, 2443:22, 2444:3, 2444:20
**dealer** [7] - 2359:8, 2359:9, 2359:23,
2359:25, 2360:5, 2360:10, 2360:15
**dealers** [3] - 2359:10, 2359:13, 2359:16
**deals** [2] - 2427:25
**Debra** [2] - 2350:9, 2350:17
**December** [4] - 2420:20, 2434:24,
2435:8, 2436:20
**DECHERT** [5] - 2338:2, 2340:6,
2340:10, 2340:14, 2340:17
**decided** [4] - 2344:12, 2409:13, 2412:10
**decision** [1] - 2424:18
**deep** [1] - 2443:4
**Defendant** [2] - 2339:4, 2340:1
**defendant's** [1] - 2357:8
**Defendants** [1] - 2338:7
**DEFENSE** [1] - 2382:8
**Defense** [1] - 2430:6
**DEM** [5] - 2355:3, 2355:5, 2365:15,
2371:4, 2382:5
**demonstrative** [1] - 2357:8
**DENIS** [1] - 2374:21
**Denis** [1] - 2340:5
**DEPARTMENT** [5] - 2338:13, 2338:17,
2338:21, 2339:2, 2339:6
**Department** [1] - 2374:18
**deposition** [3] - 2350:17, 2366:17,

2372:25

**Depot** [16] - 2361:3, 2361:6, 2361:9, 2361:12, 2361:14, 2361:17, 2361:20, 2382:6, 2407:12, 2408:1, 2423:1, 2423:8, 2423:14, 2423:23, 2441:6, 2441:12

**DEPUTY** [1] - 2381:11

**describe** [2] - 2400:24, 2421:17

**described** [3] - 2408:2, 2422:14, 2428:18

**design** [1] - 2357:19

**desire** [1] - 2369:24

**despite** [2] - 2421:2, 2436:11

**determine** [1] - 2362:3

**determining** [1] - 2412:6

**developed** [1] - 2381:21

**developing** [1] - 2443:19

**Dexter** [4] - 2442:6, 2442:7, 2442:15, 2444:25

**differences** [1] - 2343:6

**different** [8] - 2363:18, 2404:8, 2408:24, 2413:11, 2417:17, 2429:19, 2430:9, 2436:24

**difficult** [5] - 2366:14, 2367:2, 2367:6, 2367:8, 2368:8

**difficulty** [1] - 2425:1

**dimensions** [1] - 2404:10

**dinner** [1] - 2420:9

**direct** [16] - 2350:4, 2353:8, 2356:8, 2365:9, 2374:9, 2409:4, 2414:8, 2415:6, 2417:17, 2418:19, 2426:3, 2433:13, 2436:14, 2437:19, 2439:13, 2447:6

**DIRECT** [2] - 2342:8, 2382:9

**Direct** [3] - 2341:3, 2341:4, 2341:6

**directly** [6] - 2367:18, 2368:9, 2369:2, 2398:16, 2410:6, 2410:19

**director** [1] - 2365:12

**dirty** [1] - 2358:12

**discontinue** [1] - 2344:12

**discounted** [1] - 2428:20

**discounts** [1] - 2428:10

**discretion** [1] - 2440:8

**discuss** [1] - 2439:7

**discussed** [2] - 2372:6, 2373:4

**discussing** [2] - 2423:4, 2441:22

**discussion** [3] - 2409:8, 2420:12, 2442:24

**dish** [1] - 2431:14

**dishes** [1] - 2358:12

**dishwasher** [4] - 2345:7, 2356:21, 2358:16, 2358:17

**dishwashers** [13] - 2344:24, 2345:5, 2345:12, 2354:17, 2357:5, 2357:14, 2357:18, 2357:24, 2358:9, 2358:20, 2358:22, 2358:24, 2360:13

**displace** [1] - 2410:18

**displacing** [2] - 2409:14, 2410:4

**displaying** [1] - 2439:15

**dissimilar** [1] - 2381:22

**distributed** [1] - 2445:3

**distributor** [2] - 2359:4, 2368:11

**distributors** [7] - 2359:1, 2359:3, 2359:7, 2359:8, 2367:13, 2367:15, 2367:21

**DISTRICT** [3] - 2338:1, 2338:1, 2338:10

**Division** [1] - 2338:21

**division** [2] - 2369:20, 2370:5

**document** [20] - 2363:13, 2365:17, 2366:24, 2399:14, 2404:8, 2404:18, 2408:24, 2411:5, 2413:13, 2413:24, 2417:17, 2418:10, 2419:2, 2419:9, 2420:2, 2429:13, 2429:16, 2430:11, 2436:14, 2445:16

**documentation** [1] - 2426:15

**dollar** [1] - 2431:3

**dominant** [2] - 2421:2, 2421:6, 2421:10

**done** [2] - 2374:4, 2437:11

**door** [1] - 2424:1

**double** [1] - 2351:16

**doubled** [1] - 2351:8

**down** [20] - 2357:22, 2358:3, 2358:11, 2401:6, 2403:20, 2405:5, 2408:3, 2408:6, 2418:20, 2420:24, 2433:17, 2433:18, 2435:8, 2436:21, 2437:12, 2439:6, 2439:25, 2440:3, 2446:22, 2446:23

**Drive** [2] - 2339:14, 2339:21

**drop** [3] - 2360:5, 2360:10, 2437:15

**dry** [1] - 2358:12

**duration** [1] - 2373:17

**during** [7] - 2353:8, 2373:9, 2434:1, 2434:10, 2434:17, 2435:2, 2437:15

**DX** [7] - 2355:3, 2355:5, 2365:15, 2371:4, 2382:5, 2430:6, 2439:13

**dynamic** [1] - 2413:4

**E**

**e-mail** [52] - 2399:6, 2399:15, 2399:23, 2399:24, 2400:6, 2402:14, 2402:20, 2404:14, 2404:20, 2406:2, 2406:6, 2406:17, 2407:3, 2407:7, 2407:23, 2407:25, 2408:1, 2408:25, 2409:11, 2410:5, 2410:9, 2410:10, 2410:25, 2411:1, 2411:7, 2411:12, 2411:23, 2412:3, 2412:14, 2412:15, 2412:23, 2413:25, 2414:3, 2415:4, 2415:12, 2416:2, 2416:16, 2416:19, 2416:25, 2417:19, 2419:2, 2420:2, 2422:1, 2423:1, 2423:4, 2423:7, 2425:16, 2430:8, 2430:13, 2437:14

**e-mailed** [1] - 2423:8

**e-mails** [1] - 2409:12

**early** [3] - 2417:21, 2417:22, 2423:11

**earn** [1] - 2355:9

**Eddy** [8] - 2408:25, 2409:1, 2409:11, 2410:2, 2411:2, 2411:8, 2411:12, 2412:14

**EDDY** [1] - 2409:1

**effort** [2] - 2410:17, 2410:18

**efforts** [2] - 2348:16, 2372:3

**eight** [1] - 2401:6

**either** [5] - 2347:20, 2356:16, 2361:11, 2371:2, 2439:2

**elaborating** [1] - 2422:7

**Elder** [2] - 2369:23, 2370:2

**elder** [1] - 2370:5

**electric** [2] - 2428:23, 2441:7

**Electric** [48] - 2340:2, 2398:15, 2398:21, 2399:7, 2400:3, 2401:25, 2402:2, 2402:12, 2402:18, 2403:3, 2403:12, 2404:15, 2405:3, 2405:17, 2406:4, 2407:5, 2407:9, 2408:4, 2408:12, 2409:1, 2410:12, 2412:1, 2412:10, 2412:16, 2414:1, 2414:24, 2416:21, 2417:1, 2419:1, 2420:4, 2421:1, 2421:6, 2421:12, 2421:25, 2425:4, 2426:6, 2429:9, 2430:8, 2431:24, 2432:5, 2434:11, 2435:13, 2435:19, 2435:23, 2436:5, 2438:6, 2438:17, 2443:8

**Electric's** [6] - 2403:2, 2418:5, 2421:20, 2431:20, 2437:2, 2437:24

**ELECTROLUX** [1] - 2338:6

**Electrolux** [67] - 2339:9, 2350:10, 2398:13, 2398:16, 2398:21, 2401:15, 2401:20, 2402:11, 2402:13, 2402:16, 2402:18, 2403:13, 2403:15, 2403:17, 2403:19, 2405:22, 2406:8, 2406:15, 2406:20, 2407:4, 2407:10, 2407:21, 2407:23, 2408:12, 2410:19, 2412:14, 2412:17, 2412:23, 2412:24, 2413:5, 2413:8, 2413:9, 2415:10, 2415:11, 2415:16, 2415:25, 2416:2, 2416:7, 2416:14, 2416:20, 2416:22, 2417:14, 2419:15, 2419:17, 2421:24, 2422:11, 2422:19, 2422:21, 2424:6, 2424:9, 2424:12, 2424:22, 2426:5, 2429:9, 2432:2, 2432:5, 2432:18, 2433:23, 2433:25, 2434:11, 2440:12, 2440:17, 2443:11, 2443:18, 2443:20, 2444:18

**Electrolux's** [3] - 2402:24, 2403:3, 2410:4

**Email** [11] - 2338:16, 2338:19, 2338:24, 2339:5, 2339:12, 2339:15, 2339:19, 2340:4, 2340:8, 2340:12, 2340:20

**EMMET** [1] - 2338:10

**employee** [5] - 2359:22, 2399:6, 2406:22, 2438:9, 2442:7

**employees** [3] - 2414:1, 2416:4, 2416:7

**end** [8] - 2349:24, 2350:11, 2368:4, 2406:6, 2409:14, 2415:13, 2415:17, 2430:7

**End** [2] - 2381:4, 2446:15

**ending** [1] - 2418:2

**enjoy** [1] - 2447:16

**entire** [2] - 2366:2, 2366:4

**entitled** [4] - 2374:17, 2420:23, 2448:5

entity [1] - 2352:11
Esquire [14] - 2338:13, 2338:17, 2338:20, 2339:1, 2339:6, 2339:9, 2339:13, 2339:16, 2339:20, 2340:1, 2340:5, 2340:9, 2340:13, 2340:17
et [1] - 2338:6
Ethan - 2338:13
ethan.glass@usdoj.gov [1] - 2338:16
Europe [1] - 2352:12
Eustice [1] - 2365:9
Eustice's [2] - 2365:12, 2365:21
evaluation [1] - 2356:6
event [7] - 2381:22, 2399:19, 2399:21, 2413:19, 2414:25, 2415:3, 2415:20
Event [2] - 2400:4, 2400:5
Exam [5] - 2341:3, 2341:4, 2341:4, 2341:5, 2341:6, 2341:6, 2341:7
exam [3] - 2409:5, 2414:8, 2436:14
EXAMINATION [5] - 2342:8, 2350:14, 2382:9, 2398:7, 2439:11
examination [3] - 2350:7, 2374:5, 2381:16
examine [1] - 2374:9
example [3] - 2373:19, 2407:8, 2444:13
examples [6] - 2399:3, 2401:3, 2426:2, 2426:3, 2426:5, 2426:19
excellence [1] - 2355:24
exceptional [1] - 2420:25
excuse [2] - 2348:2, 2381:3
excused [1] - 2446:19
Exercise [2] - 2417:25, 2418:3
exercise [2] - 2418:11, 2437:8
Exhibit [2] - 2430:6, 2440:22
exhibit [8] - 2420:23, 2433:2, 2433:3, 2438:4, 2440:23, 2441:22, 2445:7, 2445:23
exited [1] - 2344:13
expand [7] - 2352:5, 2357:3, 2359:17, 2359:19, 2364:19, 2364:22, 2369:24
expanding [4] - 2352:1, 2360:1, 2370:6, 2370:8
expect [2] - 2441:3, 2441:16
expensive [7] - 2344:21, 2353:23, 2353:24, 2353:25, 2354:1, 2354:3, 2358:20
experience [2] - 2441:16, 2441:19
experienced [1] - 2442:18
explain [2] - 2345:2, 2441:4
extent [1] - 2413:7
Extremely [1] - 2445:9
extremely [2] - 2421:18, 2422:19
eye [1] - 2444:23

**F**

face [1] - 2422:22
facilities [1] - 2425:6
fact [16] - 2343:18, 2352:11, 2352:15, 2354:16, 2356:11, 2361:9, 2362:6,

2362:13, 2369:23, 2373:4, 2400:22, 2410:11, 2412:24, 2416:7, 2417:6, 2417:9
factories [1] - 2425:9
Factory [1] - 2359:22
facts [1] - 2420:15
fair [25] - 2351:6, 2351:17, 2352:2, 2353:19, 2355:19, 2356:9, 2356:24, 2358:9, 2358:20, 2361:7, 2361:15, 2364:17, 2368:3, 2369:21, 2371:15, 2402:2, 2402:15, 2403:24, 2405:10, 2412:12, 2416:14, 2417:1, 2422:17, 2424:23, 2437:16
fairly [1] - 2400:24
fallen [1] - 2435:8
Falls [1] - 2340:9
family [5] - 2355:18, 2364:19, 2366:7, 2372:16, 2372:21
far [3] - 2412:21, 2426:10, 2431:24
fast [2] - 2358:13, 2436:5
fast-forward [1] - 2436:5
Fax [3] - 2338:24, 2339:4, 2339:11, 2339:19, 2340:12
FDs [1] - 2423:25
feature [2] - 2358:8, 2358:15
featured [2] - 2368:20, 2429:3
features [7] - 2354:7, 2357:25, 2358:4, 2360:5, 2360:10, 2373:23, 2374:1
February [2] - 2414:3, 2435:22
fellow [1] - 2399:6
Ferguson [7] - 2367:21, 2368:9, 2368:11, 2368:13, 2368:17, 2368:20, 2368:23
few [3] - 2348:11, 2349:2, 2350:10, 2382:5, 2426:4
fifth [1] - 2418:20
Fifth [5] - 2338:14, 2338:18, 2338:22, 2339:2, 2339:7
fighting [1] - 2402:22
figures [1] - 2429:13
fill [1] - 2371:11
fine [8] - 2374:10, 2374:12, 2374:15, 2374:23, 2381:23, 2429:22, 2437:3, 2446:1
finish [4] - 2374:8, 2374:10, 2374:13, 2439:1
finished [1] - 2350:4
finishing [1] - 2374:9
firm [1] - 2434:4
firms [2] - 2432:21, 2434:14
first [17] - 2355:21, 2356:4, 2357:16, 2357:22, 2371:14, 2409:12, 2418:7, 2423:15, 2423:23, 2425:20, 2425:23, 2430:12, 2430:13, 2437:1, 2438:4, 2441:9, 2445:10
five [5] - 2351:17, 2374:2, 2439:1, 2439:5, 2443:25
flexibility [1] - 2357:19
flip [1] - 2413:21
flipping [1] - 2430:11

floor [18] - 2364:2, 2364:4, 2364:6, 2364:10, 2364:12, 2368:21, 2381:18, 2409:5, 2409:8, 2410:11, 2410:15, 2439:19, 2439:20, 2439:21, 2439:23, 2439:25, 2440:6
floors [3] - 2368:22, 2368:24, 2410:24
flyer [2] - 2381:24, 2382:6
focus [3] - 2356:11, 2413:17, 2433:10
Focus/Concerns [1] - 2420:24
focused [2] - 2410:2, 2424:19
focuses [1] - 2356:9
focusing [4] - 2401:7, 2401:12, 2423:15, 2423:18
following [1] - 2417:12
Fong [2] - 2406:22, 2406:25
footprint [1] - 2370:6
FOR [3] - 2338:1, 2342:7, 2382:8
forces [1] - 2403:17
foregoing [1] - 2448:4
form [1] - 2371:10
former [3] - 2416:4, 2416:7, 2442:7
forth [1] - 2359:12
forum [1] - 2360:17
forward [2] - 2434:23, 2436:5
forwarded [1] - 2407:9
fostered [1] - 2444:25
four [1] - 2360:19
fourth [3] - 2420:24, 2424:11
frankly [1] - 2419:7
freestanding [8] - 2344:5, 2344:10, 2344:17, 2344:20, 2349:2, 2349:3, 2349:7, 2349:11
French [1] - 2424:1
Friday [21] - 2338:5, 2373:19, 2381:22, 2382:6, 2426:23, 2427:1, 2427:12, 2427:20, 2428:2, 2428:11, 2428:16, 2428:17, 2433:11, 2434:2, 2434:6, 2434:10, 2434:18, 2434:24, 2435:13, 2443:3, 2443:4
Friedman [2] - 2340:1, 2341:6, 2341:7, 2439:9
FRIEDMAN [8] - 2382:3, 2397:22, 2438:23, 2439:10, 2439:12, 2445:6, 2445:22, 2446:16
Frig [7] - 2401:7, 2401:10, 2405:20, 2406:8, 2406:9, 2409:15, 2409:17
Frigidaire [30] - 2401:10, 2405:22, 2405:24, 2406:12, 2406:15, 2407:1, 2407:4, 2408:13, 2408:16, 2409:17, 2409:21, 2409:23, 2410:4, 2410:18, 2410:22, 2411:17, 2413:9, 2413:10, 2415:17, 2418:22, 2418:25, 2419:4, 2419:16, 2419:17, 2419:18, 2421:19, 2421:21, 2421:24, 2429:6, 2429:7
front [1] - 2399:5
full [2] - 2353:15, 2356:23
function [1] - 2445:19
future [2] - 2352:2, 2419:8

## G

**Gaggenau** [11] - 2343:5, 2346:16, 2346:22, 2346:24, 2346:25, 2347:2, 2347:4, 2347:20, 2349:20, 2353:19, 2354:3
**gain** [1] - 2348:16
**gained** [1] - 2444:15
**gallery** [2] - 2417:19, 2429:18
**gas** [1] - 2428:23
**GE** [29] - 2370:20, 2398:13, 2402:24, 2403:17, 2405:5, 2405:10, 2406:9, 2406:22, 2408:7, 2410:1, 2413:8, 2413:10, 2414:19, 2416:4, 2416:7, 2419:17, 2419:18, 2421:1, 2421:20, 2422:21, 2426:1, 2427:19, 2429:7, 2432:18, 2439:23, 2440:12, 2442:7, 2443:10
**GE's** [6] - 2403:24, 2406:16, 2433:17, 2434:24, 2436:4, 2439:25
**GE-branded** [2] - 2408:7, 2413:10
**Gelfand** [1] - 2339:6
**general** [13] - 2371:14, 2403:14, 2404:4, 2414:7, 2414:9, 2414:11, 2414:17, 2414:19, 2419:6, 2441:25, 2442:8
**General** [55] - 2340:1, 2398:15, 2398:21, 2399:7, 2400:3, 2401:25, 2402:2, 2402:12, 2402:18, 2403:2, 2403:3, 2403:12, 2404:15, 2405:3, 2405:17, 2406:4, 2407:5, 2407:9, 2408:4, 2408:12, 2409:1, 2410:11, 2412:1, 2412:10, 2412:16, 2413:25, 2414:6, 2414:24, 2416:21, 2417:1, 2418:5, 2419:1, 2420:4, 2421:1, 2421:6, 2421:12, 2421:20, 2421:25, 2425:4, 2426:6, 2429:8, 2430:8, 2431:20, 2431:24, 2432:5, 2434:11, 2435:13, 2435:19, 2435:23, 2436:5, 2437:2, 2437:24, 2438:5, 2438:16, 2443:8
**generally** [1] - 2428:14
**generated** [1] - 2407:16
**genesis** [1] - 2407:18
**gentleman** [2] - 2354:24, 2442:1, 2442:3
**Gerald** [1] - 2340:9
**German** [1] - 2352:11
**given** [4] - 2362:7, 2363:23, 2409:12, 2441:18
**GLASS** [3] - 2439:4, 2447:4, 2447:7
**Glass** [1] - 2338:13
**glasses** [1] - 2358:6
**global** [2] - 2353:5, 2444:22
**goal** [3] - 2351:13, 2351:18, 2408:11
**gorilla** [5] - 2401:22, 2402:3, 2402:24, 2403:4, 2438:17
**government** [1] - 2381:1
**GOVERNMENT** [1] - 2342:7
**Gray** [1] - 2339:20

**great** [11] - 2363:3, 2415:20, 2421:8, 2421:19, 2437:3, 2442:20, 2443:13, 2443:22, 2444:3, 2444:20, 2445:1
**greater** [1] - 2413:7
**ground** [1] - 2423:13
**group** [2] - 2359:6, 2444:24
**grow** [1] - 2372:6
**growing** [5] - 2350:21, 2418:22, 2418:25, 2419:7, 2419:18
**grown** [3] - 2351:11, 2366:8, 2366:10
**growth** [3] - 2351:22, 2401:8, 2424:19
**guess** [2] - 2342:12, 2430:4

## H

**Haier** [10] - 2419:7, 2419:13, 2441:23, 2442:5, 2442:10, 2442:15, 2444:19, 2444:23, 2445:3
**Hale** [1] - 2338:17
**Halford** [1] - 2442:3
**HAMER** [15] - 2398:1, 2398:6, 2398:8, 2422:10, 2424:24, 2429:16, 2429:23, 2430:3, 2430:5, 2436:21, 2437:1, 2437:4, 2437:22, 2438:19, 2446:18
**Hamer** [5] - 2341:6, 2440:23, 2442:22, 2445:7, 2445:10
**Hamer's** [1] - 2441:2
**hand** [2] - 2354:24, 2431:11
**hard** [1] - 2447:7
**head** [1] - 2445:2
**hear** [6] - 2363:19, 2363:24, 2381:20, 2447:1, 2447:2
**heard** [3] - 2362:6, 2362:9, 2363:21
**hell** [1] - 2436:15
**help** [3] - 2420:12, 2424:11, 2425:1
**helpful** [2] - 2412:6, 2429:11
**Henderson** [1] - 2338:20
**hi** [1] - 2350:9
**high** [5] - 2364:4, 2364:7, 2364:10, 2415:13, 2420:17
**high-end** [1] - 2415:13
**high-level** [1] - 2420:17
**higher** [1] - 2415:17
**highest** [2] - 2354:17, 2355:24
**hired** [6] - 2350:25, 2416:7, 2419:5, 2441:23, 2442:2, 2442:5
**historic** [1] - 2433:1
**hold** [2] - 2350:2, 2363:4
**holiday** [6] - 2373:5, 2373:9, 2373:13, 2373:16, 2420:8, 2427:24
**Home** [23] - 2342:14, 2342:15, 2342:23, 2355:8, 2356:3, 2357:13, 2357:23, 2361:3, 2361:6, 2361:9, 2361:12, 2361:14, 2361:17, 2361:20, 2382:6, 2407:12, 2408:1, 2423:1, 2423:8, 2423:14, 2423:23, 2441:6, 2441:12
**home** [11] - 2343:9, 2343:18, 2345:19, 2346:16, 2348:12, 2349:14, 2349:17, 2351:8, 2352:12, 2353:5, 2364:23

**homebuilders** [5] - 2355:19, 2364:20, 2366:8, 2372:17, 2372:22
**Homes** [6] - 2354:21, 2355:10, 2355:16, 2355:18, 2372:13, 2372:19
**Homes'** [2] - 2355:25, 2356:5
**Honor** [18] - 2342:4, 2349:22, 2350:3, 2350:9, 2374:12, 2381:2, 2382:3, 2397:23, 2398:1, 2398:6, 2429:16, 2438:24, 2439:4, 2439:10, 2445:23, 2446:16, 2446:18, 2447:4
**HONORABLE** [1] - 2338:10
**hope** [2] - 2412:5, 2438:23
**hopes** [1] - 2351:16
**Hotpoint** [18] - 2404:24, 2405:2, 2405:6, 2405:8, 2405:15, 2405:23, 2406:9, 2406:13, 2406:16, 2408:2, 2408:6, 2408:13, 2408:17, 2409:8, 2409:24, 2410:1, 2410:3, 2429:5
**hounds** [1] - 2436:15
**hours** [1] - 2447:8
**how-low-can-you-go** [1] - 2373:13
**huge** [3] - 2416:11, 2416:23, 2417:2
**hungry** [4] - 2416:10, 2416:15, 2416:18, 2416:20
**husher** [1] - 2445:25

## I

**Iacoviello** [5] - 2341:3, 2342:6, 2350:16, 2350:18, 2380:24
**IACOVIELLO** [1] - 2342:7
**IBS** [2] - 2399:17, 2413:19
**idea** [10] - 2368:1, 2404:24, 2405:14, 2406:1, 2407:8, 2407:11, 2407:16, 2407:18, 2407:21, 2408:1
**ideas** [2] - 2400:11, 2400:19
**identified** [1] - 2370:21
**identifies** [3] - 2358:3, 2365:24, 2371:22
**identify** [1] - 2367:15
**II** [1] - 2338:20
**IL** [1] - 2339:14
**II** [1] - 2339:22
**images** [1] - 2436:22
**immediately** [2] - 2428:6, 2428:9
**impact** [1] - 2407:20
**import** [1] - 2425:7
**important** [14] - 2364:13, 2373:5, 2399:19, 2408:22, 2420:15, 2420:18, 2420:22, 2421:12, 2422:14, 2422:16, 2422:18, 2430:19, 2443:7
**importing** [1] - 2425:2
**in-store** [1] - 2428:14
**include** [6] - 2343:1, 2350:21, 2353:12, 2354:7, 2356:14, 2356:19
**included** [4] - 2410:1, 2414:16, 2427:19, 2440:13
**includes** [4] - 2372:7, 2413:25, 2414:11, 2414:20

**including** [5] - 2358:4, 2367:21, 2409:25, 2414:1, 2431:18
**inconsistent** [1] - 2382:2
**increase** [3] - 2351:13, 2365:6, 2372:4
**increased** [5] - 2410:11, 2410:15, 2437:23, 2437:24, 2445:12
**increasing** [1] - 2372:7
**increasingly** [1] - 2373:5
**incumbent** [1] - 2410:21
**INDEX** [1] - 2341:1
**indicating** [2] - 2416:2, 2416:19
**individual** [2] - 2356:23, 2445:18
**individuals** [1] - 2359:6
**industries** [1] - 2415:24
**industry** [9] - 2373:1, 2373:22, 2401:7, 2403:15, 2416:22, 2424:3, 2427:19, 2442:16
**influence** [4] - 2412:22, 2413:5, 2413:6, 2444:3
**influenced** [1] - 2444:4
**information** [15] - 2359:13, 2359:16, 2371:11, 2371:15, 2426:9, 2429:19, 2430:9, 2430:21, 2430:23, 2430:25, 2431:2, 2438:6, 2438:10, 2441:6
**informed** [2] - 2359:25, 2360:4
**informing** [1] - 2360:9
**innovation** [1] - 2407:8
**innovations** [1] - 2358:19
**innovative** [4] - 2354:7, 2358:4, 2358:8, 2358:15
**input** [1] - 2359:11
**instance** [1] - 2363:21
**intelligence** [4] - 2411:13, 2411:15, 2411:16, 2413:2
**intense** [1] - 2365:1
**International** [4] - 2399:17, 2413:20, 2417:9, 2417:15
**interrupting** [1] - 2417:13
**intro** [1] - 2400:16
**introducing** [1] - 2359:14
**inventory** [1] - 2423:22
**invite** [1] - 2398:2
**involved** [2] - 2399:4, 2410:20
**involves** [1] - 2426:21
**involving** [2] - 2411:2, 2423:1
**Irvine** [1] - 2342:14
**issue** [1] - 2446:25
**issued** [1] - 2382:2
**issues** [10] - 2350:8, 2420:10, 2420:19, 2420:22, 2424:10, 2424:11, 2424:25, 2425:1, 2437:17, 2447:10
**it'll** [1] - 2363:7

**J**

**J.D** [1] - 2354:16
**January** [2] - 2361:10, 2417:13
**Jason** [1] - 2441:15
**Jay** [2] - 2442:1, 2442:14

**Jenn** [2] - 2370:19
**Jenn-Air** [2] - 2370:19
**Jeremy** [1] - 2339:20
**jmmajoras@jonesday.com** [1] - 2339:12
**job** [3] - 2342:15, 2342:21, 2348:25
**John** [3] - 2339:9, 2341:3, 2342:5
**JOHN** [1] - 2342:7
**John's** [3] - 2416:16, 2418:15, 2419:5
**join** [1] - 2398:2
**JONES** [4] - 2339:9, 2339:13, 2339:17, 2339:21
**Jones** [1] - 2338:20
**JUDGE** [1] - 2338:10
**judicial** [1] - 2381:18
**July** [8] - 2411:20, 2412:17, 2412:24, 2427:13, 2427:20, 2428:16, 2430:13, 2435:21
**jump** [1] - 2372:24
**June** [20] - 2411:18, 2412:2, 2412:11, 2412:17, 2430:10, 2430:14, 2431:20, 2431:25, 2432:21, 2432:25, 2433:4, 2433:7, 2436:4, 2436:5, 2437:2, 2437:6, 2437:8, 2437:9, 2437:10
**JUSTICE** [5] - 2338:13, 2338:17, 2338:21, 2339:2, 2339:6
**Justice** [1] - 2374:18

**K**

**kalejnieks@jonesday.com** [1] - 2339:19
**keep** [9] - 2403:6, 2403:10, 2403:12, 2403:14, 2403:18, 2435:5, 2444:9, 2447:7
**Kelsey** [1] - 2339:1
**kelsey.shannon@usdoj.gov** [1] - 2339:5
**Kenmore** [2] - 2409:25, 2429:7
**Kevin** [4] - 2442:6, 2442:7, 2442:15, 2444:25
**Kim's** [1] - 2406:7
**kind** [2] - 2407:18, 2445:2
**kitchen** [6] - 2354:16, 2356:11, 2356:14, 2356:23, 2356:25, 2371:19
**KitchenAid** [1] - 2370:18
**Klosterman** [2] - 2442:1, 2442:14
**knowledge** [4] - 2359:25, 2360:4, 2428:22, 2429:4
**knows** [1] - 2415:25
**Kristen** [2] - 2339:16, 2369:23

**L**

**Labor** [1] - 2427:21
**large** [1] - 2358:6
**largest** [6] - 2352:12, 2355:18, 2372:16, 2372:21, 2431:24, 2433:20

**last** [12] - 2362:22, 2403:20, 2405:18, 2406:25, 2411:16, 2412:5, 2420:23, 2421:4, 2438:3, 2444:16, 2445:8, 2445:11
**laundry** [3] - 2353:9, 2423:24, 2431:14
**leaders** [1] - 2444:21
**learn** [1] - 2426:12
**least** [2] - 2363:21, 2371:19
**leeway** [1] - 2381:23
**left** [2] - 2431:11, 2442:9
**left-hand** [1] - 2431:11
**Lejnieks** [1] - 2339:16
**less** [11] - 2344:21, 2345:9, 2423:15, 2423:18, 2425:24, 2428:19, 2430:3, 2439:23, 2445:17, 2445:19
**less-profitable** [1] - 2445:19
**level** [3] - 2350:25, 2420:17, 2428:15
**levels** [1] - 2358:5
**LG** [51] - 2370:11, 2370:13, 2370:17, 2371:22, 2371:25, 2372:3, 2373:8, 2398:11, 2401:16, 2401:20, 2402:13, 2403:15, 2410:6, 2412:21, 2413:6, 2419:5, 2419:7, 2419:9, 2422:3, 2423:4, 2423:9, 2423:11, 2423:18, 2423:23, 2424:2, 2424:4, 2424:19, 2425:1, 2425:7, 2425:9, 2425:17, 2425:22, 2426:4, 2436:11, 2437:8, 2437:11, 2437:14, 2437:18, 2440:12, 2441:3, 2441:16, 2441:22, 2441:25, 2442:14, 2442:23, 2443:7, 2444:2, 2444:8, 2444:9, 2444:17
**LG's** [1] - 2443:1
**limit** [1] - 2382:5
**limited** [2] - 2369:3, 2369:6
**line** [16] - 2344:24, 2345:4, 2345:16, 2352:1, 2353:16, 2357:23, 2366:20, 2366:23, 2403:20, 2407:14, 2408:21, 2410:20, 2431:12, 2431:17
**line's** [1] - 2345:2
**lines** [2] - 2363:12, 2401:6
**Lisa** [1] - 2342:4
**listed** [1] - 2401:19
**LLP** [5] - 2340:2, 2340:6, 2340:10, 2340:14, 2340:17
**logic** [1] - 2408:21
**look** [35] - 2355:21, 2357:16, 2357:22, 2358:3, 2358:11, 2365:21, 2382:4, 2399:3, 2399:11, 2401:2, 2403:20, 2404:8, 2410:25, 2412:5, 2413:13, 2414:13, 2417:6, 2418:18, 2420:22, 2420:24, 2423:7, 2429:12, 2431:7, 2432:2, 2432:9, 2434:23, 2435:11, 2435:13, 2436:3, 2440:22, 2442:21, 2443:16, 2445:7
**looking** [3] - 2351:25, 2407:13, 2439:14
**looks** [1] - 2413:21
**losing** [2] - 2423:9, 2423:12
**lost** [4] - 2421:21, 2423:13, 2423:24, 2435:2
**loud** [1] - 2363:11

**Louisiana** [2] - 2339:10, 2339:17
**low** [6] - 2373:13, 2374:1, 2406:8, 2407:1, 2407:5, 2409:14
**low-end** [1] - 2409:14
**low-priced** [1] - 2406:8
**Lowe's** [14] - 2360:22, 2362:9, 2364:6, 2409:2, 2409:9, 2410:12, 2410:16, 2410:23, 2410:25, 2411:13, 2412:2, 2412:16, 2441:6, 2441:14
**lower** [15] - 2345:15, 2347:24, 2357:3, 2360:2, 2360:6, 2360:12, 2373:23, 2405:2, 2409:21, 2409:23, 2426:13, 2426:18, 2426:21, 2426:25
**lowest** [6] - 2344:1, 2344:3, 2345:4, 2347:19, 2348:2, 2348:4
**luxury** [6] - 2345:20, 2346:3, 2346:18, 2346:19

**M**

**machine** [1] - 2340:25
**Magic** [1] - 2440:18
**magical** [1] - 2355:2
**mail** [52] - 2399:6, 2399:15, 2399:23, 2399:24, 2400:6, 2402:14, 2402:20, 2404:14, 2404:20, 2406:2, 2406:6, 2406:17, 2407:3, 2407:7, 2407:23, 2407:25, 2408:1, 2408:25, 2409:11, 2410:5, 2410:9, 2410:10, 2410:25, 2411:1, 2411:7, 2411:12, 2411:23, 2412:3, 2412:14, 2412:15, 2412:23, 2413:25, 2414:3, 2415:4, 2415:12, 2416:2, 2416:16, 2416:19, 2416:25, 2417:19, 2419:2, 2422:1, 2422:1, 2423:1, 2423:4, 2423:7, 2425:16, 2430:8, 2430:13, 2437:14
**mailed** [1] - 2423:8
**mails** [1] - 2409:12
**major** [23] - 2342:25, 2353:16, 2359:10, 2424:21, 2430:8, 2430:14, 2430:24, 2431:1, 2432:7, 2432:8, 2432:15, 2432:22, 2433:7, 2433:21, 2434:2, 2434:6, 2434:18, 2435:14, 2435:23, 2437:9, 2438:1, 2438:9, 2438:16
**Majoras** [1] - 2339:9
**MAJORAS** [1] - 2447:11
**majority** [1] - 2425:10
**management** [1] - 2421:20
**manager** [12] - 2365:22, 2404:5, 2406:24, 2414:7, 2414:9, 2414:11, 2414:17, 2414:19, 2419:6, 2441:25, 2442:9
**managers** [2] - 2365:24, 2444:14
**manner** [1] - 2366:15
**manufactured** [1] - 2425:13
**manufacturer** [4] - 2352:12, 2426:7, 2430:15, 2433:20
**manufacturers** [5] - 2409:5, 2415:21, 2429:19, 2430:9, 2438:6

**manufacturing** [2] - 2425:4, 2425:6
**MAP** [7] - 2343:23, 2345:8, 2347:10, 2348:2, 2428:15, 2441:7, 2441:17
**map** [1] - 2366:1
**margin** [1] - 2445:12
**marked** [2] - 2362:20, 2363:10
**market** [33] - 2343:10, 2343:15, 2343:18, 2343:20, 2344:2, 2344:18, 2344:22, 2345:7, 2345:13, 2345:15, 2345:19, 2346:3, 2346:17, 2346:22, 2347:20, 2348:3, 2349:4, 2349:14, 2349:17, 2349:20, 2350:22, 2351:8, 2351:9, 2351:13, 2351:20, 2351:23, 2352:2, 2352:5, 2358:9, 2372:6, 2438:7, 2444:4, 2445:4
**marketed** [1] - 2358:24
**marketing** [4] - 2347:14, 2347:23, 2348:5, 2414:18
**marketplace** [2] - 2413:4, 2443:23
**Marshal** [1] - 2398:3
**matter** [1] - 2448:5
**Maytag** [5] - 2432:9, 2440:12, 2440:13, 2442:2
**mean** [8] - 2360:18, 2366:16, 2381:18, 2381:21, 2381:24, 2408:3, 2408:6, 2445:13
**means** [5] - 2404:1, 2405:12, 2409:19, 2425:20, 2428:11
**meet** [12] - 2348:23, 2348:24, 2361:9, 2368:4, 2371:1, 2371:2, 2426:8, 2426:10, 2426:11, 2426:14, 2426:15, 2426:16
**meet-comp** [1] - 2426:8
**meeting** [5] - 2369:23, 2420:3, 2420:6, 2422:15, 2426:13
**meetings** [2] - 2444:24
**meets** [1] - 2359:7
**member** [1] - 2359:23
**members** [1] - 2355:25
**mention** [4] - 2419:25, 2420:1, 2429:20, 2437:16
**mentioned** [14] - 2343:17, 2353:8, 2407:22, 2410:9, 2412:13, 2422:1, 2422:11, 2424:10, 2424:25, 2432:25, 2437:17, 2441:21, 2444:21
**mentioning** [1] - 2439:14
**mentions** [2] - 2411:15, 2423:24
**merged** [1] - 2434:4
**merger** [2] - 2432:21, 2434:16
**messages** [1] - 2400:16
**met** [2] - 2350:16, 2361:11
**Michael** [1] - 2340:13
**microwave** [2] - 2343:16, 2346:1
**microwaves** [1] - 2353:13
**middle** [1] - 2423:11
**Miele** [1] - 2370:19
**might** [4] - 2405:19, 2415:23, 2428:6, 2428:15
**mind** [4] - 2399:10, 2404:16, 2413:21, 2444:17

**mine** [2] - 2363:4, 2407:19
**minute** [4] - 2381:16, 2382:2, 2436:17, 2443:16
**minutes** [5] - 2358:13, 2381:13, 2429:25, 2430:3, 2438:23
**missing** [1] - 2370:15
**mix** [4] - 2408:3, 2408:4, 2408:6
**model** [7] - 2409:15, 2409:21, 2409:23, 2410:3, 2410:4, 2410:6, 2429:3
**models** [1] - 2410:14
**moment** [5] - 2343:17, 2413:19, 2431:7, 2433:1, 2438:4
**moments** [1] - 2349:2
**Monark** [5] - 2369:18, 2369:20, 2369:24, 2370:3, 2370:5
**Monday** [1] - 2447:2
**Monogram** [1] - 2405:5
**month** [26] - 2381:24, 2430:9, 2431:8, 2431:20, 2431:23, 2432:1, 2432:2, 2432:3, 2432:7, 2432:15, 2432:25, 2433:6, 2433:10, 2433:13, 2433:17, 2434:2, 2434:6, 2434:18, 2434:24, 2434:25, 2435:3, 2435:7, 2435:11, 2435:15, 2440:10
**month-by-month** [1] - 2433:6
**months** [5] - 2428:2, 2435:17, 2435:19, 2435:22, 2440:17
**morning** [2] - 2432:12, 2404:10
**most** [6] - 2353:21, 2354:3, 2371:20, 2373:8, 2424:18, 2433:14
**move** [1] - 2404:9
**moves** [1] - 2443:14
**MR** [28] - 2374:21, 2382:3, 2397:22, 2398:1, 2398:6, 2398:8, 2422:10, 2424:24, 2429:16, 2429:23, 2430:3, 2430:5, 2436:21, 2437:1, 2437:4, 2437:22, 2438:19, 2438:23, 2439:4, 2439:10, 2439:12, 2445:6, 2445:22, 2446:16, 2446:18, 2447:4, 2447:7, 2447:11
**MS** [17] - 2342:4, 2342:9, 2349:22, 2350:1, 2350:3, 2350:5, 2350:9, 2350:15, 2362:23, 2363:1, 2363:6, 2374:4, 2374:12, 2374:17, 2380:22, 2380:24, 2381:2
**multifamily** [2] - 2364:23, 2366:10
**multiple** [1] - 2358:5
**Murray** [5] - 2367:16, 2367:18, 2367:20, 2367:23, 2368:2
**muscle** [2] - 2403:22, 2403:25

**N**

**name** [10] - 2350:17, 2365:21, 2371:15, 2419:25, 2420:1, 2429:20, 2439:15, 2442:1, 2442:3, 2442:16
**names** [1] - 2431:17
**national** [2] - 2365:12, 2365:22
**nationwide** [1] - 2368:11

**near** [1] - 2432:14
**necessarily** [2] - 2410:15, 2425:14
**Need** [2] - 2403:6, 2403:9
**need** [10] - 2403:14, 2427:13, 2428:2, 2428:5, 2428:6, 2429:25, 2438:21, 2446:25, 2447:1, 2447:10
**needing** [1] - 2427:17
**needs** [3] - 2348:20, 2403:12, 2427:9
**negotiations** [1] - 2439:24
**new** [7] - 2342:3, 2352:1, 2357:13, 2357:18, 2357:23, 2415:23, 2444:25
**newspaper** [1] - 2381:19
**next** [12] - 2350:25, 2351:17, 2356:3, 2401:22, 2402:8, 2403:6, 2416:10, 2418:2, 2421:18, 2423:24, 2434:24, 2444:11
**nice** [1] - 2447:12
**Nina** [1] - 2338:17
**nina.hale@usdoj.gov** [1] - 2338:19
**nine** [1] - 2447:1
**nonparty** [1] - 2429:17
**north** [2] - 2432:6, 2435:19
**noted** [1] - 2422:18
**notes** [2] - 2416:4, 2421:14
**nothing** [1] - 2381:2
**notice** [1] - 2381:18
**noticed** [1] - 2373:22
**November** [7] - 2338:5, 2373:20, 2433:10, 2434:16, 2435:6, 2435:8, 2436:19
**nowhere** [1] - 2355:2
**Number** [1] - 2443:25
**number** [6] - 2413:15, 2427:16, 2427:18, 2431:8, 2440:14, 2444:2
**numbered** [1] - 2363:8
**numbers** [3] - 2418:2, 2430:14, 2438:14
**NW** [12] - 2338:14, 2338:18, 2338:22, 2339:2, 2339:7, 2339:10, 2339:17, 2340:2, 2340:6, 2340:10, 2340:14, 2340:18

**O**

**o'clock** [3] - 2439:1, 2439:6, 2447:1
**objectives** [1] - 2418:6
**observations** [1] - 2415:3
**observe** [1] - 2443:1
**obviously** [7] - 2398:25, 2408:9, 2413:8, 2430:19, 2443:13, 2444:22, 2445:3
**occur** [1] - 2398:20
**occurred** [2] - 2432:21, 2434:16
**October** [3] - 2414:15, 2435:13, 2435:22
**OEM'd** [2] - 2344:11, 2344:12
**OEM'ing** [1] - 2344:15
**OF** [8] - 2338:1, 2338:3, 2338:9, 2338:13, 2338:17, 2338:21, 2339:2, 2339:6
**offer** [3] - 2357:5, 2357:23, 2426:7
**offered** [2] - 2358:22, 2426:12

**offering** [5] - 2406:8, 2426:18, 2427:2, 2429:2, 2441:7
**offerings** [1] - 2405:20
**official** [1] - 2414:19
**Official** [2] - 2340:21, 2448:3
**older** [1] - 2419:2
**one** [32] - 2344:7, 2348:3, 2349:22, 2349:25, 2355:18, 2358:3, 2358:11, 2361:11, 2363:21, 2365:9, 2367:7, 2372:16, 2372:21, 2373:4, 2373:19, 2398:24, 2403:17, 2407:24, 2408:12, 2408:20, 2411:3, 2413:5, 2413:11, 2417:5, 2417:18, 2418:19, 2422:21, 2422:23, 2431:4, 2434:5, 2443:21, 2445:22
**ones** [2] - 2381:22, 2442:13
**open** [4] - 2360:17, 2398:1, 2400:5, 2429:20
**Open** [1] - 2398:4
**opened** [1] - 2407:14
**opening** [4] - 2345:12, 2348:20, 2409:19, 2441:3
**operate** [2] - 2348:8, 2428:19
**opinion** [1] - 2423:20
**OPP** [2] - 2409:15, 2409:19
**opportunity** [5] - 2351:22, 2351:25, 2352:4, 2407:16, 2409:14, 2410:3, 2415:20
**opposed** [2] - 2368:3, 2408:18
**options** [1] - 2371:23
**order** [6] - 2360:6, 2360:11, 2374:21, 2374:24, 2381:16, 2382:2
**organization** [2] - 2365:18, 2414:22
**original** [1] - 2408:1
**outside** [3] - 2352:9, 2398:2, 2428:16
**oven** [4] - 2347:4, 2347:18, 2347:19, 2356:16
**ovens** [7] - 2343:16, 2346:1, 2346:10, 2347:2, 2347:23, 2353:12
**overlap** [1] - 2405:10
**overseeing** [1] - 2364:16
**own** [1] - 2408:10
**owned** [1] - 2408:17
**owns** [2] - 2413:8, 2419:17

**P**

**P.C** [2] - 2369:10, 2369:12
**p.m** [4] - 2338:6, 2381:14, 2439:8, 2447:17
**pace** [2] - 2444:9
**Pacific** [2] - 2367:21, 2369:15
**package** [6] - 2356:23, 2405:19, 2420:3, 2420:25, 2422:12, 2422:14
**page** [29] - 2362:21, 2363:7, 2363:8, 2363:12, 2366:17, 2366:18, 2366:23, 2371:7, 2371:14, 2371:17, 2409:12, 2414:3, 2414:13, 2415:6, 2415:7, 2417:6, 2417:7, 2418:2, 2420:23,

**2423:8, 2430:12, 2430:13, 2433:2, 2433:3, 2433:5, 2437:1, 2438:4, 2445:8
**PAGE** [1] - 2341:2
**pages** [3] - 2433:6, 2436:24, 2448:4
**pans** [1] - 2358:6
**paragraph** [8] - 2355:22, 2357:17, 2357:22, 2358:3, 2358:11, 2403:21, 2411:16, 2415:7
**parent** [1] - 2352:11
**part** [7] - 2350:21, 2364:15, 2407:24, 2413:17, 2417:14, 2437:17, 2443:21
**particular** [12] - 2405:24, 2407:14, 2410:2, 2410:13, 2410:17, 2413:17, 2421:8, 2421:11, 2422:2, 2431:22, 2437:25, 2439:17
**parties** [1] - 2374:19
**Partner** [1] - 2354:20
**partners** [1] - 2359:1
**Partners** [1] - 2355:9
**parts** [1] - 2443:2
**pass** [2] - 2350:5, 2397:22
**past** [3] - 2361:7, 2364:2, 2373:2
**Paul** [5] - 2340:1, 2340:5, 2442:5, 2442:6, 2442:15, 2444:25
**paul.denis@dechert.com** [1] - 2340:8
**paul.friedman@dechert.com** [1] - 2340:4
**Paula** [1] - 2339:13
**pay** [1] - 2346:24
**peek** [2] - 2404:16, 2418:8
**people** [5] - 2398:2, 2428:12, 2441:22, 2442:11, 2442:19
**pep** [1] - 2404:4
**percent** [36] - 2351:11, 2351:17, 2427:16, 2427:17, 2427:18, 2431:21, 2432:3, 2432:6, 2432:12, 2432:14, 2432:17, 2432:22, 2433:18, 2433:23, 2434:1, 2434:5, 2434:8, 2434:10, 2434:17, 2434:25, 2435:7, 2435:9, 2435:14, 2435:20, 2435:21, 2435:23, 2436:4, 2436:6, 2436:8, 2437:5, 2437:6, 2437:9, 2437:12, 2440:1, 2440:3, 2440:4
**percentage** [1] - 2429:18
**percentages** [1] - 2429:12
**performance** [4] - 2357:19, 2418:6, 2418:13, 2443:1
**period** [1] - 2427:13
**personally** [2] - 2442:11, 2442:13
**perspective** [2] - 2402:24, 2403:3
**phone** [1] - 2361:11
**phrase** [3] - 2401:22, 2402:5, 2403:9
**picture** [1] - 2433:7, 2436:3, 2436:18
**pie** [3] - 2416:11, 2416:24, 2417:2
**piece** [3] - 2416:11, 2416:23, 2417:2
**place** [3] - 2365:6, 2421:19, 2446:24
**Plaintiff** [3] - 2338:4, 2338:13, 2339:1
**plane** [1] - 2444:6
**planning** [5] - 2360:5, 2360:10,

2360:15, 2360:18, 2412:1
**plans** [13] - 2344:17, 2345:15, 2347:14, 2347:23, 2348:5, 2349:3, 2349:13, 2349:16, 2349:19, 2357:3, 2364:19, 2364:22, 2372:6
**platform** [1] - 2356:6
**plumbing** [1] - 2368:12
**point** [22] - 2344:7, 2345:4, 2345:12, 2345:15, 2346:10, 2346:13, 2347:15, 2347:19, 2348:6, 2348:20, 2357:17, 2362:7, 2374:2, 2406:7, 2409:19, 2410:7, 2412:3, 2412:21, 2423:13, 2423:15, 2437:16, 2441:4
**points** [17] - 2343:19, 2346:4, 2346:21, 2347:24, 2348:9, 2357:3, 2357:6, 2360:2, 2360:7, 2360:12, 2371:2, 2374:1, 2420:18, 2422:15, 2422:16, 2422:18
**Pollard** [2] - 2406:4, 2406:19
**pool** [1] - 2355:22
**port** [5] - 2424:10, 2424:11, 2424:25, 2425:1, 2437:17
**portion** [1] - 2374:5
**position** [3] - 2346:3, 2408:21, 2435:2
**positioned** [4] - 2343:7, 2343:9, 2345:18, 2346:16
**positioning** [2] - 2345:3, 2415:19
**positions** [3] - 2349:13, 2349:16, 2349:19
**possible** [1] - 2345:6
**Posthauer** [5] - 2341:6, 2398:9, 2399:6, 2426:2, 2439:13
**POSTHAUER** [1] - 2382:8
**potential** [2] - 2371:10, 2371:22
**potentially** [5] - 2408:5, 2408:8, 2427:11, 2427:22, 2441:20
**pots** [1] - 2358:6
**Power** [1] - 2354:16
**PowerPoint** [2] - 2417:24, 2419:5
**precise** [1] - 2366:15
**preference** [1] - 2374:7
**premium** [6] - 2343:11, 2343:17, 2356:9, 2357:1, 2357:25, 2415:15
**prender@jonesday.com** [1] - 2339:15
**prepare** [1] - 2420:12
**preparing** [1] - 2400:5
**presence** [2] - 2372:4, 2410:15
**presently** [1] - 2356:8
**presents** [1] - 2429:13
**president** [6] - 2342:16, 2348:15, 2350:18, 2364:15, 2370:2, 2442:9
**press** [4] - 2352:17, 2355:7, 2355:12, 2357:11
**pressure** [4] - 2412:25, 2421:20, 2421:25, 2422:3
**pressures** [3] - 2421:3, 2421:14, 2421:18
**prestigious** [1] - 2355:9
**pretty** [7] - 2364:13, 2365:1, 2414:16, 2426:10, 2427:20, 2438:13, 2444:22

**previous** [3] - 2425:25, 2435:11, 2442:8
**PREVIOUSLY** [1] - 2382:8
**previously** [2] - 2358:19, 2372:13
**price** [50] - 2343:19, 2343:23, 2343:25, 2344:1, 2344:3, 2345:4, 2345:8, 2345:12, 2345:15, 2346:4, 2346:10, 2346:13, 2346:21, 2347:10, 2347:15, 2347:19, 2347:24, 2348:2, 2348:4, 2348:6, 2348:8, 2348:20, 2357:3, 2357:6, 2357:17, 2360:2, 2360:6, 2360:12, 2362:3, 2362:7, 2363:23, 2364:4, 2364:7, 2364:10, 2371:1, 2374:1, 2374:2, 2404:11, 2407:1, 2407:5, 2409:19, 2410:7, 2411:24, 2426:13, 2426:21, 2426:25, 2427:14, 2441:4
**priced** [5] - 2405:2, 2405:8, 2406:8, 2409:21, 2409:23
**prices** [13] - 2346:7, 2347:6, 2347:9, 2347:11, 2347:18, 2348:23, 2361:20, 2361:23, 2373:23, 2426:18, 2428:7, 2428:11, 2428:17
**pricing** [15] - 2362:1, 2362:14, 2363:17, 2371:8, 2373:10, 2381:19, 2412:2, 2412:11, 2421:19, 2422:19, 2422:22, 2426:11, 2426:21, 2428:18, 2445:9
**primarily** [1] - 2407:22
**proceed** [2] - 2342:3, 2381:15
**proceedings** [1] - 2448:5
**Proceedings** [2] - 2340:25, 2447:17
**process** [2] - 2426:16, 2426:21
**produced** [2] - 2340:25, 2429:17
**product** [23] - 2344:11, 2345:2, 2345:4, 2346:18, 2348:24, 2349:8, 2356:14, 2363:19, 2363:20, 2363:22, 2364:2, 2364:3, 2364:6, 2364:9, 2404:11, 2405:22, 2406:16, 2407:8, 2426:22, 2427:17, 2428:6, 2431:12, 2441:19
**products** [48] - 2344:16, 2344:18, 2352:2, 2352:8, 2352:19, 2352:23, 2353:19, 2356:9, 2358:17, 2359:11, 2359:14, 2360:1, 2360:6, 2360:8, 2360:11, 2360:12, 2360:16, 2360:22, 2361:15, 2361:22, 2368:1, 2371:3, 2373:23, 2405:8, 2405:10, 2408:4, 2408:16, 2408:17, 2411:18, 2413:10, 2415:17, 2415:18, 2415:23, 2425:2, 2425:7, 2425:13, 2427:17, 2428:20, 2431:8, 2431:15, 2432:10, 2432:18, 2432:19, 2433:20, 2435:15, 2437:10
**Professor** [1] - 2447:2
**Profile** [1] - 2370:20
**profitable** [1] - 2445:19
**programs** [1] - 2359:11
**project** [5] - 2342:20, 2367:6, 2368:5, 2368:6, 2371:7
**projects** [2] - 2348:19, 2371:19
**promo** [1] - 2423:16
**promote** [1] - 2441:17
**promoted** [1] - 2441:20

**promoting** [2] - 2406:8, 2406:15
**promotion** [4] - 2412:17, 2412:25, 2428:14, 2443:5
**promotional** [13] - 2411:24, 2412:2, 2412:10, 2412:22, 2423:19, 2427:13, 2428:15, 2428:18, 2433:14, 2434:20, 2441:18, 2443:4, 2444:5
**promotions** [2] - 2411:17, 2411:20, 2413:4, 2423:21, 2436:11, 2437:11
**prompt** [1] - 2417:14
**property** [1] - 2421:20
**protective** [2] - 2374:21, 2374:24
**proud** [2] - 2357:23, 2417:5
**provide** [4] - 2349:7, 2357:24, 2359:13, 2359:16
**provided** [1] - 2400:19
**providing** [4] - 2404:6, 2421:24, 2429:11, 2430:8
**public** [5] - 2372:25, 2374:4, 2374:10, 2397:24, 2420:2
**publicly** [1] - 2439:15
**published** [1] - 2417:18
**Pulte** [3] - 2372:19, 2372:21
**Purcell** [5] - 2367:16, 2367:18, 2367:20, 2367:23, 2368:2
**purchase** [2] - 2353:25, 2373:25
**purchaser** [1] - 2368:2
**purchasers** [9] - 2352:6, 2364:17, 2365:1, 2366:14, 2367:3, 2369:13, 2369:21, 2369:25, 2427:3
**purpose** [1] - 2359:9
**purposes** [1] - 2381:19
**pursue** [1] - 2349:1
**pushes** [2] - 2362:13, 2363:16
**put** [4] - 2361:14, 2408:2, 2412:25, 2444:6
**PX** [13] - 2399:5, 2404:9, 2408:24, 2411:1, 2413:13, 2413:16, 2417:18, 2419:23, 2422:24, 2440:22, 2442:21, 2443:16, 2445:7

## Q

**Q1** [2] - 2425:17, 2442:23
**quality** [2] - 2354:5, 2355:24
**quarter** [3] - 2425:20, 2425:23, 2441:9
**questions** [17] - 2348:11, 2350:7, 2350:11, 2374:13, 2380:22, 2381:6, 2382:5, 2422:8, 2438:3, 2438:19, 2440:23, 2441:2, 2442:22, 2445:23, 2446:16, 2446:17, 2447:13
**quick** [8] - 2399:11, 2404:16, 2413:22, 2418:12, 2440:24, 2442:21, 2445:14
**quiet** [1] - 2357:19
**quite** [4] - 2398:11, 2419:7, 2423:5, 2426:25
**quote** [5] - 2349:7, 2370:25, 2371:2, 2371:3
**quoted** [1] - 2370:25

**quotes** [1] - 2370:24

# R

**rack** [1] - 2358:5
**RackMatic** [2] - 2358:4, 2358:8
**raising** [5] - 2403:6, 2403:10, 2403:12, 2403:14, 2403:18
**rally** [1] - 2404:4
**Randall's** [1] - 2406:24
**range** [24] - 2343:24, 2344:2, 2344:18, 2345:15, 2346:24, 2347:9, 2347:11, 2349:4, 2349:11, 2356:16, 2405:5, 2409:14, 2427:9, 2427:10, 2427:12, 2427:14, 2428:2, 2428:12, 2428:20, 2429:5, 2429:6, 2440:20, 2441:4, 2441:7
**ranges** [20] - 2343:16, 2343:22, 2344:5, 2344:10, 2344:20, 2344:21, 2346:1, 2346:8, 2346:25, 2347:15, 2349:2, 2349:7, 2353:13, 2353:14, 2353:15, 2427:18, 2428:10, 2428:23, 2440:19, 2441:17
**rank** [1] - 2371:19
**ranking** [1] - 2355:24
**ranks** [1] - 2354:16
**rather** [1] - 2422:19
**reach** [1] - 2428:25
**reached** [1] - 2361:12
**read** [15] - 2355:10, 2356:1, 2356:6, 2357:14, 2357:20, 2358:1, 2363:11, 2363:12, 2366:20, 2366:22, 2411:3, 2421:21, 2445:10, 2445:11, 2445:14
**reads** [5] - 2355:8, 2355:22, 2356:3, 2357:13, 2357:17
**real** [5] - 2381:17, 2399:11, 2413:22, 2440:24, 2445:14
**real-time** [1] - 2381:17
**really** [8] - 2370:15, 2382:4, 2408:21, 2408:22, 2413:5, 2413:6, 2424:20, 2444:4
**reasons** [1] - 2423:22
**receive** [2] - 2355:23, 2356:4
**received** [4] - 2354:9, 2354:13, 2411:13, 2430:17
**recently** [6] - 2354:20, 2355:15, 2369:23, 2422:4, 2442:2, 2442:5
**recess** [2] - 2438:20, 2439:1
**Recess** [2] - 2381:14, 2439:8
**recognition** [1] - 2356:5
**recognize** [2] - 2427:6, 2428:1
**recognizes** [1] - 2355:24
**recollection** [3] - 2367:1, 2412:9, 2429:11
**recommends** [1] - 2362:1
**Record** [1] - 2446:2
**record** [6] - 2374:8, 2374:9, 2374:10, 2397:25, 2426:14, 2445:24
**record's** [1] - 2381:21

**records** [2] - 2426:8, 2426:15
**recovered** [1] - 2435:2
**redacted** [1] - 2420:2
**Redirect** [1] - 2341:7
**REDIRECT** [1] - 2439:11
**redirect** [2] - 2374:8, 2438:21
**reduced** [2] - 2428:17, 2439:21
**reenter** [1] - 2349:3
**reference** [7] - 2405:25, 2406:19, 2407:7, 2419:9, 2419:11, 2419:13, 2445:17
**referenced** [2] - 2401:18, 2419:15
**references** [2] - 2402:14, 2413:19
**referencing** [4] - 2405:24, 2406:14, 2406:18, 2412:23
**referring** [3] - 2405:22, 2441:4, 2441:24
**refers** [4] - 2400:6, 2402:16, 2404:7, 2423:25
**reflect** [1] - 2432:1
**reflected** [1] - 2439:18
**Reflection** [3] - 2417:24, 2418:3, 2418:19
**reflection** [1] - 2418:11
**reflections** [1] - 2418:14
**reflects** [6] - 2407:23, 2410:5, 2414:17, 2415:5, 2419:4
**refresh** [2] - 2367:1, 2412:9
**refrigeration** [3] - 2353:9, 2410:16, 2428:4
**refrigerator** [1] - 2356:19
**refrigerators** [3] - 2423:25, 2424:1, 2431:14
**regard** [3] - 2351:5, 2372:10, 2443:10
**regarding** [1] - 2369:24
**region** [1] - 2406:24
**regular** [1] - 2359:7
**relate** [1] - 2445:23
**relationship** [3] - 2420:15, 2421:8, 2421:10
**relationships** [2] - 2415:21, 2445:1
**relative** [1] - 2425:25
**release** [3] - 2355:7, 2355:12, 2357:11
**releases** [1] - 2352:17
**remain** [2] - 2374:15, 2374:18
**remaining** [1] - 2443:2
**remains** [1] - 2421:1
**remarks** [2] - 2400:20, 2401:6, 2401:19
**remember** [4] - 2373:6, 2440:23, 2442:21, 2442:24
**remind** [2] - 2347:19, 2439:14
**remodelers** [1] - 2368:15
**removed** [5] - 2364:2, 2364:3, 2364:6, 2364:9, 2426:10
**Render** [1] - 2339:13
**repeat** [4] - 2355:4, 2403:1, 2408:15, 2413:15
**replace** [2] - 2427:17, 2428:3
**replacement** [1] - 2427:15
**report** [5] - 2435:25, 2436:1, 2437:25,

2438:5, 2440:11
**reported** [2] - 2340:25, 2399:9
**reporter** [1] - 2438:25
**Reporter** [3] - 2340:21, 2340:21, 2448:3
**reporting** [5] - 2404:23, 2411:12, 2412:16, 2415:2, 2430:14
**reports** [5] - 2342:20, 2365:9, 2399:10, 2409:2, 2439:18
**Request** [1] - 2371:7
**requested** [1] - 2429:17
**requests** [1] - 2404:24
**requirements** [1] - 2348:25
**reside** [1] - 2366:5
**resolve** [1] - 2446:25
**respect** [8] - 2362:14, 2363:15, 2363:17, 2367:1, 2373:9, 2442:20, 2443:12, 2443:22
**respond** [1] - 2417:7
**responded** [2] - 2400:19, 2405:18
**responding** [1] - 2425:16
**responds** [1] - 2423:23
**response** [7] - 2403:13, 2406:1, 2406:3, 2406:20, 2406:21, 2407:10, 2441:2
**responsibilities** [3] - 2342:17, 2350:21, 2364:16
**responsible** [1] - 2352:22
**responsive** [1] - 2422:8
**rest** [1] - 2430:11
**result** [2] - 2427:17, 2439:23
**retail** [24] - 2342:20, 2348:2, 2361:24, 2368:3, 2368:23, 2369:4, 2369:7, 2369:13, 2400:4, 2400:9, 2402:22, 2404:3, 2404:5, 2404:24, 2414:10, 2414:12, 2414:14, 2414:20, 2416:18, 2417:4, 2440:5, 2444:3, 2444:13, 2444:14
**retailer** [25] - 2362:3, 2362:13, 2362:18, 2363:16, 2363:25, 2364:12, 2367:5, 2367:23, 2368:6, 2368:8, 2426:12, 2432:23, 2433:7, 2433:18, 2433:21, 2434:2, 2434:6, 2434:18, 2435:15, 2435:24, 2436:1, 2437:9, 2438:1, 2438:10, 2438:16
**retailers** [5] - 2360:20, 2363:22, 2363:24, 2367:9, 2409:6
**retailers'** [1] - 2410:24
**return** [4] - 2381:5, 2381:9, 2417:9, 2417:15
**Revathy** [1] - 2340:17
**review** [2] - 2407:14, 2410:20
**reviewing** [6] - 2363:13, 2366:24, 2399:14, 2404:18, 2411:5, 2413:24, 2418:10, 2445:16
**Richard** [2] - 2369:10, 2369:12
**Riley** [4] - 2442:5, 2442:6, 2442:15, 2444:25
**road** [1] - 2444:13
**Robbins** [1] - 2405:17
**ROBERT** [1] - 2382:8
**Robert** [3] - 2341:6, 2399:10, 2404:4

**Rogers** [6] - 2399:7, 2399:10, 2399:24, 2400:11, 2400:15, 2401:19
**role** [1] - 2414:15
**Room** [4] - 2338:14, 2338:18, 2338:22, 2340:22
**roughly** [1] - 2439:18
**RPR** [1] - 2340:21
**run** [2] - 2342:19, 2442:4
**running** [1] - 2356:5

# S

**sale** [4] - 2345:9, 2398:21, 2408:6, 2408:7
**sales** [79] - 2342:16, 2342:17, 2342:19, 2342:20, 2348:15, 2348:16, 2350:18, 2352:5, 2364:15, 2364:16, 2364:19, 2364:22, 2364:25, 2365:3, 2365:6, 2365:13, 2365:24, 2366:7, 2366:10, 2366:13, 2367:2, 2369:5, 2369:8, 2369:12, 2369:24, 2370:2, 2370:14, 2372:7, 2373:5, 2373:13, 2373:16, 2381:20, 2381:25, 2398:16, 2400:2, 2400:4, 2400:7, 2400:9, 2400:12, 2400:22, 2404:2, 2404:4, 2408:9, 2408:13, 2408:16, 2414:6, 2414:7, 2414:9, 2414:10, 2414:11, 2414:18, 2414:19, 2414:21, 2417:3, 2417:4, 2419:6, 2429:12, 2430:24, 2432:3, 2432:7, 2432:15, 2432:17, 2432:22, 2433:14, 2434:1, 2434:5, 2434:10, 2434:17, 2434:25, 2435:7, 2435:14, 2435:23, 2439:18, 2441:25, 2442:6, 2444:14, 2444:23, 2444:24
**Sales** [2] - 2367:21, 2369:15
**Samsung** [49] - 2370:8, 2370:13, 2370:17, 2371:22, 2371:25, 2372:3, 2373:8, 2398:12, 2401:16, 2401:20, 2402:13, 2403:16, 2410:6, 2412:21, 2413:6, 2419:5, 2419:6, 2419:11, 2422:3, 2423:25, 2424:2, 2424:4, 2424:19, 2425:7, 2426:4, 2426:25, 2427:2, 2428:10, 2428:20, 2428:22, 2429:4, 2435:6, 2436:11, 2437:18, 2440:12, 2441:3, 2441:7, 2441:17, 2441:22, 2442:2, 2442:9, 2442:17, 2442:22, 2443:7, 2444:3, 2444:7, 2444:10, 2444:17
**Samsung's** [3] - 2425:9, 2437:23, 2442:4
**sat** [1] - 2399:21
**satisfaction** [1] - 2354:17
**save** [1] - 2350:11
**saw** [1] - 2437:14
**scale** [1] - 2444:22
**Scanlon** [4] - 2341:3, 2341:4, 2342:5, 2374:6
**SCANLON** [8] - 2342:4, 2342:9, 2349:22, 2350:1, 2350:3, 2350:5,

2374:12, 2381:2
**schedule** [1] - 2447:14
**schedule's** [1] - 2446:24
**screen** [4] - 2382:7, 2435:12, 2435:18, 2436:23
**screenshot** [1] - 2371:6
**seal** [1] - 2429:17
**Sears** [5] - 2361:1, 2362:6, 2364:2, 2364:3, 2369:20
**Sears's** [1] - 2370:5
**second** [6] - 2355:21, 2357:16, 2371:17, 2403:20, 2411:3, 2418:18
**see** [38] - 2343:23, 2344:1, 2358:6, 2358:11, 2358:13, 2365:22, 2371:6, 2371:8, 2371:17, 2371:20, 2371:23, 2373:23, 2381:12, 2400:16, 2401:8, 2401:23, 2402:8, 2403:7, 2403:22, 2404:25, 2406:10, 2409:15, 2412:7, 2415:8, 2415:23, 2416:11, 2418:22, 2421:3, 2421:5, 2425:18, 2430:10, 2430:12, 2431:4, 2433:13, 2434:23, 2435:18, 2435:21
**seek** [2] - 2359:17, 2359:19
**sees** [2] - 2351:22, 2352:4
**selected** [1] - 2355:22
**sell** [20] - 2342:24, 2343:3, 2343:15, 2344:5, 2344:18, 2344:24, 2348:12, 2353:18, 2359:3, 2360:6, 2360:11, 2361:3, 2361:6, 2361:18, 2361:22, 2362:7, 2363:20, 2363:22, 2367:9, 2368:15
**selling** [5] - 2344:20, 2369:6, 2372:1, 2440:10, 2445:17
**sells** [20] - 2343:23, 2344:10, 2347:9, 2353:9, 2360:19, 2360:22, 2361:21, 2367:12, 2367:16, 2367:18, 2367:20, 2367:23, 2367:24, 2368:9, 2368:13, 2368:23, 2369:2, 2369:10, 2369:15, 2369:20
**senior** [4] - 2342:16, 2348:15, 2370:2, 2442:6
**sent** [5] - 2399:23, 2399:24, 2417:19, 2438:5, 2438:10
**sentence** [13] - 2355:21, 2356:3, 2357:16, 2357:23, 2402:8, 2403:6, 2403:21, 2405:18, 2406:25, 2412:5, 2416:10, 2421:15, 2445:11
**sentences** [1] - 2445:11
**separate** [2] - 2398:25, 2400:9
**separated** [1] - 2431:14
**separately** [2] - 2438:9, 2438:10
**series** [1] - 2357:5
**seriously** [1] - 2424:12
**serve** [2] - 2349:10, 2366:4
**service** [2] - 2355:25, 2441:23
**session** [3] - 2344:9, 2344:16, 2349:24
**Session** [3] - 2374:25, 2382:10, 2398:4
**SESSION** [1] - 2338:9
**set** [1] - 2361:23
**several** [5] - 2350:16, 2404:24, 2407:15,

2428:1, 2444:23
**Shannon** [1] - 2339:1
**share** [34] - 2350:22, 2351:8, 2351:14, 2351:16, 2372:7, 2421:21, 2422:2, 2423:25, 2424:2, 2429:12, 2429:19, 2430:9, 2430:14, 2431:4, 2431:7, 2431:20, 2431:22, 2431:24, 2432:14, 2433:25, 2435:25, 2436:1, 2436:4, 2437:2, 2437:5, 2437:15, 2437:23, 2437:24, 2437:25, 2438:5, 2438:10, 2439:17
**share's** [1] - 2433:17
**shares** [2] - 2433:4, 2436:6
**sharing** [2] - 2418:16, 2438:6
**short** [1] - 2438:20
**shorthand** [1] - 2340:25
**Show** [4] - 2399:17, 2413:20, 2417:10, 2417:15
**show** [4] - 2368:5, 2429:18, 2433:6, 2436:19
**showcase** [1] - 2444:24
**showcased** [1] - 2444:23
**shown** [2] - 2436:14, 2440:11
**showroom** [3] - 2368:21, 2368:22, 2368:24
**showrooms** [1] - 2368:17
**shows** [2] - 2433:4, 2444:13
**side** [3] - 2431:4, 2439:2
**signature** [1] - 2414:16
**significant** [3] - 2421:2, 2421:14, 2429:1
**significantly** [1] - 2426:25
**single** [8] - 2355:18, 2363:25, 2364:19, 2366:7, 2372:16, 2372:21, 2427:23, 2434:4
**situations** [1] - 2426:18
**six** [3] - 2342:22, 2350:19, 2373:2
**sleeper** [1] - 2445:4
**slide** [8] - 2343:16, 2343:22, 2343:24, 2344:2, 2353:14, 2353:15, 2417:24, 2420:23
**slide-in** [6] - 2343:16, 2343:22, 2343:24, 2344:2, 2353:14, 2353:15
**slides** [1] - 2436:19
**slightly** [1] - 2353:23
**slow** [1] - 2436:21
**snapshot** [4] - 2418:12, 2418:13, 2420:14, 2420:18
**sold** [16] - 2345:21, 2345:24, 2352:8, 2352:9, 2352:19, 2352:23, 2361:24, 2362:4, 2367:5, 2367:7, 2367:8, 2368:2, 2368:7, 2421:2, 2431:8, 2433:20
**soliciting** [1] - 2400:11
**someone** [2] - 2399:9, 2409:1
**sometime** [1] - 2441:9
**sorry** [14] - 2355:4, 2358:16, 2359:18, 2362:17, 2363:5, 2364:3, 2403:2, 2413:16, 2433:3, 2433:6, 2435:5, 2436:17, 2437:21, 2442:22

**sort** [1] - 2428:14
**sorts** [1] - 2343:14
**sounds** [1] - 2374:12
**source** [1] - 2431:1
**South** [1] - 2353:3
**space** [10] - 2364:12, 2409:5, 2409:8, 2410:11, 2424:18, 2429:9, 2439:19, 2439:23, 2439:25, 2440:6
**speaking** [1] - 2360:8
**spec** [1] - 2371:18
**specials** [1] - 2427:21
**specific** [4] - 2363:19, 2399:3, 2401:2, 2410:14
**specifically** [7] - 2400:6, 2400:15, 2401:5, 2405:25, 2411:16, 2412:13, 2416:20
**speech** [2] - 2400:12
**Speed60** [2] - 2358:11, 2358:15
**spend** [3] - 2428:12, 2428:19, 2428:24
**spots** [1] - 2410:23
**SS** [2] - 2404:25, 2406:13
**stainless** [3] - 2405:12, 2407:12, 2408:2
**start** [11] - 2345:8, 2347:9, 2347:11, 2366:20, 2407:11, 2412:2, 2412:10, 2412:22, 2436:4, 2445:2, 2447:13
**started** [3] - 2414:15, 2423:15, 2427:15
**starting** [8] - 2343:25, 2346:9, 2346:10, 2346:13, 2357:17, 2412:17, 2412:24, 2413:1
**statement** [1] - 2351:3
**states** [1] - 2410:22
**STATES** [3] - 2338:1, 2338:3, 2338:10
**States** [28] - 2339:2, 2339:6, 2342:5, 2342:19, 2342:24, 2343:4, 2343:7, 2344:6, 2344:10, 2345:13, 2347:9, 2347:15, 2350:22, 2351:9, 2351:20, 2351:22, 2352:4, 2352:8, 2352:9, 2355:19, 2366:2, 2372:17, 2372:22, 2425:2, 2425:5, 2425:6, 2425:8, 2425:10
**stay** [4] - 2374:22, 2374:24, 2381:10, 2429:20
**steal** [1] - 2424:2
**steel** [3] - 2405:12, 2407:13, 2408:2
**Steel** [2] - 2405:14, 2405:19
**step** [2] - 2439:6, 2446:22
**steps** [2] - 2408:22, 2446:23
**still** [2] - 2425:25, 2433:20
**stop** [1] - 2412:22
**store** [1] - 2428:14
**stores** [2] - 2361:15, 2361:24
**Stores** [1] - 2359:23
**strategies** [1] - 2413:12
**strategy** [9] - 2344:19, 2348:8, 2373:13, 2404:5, 2413:5, 2413:6, 2424:19, 2443:12, 2443:20
**Street** [10] - 2338:14, 2338:18, 2338:22, 2339:2, 2339:7, 2340:2, 2340:6, 2340:10, 2340:14, 2340:18
**strength** [2] - 2404:2, 2417:4

**strike** [1] - 2409:4
**strong** [2] - 2443:9, 2443:15
**stronger** [1] - 2443:18
**struggle** [1] - 2437:17
**study** [1] - 2354:16
**style** [1] - 2404:12
**Sub** [1] - 2370:19
**Sub-Zero** [1] - 2370:19
**submit** [1] - 2371:11
**success** [2] - 2351:5, 2372:10
**successful** [1] - 2442:19
**suggested** [1] - 2405:14
**suggestion** [2] - 2401:6, 2410:2
**suggestions** [2] - 2400:20, 2401:19
**suite** [3] - 2356:14, 2356:25, 2407:14
**Suite** [6] - 2339:3, 2339:7, 2340:3, 2340:7, 2340:15, 2340:18
**suites** [3] - 2356:11, 2427:3, 2427:7
**SULLIVAN** [1] - 2338:10
**summaries** [1] - 2420:10
**summary** [3] - 2415:6, 2417:7, 2420:17
**Summit** [2] - 2440:19, 2440:20
**super** [3] - 2346:18, 2346:19, 2416:22
**super-luxury** [2] - 2346:18, 2346:19
**supplier** [3] - 2344:17, 2353:6, 2356:6
**supply** [2] - 2368:12, 2371:3
**support** [1] - 2355:25
**surprise** [2] - 2360:9, 2360:14
**SVP** [1] - 2342:17
**switching** [1] - 2435:5
**SWORN** [2] - 2342:7, 2382:8
**system** [1] - 2426:10

# T

**tab** [2] - 2362:20, 2362:22
**tall** [1] - 2358:5
**target** [4] - 2370:18, 2370:20, 2370:22
**targets** [1] - 2370:16
**team** [12] - 2355:25, 2365:6, 2371:12, 2400:2, 2400:7, 2400:12, 2400:22, 2402:6, 2404:2, 2404:4, 2407:9, 2407:17, 2407:20
**teams** [1] - 2400:9
**testified** [3] - 2356:8, 2357:1, 2364:15, 2414:24, 2433:13, 2435:6, 2437:23, 2441:3
**testimony** [7] - 2347:8, 2363:15, 2381:17, 2381:20, 2382:1, 2439:7
**THE** [69] - 2338:1, 2338:10, 2342:2, 2342:7, 2349:25, 2350:2, 2350:4, 2350:6, 2350:13, 2362:22, 2362:25, 2363:3, 2363:4, 2374:7, 2374:15, 2374:20, 2374:23, 2380:23, 2380:25, 2381:1, 2381:3, 2381:8, 2381:9, 2381:11, 2381:12, 2381:15, 2397:24, 2398:2, 2398:5, 2422:6, 2422:9, 2424:12, 2424:14, 2424:16, 2424:17, 2424:21, 2424:23, 2429:22, 2429:24,

2436:17, 2436:25, 2437:3, 2437:19, 2437:21, 2438:20, 2438:25, 2439:5, 2439:9, 2443:18, 2443:19, 2443:24, 2444:2, 2444:6, 2444:7, 2444:11, 2444:12, 2444:19, 2444:20, 2445:4, 2445:5, 2446:1, 2446:17, 2446:19, 2446:21, 2446:22, 2446:24, 2447:5, 2447:9, 2447:12
**Thermador** [22] - 2343:5, 2345:18, 2345:22, 2345:25, 2346:3, 2346:4, 2346:7, 2346:10, 2346:13, 2347:20, 2349:17, 2353:19, 2353:23, 2355:9, 2356:4, 2370:18, 2402:14, 2415:10, 2415:13, 2444:15, 2444:17
**they've** [3] - 2422:3, 2444:4, 2445:2
**third** [3] - 2357:22, 2425:16, 2445:8
**thoughts** [2] - 2404:6, 2418:5
**thread** [1] - 2410:13
**threat** [4] - 2418:22, 2418:25, 2419:7, 2419:18
**threats** [1] - 2419:21
**three** [6] - 2347:8, 2353:18, 2360:19, 2434:14, 2435:12, 2447:7
**throughout** [2] - 2435:17, 2437:11
**timing** [1] - 2413:9
**title** [10] - 2355:8, 2357:13, 2365:12, 2414:8, 2414:9, 2414:13, 2414:19, 2415:7, 2418:3, 2418:11
**titled** [1] - 2418:18
**today** [11] - 2347:21, 2374:1, 2398:12, 2398:15, 2402:21, 2416:17, 2423:5, 2426:24, 2428:18, 2428:23, 2439:2
**together** [1] - 2356:24
**Toll** [2] - 2372:14, 2372:16
**Tom** [1] - 2442:3
**Tom's** [1] - 2442:16
**tomorrow** [2] - 2446:25, 2447:14
**took** [1] - 2399:11
**top** [7] - 2358:5, 2365:21, 2371:7, 2417:6, 2431:17, 2443:25, 2444:16
**touched** [1] - 2353:18
**touts** [1] - 2352:15
**track** [6] - 2366:13, 2366:14, 2367:2, 2367:6, 2367:7, 2368:8
**traction** [1] - 2444:16
**trade** [1] - 2429:2
**tradeoff** [1] - 2445:12
**trained** [2] - 2427:19, 2427:25
**transaction** [2] - 2398:20, 2398:24
**transcript** [4] - 2340:25, 2362:20, 2363:1, 2363:10
**TRANSCRIPT** [1] - 2338:9
**transcription** [2] - 2340:25, 2448:4
**transcripts** [1] - 2362:23
**transforms** [1] - 2358:12
**translate** [3] - 2343:19, 2346:4, 2346:21
**transmission** [1] - 2381:6
**trend** [2] - 2373:12, 2373:22
**trends** [2] - 2373:1, 2373:4
**TRIAL** [1] - 2338:9

**tried** [1] - 2361:6
**true** [40] - 2343:12, 2345:21, 2351:1, 2351:9, 2352:13, 2352:19, 2354:18, 2354:21, 2356:12, 2356:17, 2357:6, 2359:2, 2360:20, 2361:4, 2361:24, 2362:7, 2362:8, 2362:15, 2364:4, 2366:2, 2367:13, 2367:16, 2368:9, 2368:25, 2369:13, 2369:16, 2369:25, 2370:6, 2371:12, 2372:14, 2372:22, 2373:17, 2401:12, 2402:11, 2403:12, 2406:12, 2418:25, 2421:24, 2423:18, 2425:22
**try** [3] - 2405:14, 2443:13
**trying** [3] - 2430:1, 2444:9
**Turkish** [1] - 2422:4
**turn** [15] - 2355:2, 2357:8, 2362:19, 2362:20, 2365:15, 2366:17, 2371:4, 2371:17, 2399:5, 2411:1, 2418:2, 2419:23, 2422:24, 2430:6, 2433:2
**two** [10] - 2381:25, 2398:25, 2401:18, 2424:21, 2432:21, 2434:16, 2444:11, 2444:21, 2445:10, 2445:22
**type** [1] - 2408:18
**typically** [2] - 2371:18, 2405:9

## U

**U.S** [21] - 2338:13, 2338:17, 2338:21, 2340:22, 2342:16, 2342:18, 2343:9, 2343:15, 2343:18, 2344:18, 2345:19, 2346:16, 2347:20, 2347:24, 2348:3, 2348:6, 2348:12, 2349:4, 2349:14, 2349:17, 2349:20
**ultimately** [1] - 2362:4
**ultra** [2] - 2346:18, 2346:19
**ultra-luxury** [2] - 2346:18, 2346:19
**under** [15] - 2343:3, 2344:5, 2344:20, 2344:24, 2345:16, 2345:21, 2345:25, 2353:19, 2374:21, 2374:23, 2414:22, 2429:17, 2434:1, 2440:15, 2447:7
**unit** [6] - 2427:23, 2431:4, 2431:7, 2433:4, 2434:25, 2436:6
**UNITED** [3] - 2338:1, 2338:3, 2338:10
**United** [28] - 2339:2, 2339:6, 2342:5, 2342:19, 2342:24, 2343:4, 2343:7, 2344:6, 2344:10, 2345:13, 2347:9, 2347:15, 2350:22, 2351:9, 2351:19, 2351:22, 2352:4, 2352:8, 2352:9, 2355:19, 2366:2, 2372:17, 2372:22, 2425:2, 2425:5, 2425:6, 2425:7, 2425:10
**units** [2] - 2431:24, 2445:18
**unveils** [1] - 2357:13
**unwilling** [1] - 2361:14
**up** [22] - 2344:3, 2347:6, 2347:10, 2347:12, 2354:24, 2361:22, 2362:3, 2363:4, 2381:11, 2382:6, 2400:5, 2407:14, 2429:2, 2434:24, 2435:4, 2435:18, 2436:8, 2436:13, 2437:5,

2445:10, 2445:19

## V

**value** [3] - 2357:6, 2357:24, 2429:1
**value-conscious** [2] - 2357:6, 2357:24
**values** [4] - 2423:16, 2423:19, 2427:2, 2443:4
**various** [1] - 2431:17
**vendor** [1] - 2431:22
**ventilation** [2] - 2343:16, 2346:2
**vice** [4] - 2342:16, 2348:15, 2350:18, 2364:15, 2370:2, 2442:9
**video** [1] - 2381:4
**view** [6] - 2420:2, 2426:6, 2426:17, 2442:18, 2443:24, 2444:9
**Viking** [2] - 2415:10, 2415:13
**visibility** [1] - 2348:16
**visit** [1] - 2420:10
**VOLUME** [1] - 2338:9
**VP** [1] - 2442:6

## W

**Wacker** [2] - 2339:14, 2339:21
**wait** [5] - 2349:23, 2427:20, 2427:25, 2428:1, 2436:17
**walk** [1] - 2368:24
**wall** [9] - 2346:1, 2346:10, 2347:2, 2347:4, 2347:18, 2347:19, 2347:23, 2353:12, 2356:16
**wants** [2] - 2349:10, 2440:6
**Washington** [14] - 2338:6, 2338:15, 2338:19, 2338:23, 2339:3, 2339:8, 2339:10, 2339:18, 2340:3, 2340:7, 2340:11, 2340:15, 2340:19, 2340:22
**WAYNE** [2] - 2448:3, 2448:7
**Wayne** [1] - 2340:21
**ways** [1] - 2359:19
**website** [6] - 2352:15, 2355:8, 2355:12, 2357:11, 2371:6, 2371:10
**weekend** [2] - 2447:12, 2447:16
**Weekley** [7] - 2354:21, 2355:10, 2355:16, 2355:18, 2355:25, 2356:5, 2372:13
**weeks** [1] - 2350:16
**weighed** [1] - 2406:22
**weighs** [1] - 2406:6
**weight** [3] - 2439:19, 2439:20, 2439:21
**welcome** [1] - 2380:25
**West** [3] - 2339:14, 2339:21, 2406:24
**Whinston** [1] - 2447:3
**Whirlpool** [23] - 2401:7, 2401:12, 2401:20, 2402:13, 2402:16, 2402:18, 2403:15, 2410:1, 2413:7, 2422:3, 2429:7, 2432:9, 2432:17, 2434:8, 2434:11, 2440:13, 2442:4, 2443:7, 2443:10, 2443:14, 2443:21, 2444:8,

2444:17
**Whirlpool's** [1] - 2443:12
**whole** [3] - 2407:18, 2435:17, 2445:14
**wholesale** [2] - 2362:14, 2363:17
**William** [1] - 2338:20
**win** [4] - 2348:25, 2410:13, 2410:14, 2410:17
**window** [1] - 2428:16
**withdraw** [1] - 2443:6
**WITNESS** [18] - 2341:2, 2342:7, 2363:4, 2380:25, 2381:8, 2382:8, 2422:9, 2424:14, 2424:17, 2424:23, 2437:21, 2443:19, 2444:2, 2444:7, 2444:12, 2444:20, 2445:5, 2446:21
**Witness** [8] - 2363:13, 2366:24, 2399:14, 2404:18, 2411:5, 2413:24, 2418:10, 2445:16
**witness** [9] - 2342:3, 2350:5, 2397:23, 2438:22, 2445:24, 2446:23, 2447:1, 2447:2
**witnesses** [1] - 2439:2
**Wolf** [1] - 2370:19
**won** [3] - 2354:20, 2355:15, 2372:14
**wondered** [1] - 2407:17
**words** [1] - 2373:12
**works** [1] - 2442:10

## Y

**year** [24] - 2351:14, 2356:5, 2361:10, 2368:4, 2399:21, 2411:10, 2417:12, 2418:14, 2420:25, 2425:25, 2435:18, 2436:3, 2436:5, 2436:8, 2436:18, 2437:10, 2437:11, 2438:1, 2439:22, 2441:10, 2443:2
**year-to-year** [2] - 2436:3, 2436:18
**years** [11] - 2342:22, 2344:11, 2350:19, 2351:17, 2373:2, 2374:2, 2398:18, 2399:4, 2419:3, 2421:5, 2445:1
**your..** [1] - 2428:5
**yourself** [1] - 2363:12

## Z

**Zero** [1] - 2370:19